IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 26-3190

| | | |
|---|---|---|
| TORRALVA NAVARRETE, JOSE LUIS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | Petition for Review |
| | ) | of an Immigration Matter |
| BLANCHE, | ) | |
| | ) | |
| Respondent. | ) | |

CERTIFIED ADMINISTRATIVE RECORD

A215-825-452

# INDEX

## RECORD FILE – REMOVAL PROCEEDINGS

## TORRALVA NAVARRETE, JOSE LUIS

## A215-825-452


Page

Decision of the Board of Immigration Appeals,
April 22, 2026 .......... 3

Notice of Entry of Appearance as Attorney or Representative,
February 19, 2026 .......... 10

Motion to Reopen,
February 19, 2026 .......... 12

Decision of the Board of Immigration Appeals,
October 9, 2024 .......... 18

Pre-BIA Decision Information .......... 19

Notice of Appeal to the Board of Immigration Appeals,
April 12, 2023 .......... 53

Notice of Entry of Appearance as Attorney or Representative,
April 12, 2023 .......... 57

Summary Order of the Immigration Judge,
March 16, 2023 .......... 61

Oral Decision of the Immigration Judge,
March 16, 2023 .......... 65

Transcript of Hearing,
January 15, 2020 .......... 74

Transcript of Hearing,
July 26, 2022 .......... 85

Transcript of Hearing,
October 27, 2022 .......... 91

Transcript of Hearing,
March 16, 2023 .......... 97

Pre-Immigration Judge Decision Information ........................................................................ 114

Exhibit - Notice to Appear ........................................................................................................ 427

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of Chief Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Re: TORRALVA NAVARRETE, JOSE LUIS

A215-825-452

I, Tamara Scott, declare as follows:

1. I am employed as a Government employee by the Executive Office for the Immigration Review of the United States Department of Justice. I am authorized to certify the authenticity of copies of documents on file in the Office of the Immigration Judge, San Diego, California.

2. The attached documents and media are true, correct and complete copies of the documents included in the Record of Proceeding to date, maintained in the above office on this case.

3. 0 Media was found in record.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed by: Tamara Scott on: 8/4/2026
(signature) (date)