Uploaded on: 1/24/2026 at 10:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case: 25-3190, 08/05/2026, DktEntry: 11.3, (1 of 110)



profitable plaza (or trafficking route) between Tijuana and San Diego, CA, filling a power vacuum left by the arrests of the AFO's key leaders.

Some observers suggested the arrest of García Simental enabled the Sinaloa Cartel to gain control of the Tijuana-San Diego smuggling corridor.[120] Despite its weakened state, the AFO appeared to maintain control of the route through an agreement between Sánchez Arellano and Sinaloa's leadership, with Sinaloa and other criminal groups paying a fee to use the plaza.[121] DEA identified a nephew of the Arellano Félix brothers, Sánchez Arellano, as one of the six most influential traffickers in the region in 2013.[122] Following his arrest in 2014, Sánchez Arellano's mother, Enedina Arellano Félix, reportedly took over. It remains unclear if the AFO retains enough power through its trafficking and other crimes to continue to operate as a "tollgate" cartel.[123] Some analysts assess that the 2019 resurgence of violence in Tijuana and the spiking homicide rate in the nearby state of Southern Baja California are linked to the CJNG forging an alliance with remnants of the AFO (in direct competition with the Sinaloa DTO).

Tijuana was the city with the highest number of homicides in the country from 2018 to 2021. Due to the strategically important Baja California trafficking corridor, Tijuana's importance to crime organizations has grown. This arguably may empower the group or groups that control the key trafficking route, and the related law enforcement corruption, to facilitate cross-border smuggling. AFO may yet serve as either a useful ally or a significant obstacle to other trafficking groups. Mexican law enforcement has focused on Tijuana cartel splinter groups, known collectively as *AFO holdouts*. The holdouts appear to be playing a role in the Tijuana drug market, and these residual cells reportedly have been linked to homicides taking place in the Tijuana drug distribution area. Some analysts maintain that AFO also may be involved in a simmering Sinaloa Cartel internal conflict between two factions: the sons of El Chapo and the faction that is loyal to El Chapo's former co-leader and partner, "El Mayo," described below.[124]

## Sinaloa DTO

Sinaloa, considered Mexico's most enduring criminal organization, comprises a network of smaller organizations. The U.S. Treasury Department designated each of Sinaloa's major leaders a kingpin in the early 2000s. At the top of the hierarchy was El Chapo Guzmán, listed in 2001; Ismael "El Mayo" Zambada García, listed in 2002; and Juan José "El Azul" Esparragoza Moreno, listed in 2003. In April 2009, then-President Barack Obama designated the Sinaloa Cartel as a drug kingpin entity pursuant to the Foreign Narcotics Kingpin Designation Act (P.L. 106-120).[125]

---

[120] E. Eduardo Castillo and Elliot Spagat, "Mexico Arrests Leader of Tijuana Drug Cartel," Associated Press, June 24, 2014 (hereinafter, Castillo and Spagat, "Mexico Arrests Leader").

[121] Stratfor Worldview, "Mexico Security Memo: Torreon Leader Arrested, Violence in Tijuana," April 24, 2013, at http://www.stratfor.com/analysis/mexico-security-memo-torreon-leader-arrested-violence-tijuana#axzz37Bb5rDDg. In 2013, Nathan Jones at the Baker Institute for Public Policy asserted that the Sinaloa-AFO agreement allows those allied with the Sinaloa DTO, such as the CJNG, or otherwise not affiliated with Los Zetas, to use the plaza. For more information, see Nathan P. Jones, "Explaining the Slight Uptick in Violence in Tijuana," Baker Institute, September 2013.

[122] Castillo and Spagat, "Mexico Arrests Leader."

[123] A "tollgate" cartel takes a fee for providing access to a trafficking route; the fee permits entry through an area under its control for the shipment of contraband and sometimes legal goods. Mexican political analyst Eduardo Guerrero-Gutiérrez of the Mexican firm Lantia Consulting defines a *toll-collector* cartel or DTO as one that derives much of the organization's income from charging fees to other DTOs using its transportation points across the U.S.-Mexican border.

[124] Justice in Mexico, "Remnants of Arellano-Félix Organization Attracting Renewed Interest in Baja California," March 11, 2021, at https://justiceinmexico.org/remnants-afo-baja-california/.

[125] Foreign Narcotics Kingpin Designation Act, P.L. 106-120. At the same time, President Barack Obama identified

EOIR — 134 of 247



Exh. 4 - Adm.

Uploaded on: 1/24/2026 at 10:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (2 of 110)



Frequently regarded as the most powerful drug trafficking syndicate in the Western Hemisphere, the Sinaloa Cartel was an expansive network at its apex. By some estimates, Sinaloa had grown to control 40%-60% of Mexico's drug trade by 2012 and had annual earnings estimated to be as high as $3 billion.[126] DEA has long identified the Sinaloa Cartel as the primary trafficker of drugs to the United States. In 2020, DEA estimated the Sinaloa Cartel, active in 15 of 32 Mexican states, remained the Mexican crime organization with the largest international footprint.[127] Sinaloa leaders successfully corrupted public officials from the local to the national level inside Mexico.[128] The cartel's operations spanned more than 50 countries, according to several analysts and journalists.[129]

The corruption of top officials—especially in Mexico but also in Central America and Colombia—is the modus operandi of Sinaloa, which arguably was disinclined toward violence initially in favor of bribery to avoid greater state repression.[130] In 2008, a federation dominated by the Sinaloa Cartel (which included the Beltrán Leyva Organization and the Juárez Cartel) broke apart, leading to a battle among the former partners that sparked one of the most violent periods in recent Mexican history.

The United States has attempted to dismantle Sinaloa's operations by targeting individuals and financial entities associated with the cartel since its designation as a kingpin in 2009. The Sinaloa Cartel's most visible longtime leader, El Chapo Guzmán, escaped twice from Mexican prisons—in 2001 and again in 2015. The July 2015 escape, after his rearrest the year prior, was a major embarrassment to the Peña Nieto administration, and that incident may have convinced the Mexican government to extradite Guzmán rather than try him in Mexico after his recapture. After Guzmán's trusted deputy El Azul Esparragoza Moreno died (unconfirmed) in 2014, El Mayo Zambada continued his leadership role, at least for a major faction.[131] However, Sinaloa may operate with a more horizontal leadership structure than previously thought. Some observers dispute the extent to which Guzmán made key strategic decisions for Sinaloa. They contend that El Chapo was a figurehead whose arrest had little impact on Sinaloa's functioning, as he had ceded operational tasks to El Mayo and Esparragoza long before his arrest.[132]

---

two other Mexican DTOs as kingpins: La Familia Michoacana and Los Zetas. The kingpin designation is one of two major programs by the U.S. Department of the Treasury imposing sanctions on drug traffickers. Congress enacted the program sanctioning individuals and entities globally in 1999.

[126] For several years, cartel leader El Chapo Guzmán was ranked in *Forbes Magazine*'s listing of self-made billionaires. Patrick Radden Keefe, "Cocaine Incorporated," *New York Times*, June 15, 2012; Patrick Radden Keefe, "The Hunt for El Chapo," *New Yorker*, April 28, 2014.

[127] DEA, *NDTA 2020*.

[128] Patrick Radden Keefe, "Cocaine Incorporated," *New York Times*, June 15, 2012, at https://www.nytimes.com/2012/06/17/magazine/how-a-mexican-drug-cartel-makes-its-billions.html.

[129] *InSight Crime*, "Sinaloa Cartel," last updated May 4, 2021; Cecilia Anesi and Giulio Rubino, "Inside the Sinaloa Cartel's Move Toward Europe," Organized Crime and Corruption Reporting Project, December 15, 2020.

[130] See, for example, description of the Sinaloa Cartel in Reynell Badillo and Victor J. Mijares, "Politicized Crime: Causes for the Discursive Politicisation of Organized Crime in Latin America," *Global Crime*, vol. 22, no. 4 (2021), pp. 312-335.

[131] Kyra Gurney, "Sinaloa Cartel Leader 'El Azul' Dead? 'El Mayo' Now in Control?," *InSight Crime*, June 9, 2014. Juan José Esparragoza Moreno supposedly died of a heart attack while recovering from injuries sustained in a car accident.

[132] Sinaloa operatives control certain territories, making up a decentralized network of bosses who conduct illicit activities through alliances with each other and local gangs. Local gangs throughout the region specialize in specific services for which they are they contracted by the Sinaloa criminal network. *Excélsior*, "Revelan Estructura y Enemigos de 'El Chapo'," March 26, 2014; Bailey, "Drug Trafficking Organizations," p. 119.

EOIR — 135 of 247



Exh. 4 - Adm.
128
000262

Uploaded on: 1/24/2026 at 10:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case: 25-3190, 08/05/2026, DktEntry: 11.3, (3 of 110)



In January 2017, the Mexican government extradited Guzmán to the United States. He was indicted in New York's Eastern District Federal Court in Brooklyn and tried from November 2018 to February 2019. His lawyers maintained he was not the head of the Sinaloa enterprise.[133] Nevertheless, a federal jury convicted him in February 2019 on 26 drug-related charges, including a murder conspiracy charge.[134] A U.S. district judge in July 2019 sentenced him to a life term in prison, with the addition of 30 years, and ordered him to pay $12.6 billion in forfeiture.[135]

Since El Chapo's most recent imprisonment, the Sinaloa Cartel reportedly has broken into four key factions. One is led by El Mayo; another by the brother of El Chapo, Aurelio "El Guano" Guzmán Loera; a third by a cofounder of the founding mega-syndicate, the Guadalajara Cartel; and a fourth by El Chapo's four sons, known collectively as "Los Chapitos."[136] In October 2019, Mexican security forces seized a son of Guzmán, until the Sinaloa Cartel quickly reacted with overwhelming force that brought chaos to Sinaloa State's capital, Culiacán. This reaction prompted police and military authorities (based on high-level governmental direction) to release him.

The Sinaloa Cartel appeared to face many challenges in 2020 and 2021. Sinaloa's rivals inside and outside the group saw a formidable drug empire built on the proceeds from trafficking South American cocaine and smuggling methamphetamine, marijuana, fentanyl, and heroin into the United States, and they arguably sought to supersede the once-hegemonic criminal syndicate. Some analysts have warned that Sinaloa remains powerful given its dominance internationally, its infiltration of the upper reaches of the Mexican government, and its resilient "networked alliance" structure.[137] Other analysts maintain that Sinaloa is in decline, citing its breakup into battling factions and its conflict with CJNG. Numerous authorities consider CJNG to be the most expansive cartel (although not necessarily the most powerful) inside Mexico (see **Figure 3**).[138]

Friction between two factions—Los Chapitos and the faction under El Mayo—was intense during 2021.[139] The U.S. Department of the Treasury sanctioned El Mayo in December 2021, and the State Department announced a reward of up to $15 million for information leading to his arrest or conviction. El Chapo's sons also are sanctioned as specially designated narcotics traffickers and are indicted on federal drug charges; the State Department has offered a reward of up to $5 million for each son.[140] DEA estimated in the 2020 NDTA that the Sinaloa Cartel demonstrated the greatest capacity to manufacture fentanyl in hidden laboratories; therefore, DEA estimates it is a major driver of fentanyl trafficked to the United States.

---

[133] Alan Feuer, "El Chapo May Not Have Been Leader of Drug Cartel, Lawyers Say," *New York Times*, June 26, 2018.

[134] DEA, "Joaquín 'El Chapo' Guzmán, Sinaloa Cartel Leader, Sentenced to Life in Prison Plus 30 Years," press release, July 17, 2019.

[135] Ibid.

[136] Vanda Felbab-Brown, "How the Sinaloa Cartel Rules," *Mexico Today*, April 4, 2022.

[137] For more background on alliance structure analysis, see, Jones et al., *Dark Network Alliance Structure*.

[138] See also, *InSight Crime*, "Territorial Presence of the CJNG," May 2020; Victoria Dittmar, "Why the Jalisco Cartel Does Not Dominate Mexico's Criminal Landscape," June 11, 2020. Published prior to CJNG's activities during the COVID-19 pandemic, this article may not capture CJNG's present status.

[139] See, for instance, 'The Fuse Is Already Lit': Officials Expect Full-Blown War to Replace Aging Sinaloa Cartel Kingpin 'El Mayo,'" *Mexico Daily News*, December 30, 2021; Sinaloa Cartel, Profile Update, *InSight Crime*, May 4, 2021.

[140] U.S. Department of the Treasury, "Treasury Uses New Sanctions Authority to Combat Global Illicit Drug Trade," press release, December 15, 2021.

EOIR — 136 of 247



Exh. 4 - Adm.
129
000263

Uploaded on: 1/24/2026 at 10:26:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (4 of 110)



## Juárez/Carrillo Fuentes Organization

Based in the border city of Ciudad Juárez in the central northern state of Chihuahua, the once-powerful Juárez Cartel controlled the smuggling corridor between Ciudad Juárez and El Paso, Texas, in the 1980s and 1990s.[141] By some accounts, the Juárez Cartel controlled at least half of all Mexican narcotics trafficking under the leadership of its founder, Amado Carrillo Fuentes. Vicente Carrillo Fuentes, Amado's brother, took over the leadership of the cartel when Amado died during plastic surgery in 1997 and reportedly led the Juárez organization until his arrest in October 2014.

In 2008, the Juárez Cartel broke from the Sinaloa federation, with which it had been allied since 2002.[142] The ensuing rivalry between the Juárez and Sinaloa Cartels helped turn Ciudad Juárez into one of the most violent cities in the world. Reportedly, of Mexicans displaced by drug-related violence inside Mexico between 2006 and 2010, more than 10% came from Ciudad Juárez, which had less than 1% of Mexico's population. As a result, the border city experienced a significant decline in its population due to individuals and families fleeing violence.[143]

Traditionally a major trafficker of both marijuana and cocaine, the Juárez Cartel also controlled opium cultivation and heroin production, according to the DEA. Between 2012 and 2013, violence dropped considerably, which some analysts attributed to both police actions and former President Calderón's socioeconomic program *Todos Somos Juárez*, or We Are All Juárez.[144] Some analysts posited Sinaloa won its battle to dominate the city as a drug trafficking route, leading to its relatively peaceful and unchallenged control for some years, despite the Juárez Cartel's continued presence in the surrounding state.[145]

However, the transit route between Ciudad Juárez and El Paso, TX, has experienced regular violence with the rise in killings on the Mexican side of the border since 2016 (see **Figure 4**). Some observers consider the violence largely a proxy battle for control between Sinaloa and CJNG, whereas others contend the Juárez Cartel split and began fighting for its own control of Ciudad Juárez and the state of Chihuahua.[146] Although not as expansive as other Mexican cartels, Juárez and its powerful affiliate, La Linea, retain wide influence in the border state of Chihuahua.

---

[141] Bailey, "Drug Trafficking Organizations," p. 121.

[142] Some analysts trace the origins of the split to a personal feud between El Chapo Guzmán of the Sinaloa DTO and former ally Vicente Carrillo Fuentes. In 2004, Guzmán allegedly ordered the killing of Rodolfo Carrillo Fuentes, one of Vicente's brothers. Guzmán's son, Edgar, was killed in May 2008, allegedly on orders from Carrillo Fuentes. See Alfredo Corchado, "Juárez Drug Violence Not Likely to Go Away Soon, Authorities Say," *Dallas Morning News*, May 17, 2010.

[143] For an in-depth narrative of the conflict in Juárez and its aftermath, see Steven Dudley, "Juárez: After the War," *InSight Crime*, February 13, 2013. For a discussion of out-migration from the city due to drug-related violence, see Viridiana Rios Contreras, "The Role of Drug-Related Violence and Extortion in Promoting Mexican Migration: Unexpected Consequences of a Drug War," *Latin America Research Review*, vol. 49, no. 3 (2014).

[144] Calderón launched *Todos Somos Juárez* and sent the Mexican military into Ciudad Juárez in an effort to drive out DTO proxies and operatives. "Calderón Defiende la Estrategia en Ciudad Juárez en Publicación de Harvard," *CNN Mexico*, February 17, 2013.

[145] See Steven Dudley, "How Juárez's Police, Politicians Picked Winners of Drug War," *InSight Crime*, February 13, 2013.

[146] Associated Press, "El Chapo's Sons vs. 'El Mencho': Mexico Sees Rising Cartel Bloodshed," March 19, 2020. See also Victoria Dittmar, "The Three Criminal Fronts Sparking Violence in Sonora, Mexico," *InSight Crime*, January 7, 2022.

EOIR — 137 of 247



Exh. 4 - Adm. 130
000264

Uploaded on: 1/24/2026 at 10:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case: 25-3190, 08/05/2026, DktEntry: 11.3, (5 of 110)



This position on the border facilitates drug smuggling of heroin, methamphetamine, cocaine, and marijuana from Ciudad Juárez to El Paso, according to the 2020 NDTA.[147]

## Gulf Cartel

Based in the border city of Matamoros, Tamaulipas, with operations in other Mexican states on the Gulf side of Mexico, the Gulf Cartel was a transnational smuggling operation with agents in Central and South America.[148] The Gulf Cartel was the main competitor challenging Sinaloa for trafficking routes in the early 2000s, but it now battles its former enforcement wing, Los Zetas, and Zeta Cartel splinter groups over territory in northeastern Mexico.

The Gulf Cartel reportedly has split into several competing gangs. Some analysts no longer consider it a whole entity, and one argued in 2018 that it had become so fragmented that its original factions were fighting.[149] Notorious Gulf Cartel leader Osiel Cárdenas Guillén reportedly corrupted the elite Mexican military forces known as Los Zetas to become his hired assassins. Gulf remained one of the most powerful Mexican DTOs until Mexican authorities arrested Cárdenas in 2003, though he continued to run his drug enterprise from prison until his extradition to the United States in 2007.[150]

Tensions between the Gulf Cartel and Los Zetas culminated in their split in 2010. Antonio "Tony Tormenta" Cárdenas Guillén, Osiel's brother, was killed that year, and leadership of the Gulf Cartel went to a high-level Gulf lieutenant, Jorge Eduardo Costilla Sánchez, also known as "El Coss," until his arrest in 2012.

Mexican federal forces identified and targeted a dozen Gulf and Zeta bosses they believed responsible for the wave of violence in Tamaulipas in 2014.[151] An analyst said in 2014 that the structures of both the Gulf Cartel and Los Zetas were decimated by the federal action, do not communicate with each other, and take on new names.[152]

From 2014 through 2016, Tamaulipas state reported daily kidnappings, daytime shootings, and burned-down bars and restaurants in towns and cities in many parts of the state, such as the port city of Tampico. Fragmented cells of the Gulf Cartel and of Los Zetas have expanded into other criminal operations, such as fuel theft, kidnapping, and widespread extortion. In the 2020 NDTA, the DEA maintained that the Gulf Cartel, which traditionally focused on the cocaine and marijuana trade but now specializes in heroin and cocaine, has its "power base" in Tamaulipas and the central state of Zacatecas, and may have alliances in some states with CJNG.[153] Factional fights continue, however, and the Mexican Army continues its efforts to take out Gulf leaders.[154]

[147] *2020 NDTA,* March 2021.

[148] Bailey, "Drug Trafficking Organizations," p. 120.

[149] Scott Stewart, "Tracking Mexico's Cartels in 2018," Stratfor Worldview, February 1, 2018.

[150] George W. Grayson, *Mexico: Narco-Violence and a Failed State?* (New Brunswick, NJ: Transaction Publishers, 2010).

[151] Jorge Monroy, "Caen Tres Lideres de Los Zetas y Cartel de Golfo," *El Economista*, June 18, 2014. In June 2014, Mexican marines captured three of those identified.

[152] CRS interview with Eduardo Guerrero, June 2014. "Balkanization," or decentralization of the structure of the organization, does not necessarily indicate that a criminal group is weak but simply indicates that the group lacks a strong central leadership. Reportedly, Tamaulipas news outlets became among the most threatened by DTO cells, so they were reluctant to report on criminal violence, its sources, and its consequences.

[153] *2020 NDTA,* March 2021.

[154] Santiago Caicedo, "State Police: Mexican Gulf Cartel Leader among those Killed in Deadly Matamoros Shooting," KRGV, Channel 5 News, October 23, 2021.

EOIR — 138 of 247



Exh. 4 - Adm.



000265

Uploaded on: 1/24/2026 at 10:26:07 a.m. (Pacific Standard Time) Base City: END RESTRICTED Case: 25-3190, 08/05/2026, DktEntry: 11.3, (6 of 110)



## Los Zetas and Cartel del Noreste

Los Zetas originally consisted of about 30 former elite airborne special forces members of the Mexican army who defected to the Gulf Cartel and became its hired assassins.[155] Although Zeta members are part of a prominent transnational criminal syndicate, their main skillset is not drug smuggling but organized violence. They evolved to form an organization of their own lucrative illicit activities such as fuel theft, extortion, human smuggling, piracy, arms smuggling, and kidnapping.[156]

Los Zetas held a significant presence in several Mexican states on the Gulf side of the country and extended their reach to Ciudad Juárez (Chihuahua) and some Pacific states in the beginning years of the second decade of the 2000s. They also operated in Central and South America. More aggressive than other groups, Los Zetas maintained control of territory by publicly displaying and posting on social media mutilated bodies to intimidate Mexican security forces, the local citizenry, and rival organizations. Sometimes smaller gangs and organizations use the "Zeta" name or brand to tap into the benefits of the Zeta reputation.[157]

Unlike many other TCOs in Mexico, Los Zetas have appeared less inclined to attempt to win local populations' support in the territory in which they operate. They are linked to a number of massacres, such as the 2011 firebombing of a casino in Monterrey that killed 53 people and the 2011 torture and mass execution of 193 migrants who were traveling through northern Mexico by bus.[158] Los Zetas are known to kill those who cannot pay extortion fees or who refuse to work for them, often targeting migrants.[159]

In 2012, Mexican marines killed longtime Zeta leader Heriberto Lazcano (alias "El Lazca"), a cofounder of Los Zetas, in a shootout in the northern state of Coahuila.[160] The capture of his successor, Miguel Ángel Treviño Morales (alias "Z-40"), in 2013 by Mexican federal authorities was a second blow to the group. Some analysts date the beginning of Los Zetas' loss of coherence as a single cartel to Lazcano's killing. According to Mexico's former attorney general, federal government efforts against the cartels through April 2015 hit Los Zetas particularly hard, removing more than 30 leaders.[161]

Los Zetas are known for their dominance in various criminal activities, such as fuel smuggling. They siphoned off billions of dollars of oil annually from Petróleos Mexicanos (Pemex), Mexico's state oil company.[162] In 2017, the Atlantic Council released a report estimating that Los

[155] Ioan Grillo, *El Narco: Inside Mexico's Criminal Insurgency*, 1st ed. (New York, NY: Bloomsbury Press, 2011), pp. 96-98.

[156] Bailey, "Drug Trafficking Organizations," p. 120; CRS interview with Alejandro Hope, July 2014.

[157] George Grayson, *The Evolution of Los Zetas in Mexico and Central America: Sadism as an Instrument of Cartel Warfare* (Carlisle Barracks, PA: U.S. Army War College Press, 2014), p. 9.

[158] Ibid.

[159] According to Grayson's book, Los Zetas also are believed to kill members of law enforcement officials' families in revenge for action taken against the organization, reportedly even targeting families of fallen military men.

[160] Will Grant, "Heriberto Lazcano: The Fall of a Mexican Drug Lord," BBC News, October 13, 2012.

[161] *Southernpulse.info*, "Los Zetas Are the Criminal Organization Hardest Hit by the Mexican Government," May 13, 2015.

[162] Reuters, "Mexico Fuel Theft Crackdown Sparks Shortages, Puts Government on Defensive," January 7, 2019.

EOIR — 139 of 247



Exh. 4 - Adm.
132
000266

Zetas controlled about 40% of the market in stolen oil.[163] By early 2018, oil theft was costing the government oil company more than $1.6 billion annually.[164]

One author reviewed the history of Los Zetas and its split into major factions.[165] This evolution influenced the organization's once-coherent prospects, so that its power declined from the peak of its dominance in 2011 and 2012.[166] A prominent faction is Cartel del Noreste (Northeast Cartel), a rebranded version of the traditional core of Los Zetas. One scholar characterized how Los Zetas as succeeding in spinning off powerful franchises or cells after leadership decapitation.[167]

According to the 2020 NDTA, Los Zetas and Cartel del Noreste continue to traffic a range of drugs, including heroin and cocaine, through distribution hubs in Laredo, Dallas, and New Orleans.[168] According to one analyst, the Zetas "model" of extreme violence to achieve dominance continues to be widely emulated.[169] Press reports in March 2022 indicated that gunfire in Nuevo Laredo resulted from the arrest of a Cartel del Noreste leader, and that during the violence U.S. consulate buildings were hit.[170]

### Beltrán Leyva Organization

Before 2008, the Beltrán Leyva Organization (BLO) was part of the Sinaloa federation and controlled access to the U.S. border in Mexico's Sonora State. The Beltrán Leyva brothers developed close ties with Sinaloa head El Chapo Guzmán and his family, along with other Sinaloa-based top leadership. The January 2008 arrest of BLO's leader, Alfredo Beltrán Leyva, through intelligence reportedly provided by Guzmán triggered BLO's split from the Sinaloa Cartel.[171] The two organizations have remained bitter rivals since.

BLO suffered a series of setbacks at the hands of the Mexican security forces, beginning with the 2009 killing of Arturo Beltrán Leyva, followed closely by the arrest of Carlos Beltrán Levya. In 2010, the organization broke up when the remaining brother, Héctor Beltrán Leyva, took the remnants of BLO and rebranded it as the South Pacific (*Pacifico Sur*) Cartel. Another top lieutenant, Edgar "La Barbie" Valdez Villarreal, took a faction loyal to him and formed the Independent Cartel of Acapulco, which he led until his arrest in 2010.[172] The South Pacific Cartel

[163] Ian M. Ralby, *Downstream Oil Theft: Global Modalities, Trends, and Remedies*, Atlantic Council, January 2017.

[164] *Markets Insider*, "Mexico's Drug Cartels Are Stealing Oil Again," July 17, 2021.

[165] Guadalupe Correa-Cabrera, *Los Zetas Inc.: Criminal Corporations, Energy, and Civil War in Mexico* (Austin, TX: University of Texas Press, 2017).

[166] Ibid.

[167] Ibid.

[168] DEA, *NDTA 2020*.

[169] Steven Dudley, "The Zetas' Model of Organized Crime is Leaving Mexico in Ruins," *InSight Crime*, August 30, 2021.

[170] Associated Press, "Mexican Border Shootings Close US Crossing After Capo Arrest," March 15, 2022.

[171] See *InSight Crime* profile, "Beltrán Leyva Organization." The profile suggests that Guzmán gave authorities information on Alfredo Beltrán Leyva to secure the release of Guzmán's son from prison.

[172] Edgar Valdez is an American-born smuggler from Laredo, TX, and allegedly started his career in the United States dealing marijuana. His nickname is "La Barbie" due to his fair hair and eyes. Nicholas Casey and José de Córdoba, "Alleged Drug Kingpin Is Arrested in Mexico," *Wall Street Journal*, August 31, 2010. La Barbie, a former Beltrán Leyva Organization operative and Sinaloa Cartel ally, was arrested in Mexico in 2010 and was extradited to the United States in 2015. After initially pleading not guilty, he eventually reached a plea deal with U.S. prosecutors and in June 2018 was sentenced to nearly 50 years in prison. Parker Asmann, "Was Mexico Cartel Enforcer 'La Barbie' a U.S. Informant?" *InSight Crime*, June 15, 2020, at https://www.insightcrime.org/news/analysis/mexico-la-barbie-informant/.

appeared to retake the name Beltrán Leyva Organization and achieved renewed prominence under Hector Beltrán Leyva's leadership until his arrest in 2014.

BLO splinter organizations have arisen since 2010, such as the *Guerreros Unidos* and *Los Rojos* (see Los Rojos section, below), among at least five others with roots in BLO. The Guerreros Unidos traffics cocaine as far north as Chicago but reportedly operates primarily in the central and Pacific states of Guerrero, México, and Morelos. The Guerreros Unidos, according to authorities in the Peña Nieto government, murdered 43 Mexican teacher trainees in Ayotzinapa, who were handed to them by local authorities in Guerrero, and then burned their bodies.[173]

Like other TCOs, BLO was believed to have infiltrated the upper levels of the Mexican government for at least part of its history, but whatever reach it once had likely declined significantly after Mexican authorities arrested many of its leaders. According to the NDTA published annually by DEA, BLO splinter factions rely on loose alliances with the CJNG, the Juárez Cartel, and elements of Los Zetas to move drugs across the border. Those drugs include heroin, methamphetamine, cocaine, and marijuana.[174]

## La Familia Michoacana

Based originally in the Pacific state of Michoacán, La Familia Michoacana (LFM) traces its roots to the 1980s. Formerly aligned with Los Zetas before the group split from the Gulf Cartel, LFM announced its intent to operate independently from Los Zetas in 2006, declaring that LFM's mission was to protect Michoacán from drug traffickers, including its new enemies, Los Zetas.[175] From 2006 to 2010, LFM acquired notoriety for its use of extreme, symbolic violence, military tactics gleaned from Los Zetas and a pseudo-ideological or religious justification for its existence.[176] LFM members reportedly donated food, medical care, schools, and other social services to benefit the poor in rural communities to project a populist "Robin Hood" image.

By 2010, however, LFM played a less prominent role. In November 2010, LFM reportedly called for a truce with the Mexican government and announced it would disband.[177] A month later, spiritual leader and cofounder Nazario "El Más Loco" Moreno González was reportedly killed, although authorities claimed his body was stolen.[178] The body was never recovered, and Moreno González reappeared in another shootout with Mexican federal police in 2014, after which his death was officially confirmed.[179] Moreno González had been nurturing the development of a new criminal organization that emerged in early 2011, calling itself the Knights Templar and claiming to be a successor of LFM.[180]

---

[173] According to the profile of Guerreros Unidos on the *InSight Crime* website, an alleged leader of the group is the brother-in-law of the former mayor of Iguala, the town where the 43 students disappeared in 2014 and likely died.

[174] *2020 NDTA*, March 2021.

[175] *Nexos*, Alejandro Suverza, "El Evangelio Según La Familia," January 1, 2009. For more on its early history, see *InSight Crime*'s profile on La Familia Michoacana (LFM).

[176] In 2006, LFM gained notoriety when it rolled five severed heads allegedly of rival criminals across a discotheque dance floor in Uruapan. LFM was known for leaving signs (*narcomantas*) on corpses and at crime scenes that referred to LFM actions as "divine justice." William Finnegan, "Silver or Lead," *New Yorker*, May 31, 2010.

[177] Stratfor Worldview, "Mexican Drug Wars: Bloodiest Year to Date," December 20, 2010.

[178] Dudley Althaus, "Ghost of 'The Craziest One' Is Alive in Mexico," *InSight Crime*, June 11, 2013.

[179] Mark Stevenson and E. Eduardo Castillo, "Mexico Cartel Leader Thrived by Playing Dead," Associated Press, March 10, 2014.

[180] The Knights Templar was purported to be founded and led by Servando "La Tuta" Gómez, a former schoolteacher and a lieutenant to Moreno Gonzáles. However, after Moreno González's faked demise, taking advantage of his death in the eyes of Mexican authorities, Moreno González and Gómez founded the Knights Templar together in the wake of

Uploaded on: 1/24/2026 at 10:26:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (9 of 110)



Though officially disbanded, LFM remained in operation, even after the 2011 arrest of leader José de Jesús Méndez Vargas (alias "El Chango"), who allegedly took over after Moreno González's disappearance.[181] Remaining cells of LFM reportedly remain active in trafficking, kidnapping, and extortion in Guerrero and Mexico States, especially in the working-class suburbs around Mexico City.[182] Observers report that LFM was largely driven out of Michoacán by the Knights Templar, although a group calling itself the New Family Michoacán (*La Nueva Familia Michoacana*) reportedly has been active in parts of Guerrero and Michoacán.

LFM has specialized in methamphetamine production and smuggling, along with some trafficking of other synthetic drugs. It has also been known to traffic marijuana and cocaine and to tax and regulate heroin production. DEA maintains that, in some cases, LFM has developed ties to the CJNG. According to a study of alliances in the current Mexican crime landscape conducted by Rice University's Baker Institute for Policy Studies, LFM derivative groups and others of the Tierra Caliente region have alliances with either of the center poles of the two major TCOs, CJNG or Sinaloa, which the study described as dense and complex.[183]

### Los Rojos

As noted above, Los Rojos split from the Beltran Leyva Organization in 2010. Los Rojos has operated primarily in Guerrero and has relied heavily on kidnapping and extortion for revenue as well as trafficking cocaine, although some analysts have disputed the scope of its drug trade involvement. In early 2022, a Mexican judge handed down a 48-year sentence to eight Los Rojos gang members for kidnapping and forced disappearances (breaking laws regarding burials and exhumations).[184] DEA maintains that Los Rojos operates in Guerrero, Morelos, and other Mexican states. Although this cartel is identified as a major TCO in DEA's annual NDTA published in March 2021, some analysts contend it is not a significant drug trafficking organization.

### Cártel Jalisco Nuevo Generación

Originally known as the Zeta Killers, the CJNG made its first appearance in 2011 with a roadside display of the bodies of 35 alleged members of Los Zetas. The group is based in Jalisco State with operations in central Mexico, including the states of Colima, Michoacán, México, Guerrero, and Guanajuato.[185] It has grown into a dominant force in the states of the Tierra Caliente, including parts of Guerrero, Michoacán, and the state of Mexico. The CJNG has early roots in the Milenio Cartel, which was active before 2010 in the Tierra Caliente region.[186]

The CJNG reportedly served as an enforcement group for the Sinaloa cartel until the summer of 2013.[187] Analysts and Mexican authorities have suggested the split between Sinaloa and the

---

a dispute with LFM leader José de Jesús Méndez Vargas, who stayed with LFM. See Falko A. Ernst, "Seeking a Place in History—Nazario Moreno's Narco Messiah," *InSight Crime*, March 13, 2014.

[181] Adriana Gómez Licón, "Mexico Nabs Leader of Cult-Like La Familia Cartel," Associated Press, June 21, 2011.

[182] CRS interview with Dudley Althaus, June 2014.

[183] For more background, see Jones et al., *Dark Network Alliance Structure.*

[184] Marguerite Cawley, "Murder Spike in Guerrero, Mexico Points to Criminal Power Struggle," *InSight Crime*, May 30, 2014; Associated Press, "Mexico Nabs Drug Gang Leader in State of Guerrero," May 17, 2014; "Judge Hands Out 48-Year Prison Term to 8 Members of Los Rojos Cartel," February 22, 2022.

[185] *El Siglo de Torreón*, "Se Pelean el Estado de México 4 Carteles," March 2, 2014; CRS interview with Dudley Althaus, 2014.

[186] Stratfor Worldview, "Tracking Mexico's Cartels in 2017," February 3, 2017.

[187] Reportedly, the CJNG's leadership was originally composed of former associates of slain Sinaloa DTO leader

EOIR — 142 of 247



Exh. 4 - Adm.



000269

Uploaded on: 1/24/2026 at 10:26:07 am (Pacific Standard Time) Base City: SND RESTRICTED Case 26-3190, 08/05/2026, DktEntry: 11.3, (10 of 110)



CJNG is one of the many indications of a general fragmentation of crime groups in Mexico. The Mexican military delivered a blow to the CJNG with the July 2013 capture of its leader's deputy, Victor Hugo "El Tornado" Delgado Renteria. He was replaced by the current leader, Nemesio Oseguera Cervantes, known as El Mencho. In January 2014, the Mexican government arrested El Mencho's son, Rubén "El Menchito" Oseguera, believed to be the CJNG's second-in-command. However, El Menchito, who was released by Mexican judges twice, was rearrested by Mexican authorities and later extradited to the United States in February 2020.[188]

In 2015, the Mexican government declared the CJNG one of the most dangerous cartels in the country. In 2016, the U.S. Department of the Treasury echoed the Mexican government when it described the group as one of the world's "most prolific and violent drug trafficking organizations."[189] According to some analysts, the CJNG has operations throughout the Americas, Asia, and Europe. The group is allegedly responsible for distributing cocaine and methamphetamine with its significant international reach, which was described as early as 2016 as "10,000 kilometers of the Pacific coast in a route that extends from the Southern Cone to the border of the United States and Canada."[190]

The CJNG built its dominance internationally first through extending its presence through a rapid expansion inside Mexico. In 2016, many analysts maintained the CJNG controlled a territory equivalent to almost half of Mexico. The group has battled Los Zetas and Gulf Cartel factions in Tabasco, Veracruz, and Guanajuato, as well as the Sinaloa federation in the Baja Peninsula and Chihuahua.[191] The CJNG's ambitious expansion campaign was characterized by high levels of violence, particularly in Ciudad Juárez and Tijuana.[192] The DTO also has been linked to several mass graves in southwestern Mexico and was responsible for shooting down a Mexican army helicopter in 2015, the first successful takedown of a military asset of its kind in Mexico.[193]

The CJNG's battle to dominate the key ports on both the Pacific and the Gulf Coasts have allowed it to consolidate important components of the global narcotics supply chain. In particular, the CJNG maintains reported control over the ports of Veracruz, Manzanillo, and Lázaro Cárdenas, which has given the group access to precursor chemicals that flow into Mexico from China and other parts of Latin America.[194] As a result, according to some analysts, the CJNG has pursued an aggressive growth strategy underwritten by U.S. demand for Mexican methamphetamine, heroin, and fentanyl.[195] According to reporting in 2022, the CJNG, whose base of operations is Jalisco State, "holds" the coastal tourist city of Puerto Vallarta, an important

---

Ignacio "Nacho" Coronel, who operated his Sinaloa faction in Jalisco until he was killed by security forces in July 2010.

[188] Juan Carlos Huerta Vázquez, "'El Menchito', un Desafío para la PGR," *Proceso*, January 15, 2016; Andrew Denney, "'El Menchito,' Son of Feared Mexican Drug Kingpin, Extradited to U.S.," *New York Post*, February 1, 2020.

[189] U.S. Department of the Treasury, "Treasury Sanctions Individuals Supporting Powerful Mexico-Based Drug Cartels," press release, October 27, 2016.

[190] Luis Alonso Pérez, "Mexico's Jalisco Cartel—New Generation: From Extinction to World Domination," *InSight Crime* and *Animal Político*, December 26, 2016.

[191] Stratfor Worldview, "Tracking Mexico's Cartels in 2017," February 3, 2017.

[192] Deborah Bonello, "After Decade-Long Drug War, Mexico Needs New Ideas," *InSight Crime 2016 GameChangers: Tracking the Evolution of Organized Crime in the Americas*, January 4, 2017 (hereinafter Bonello, "After Decade-Long Drug War").

[193] Angel Rabasa et al., *Counterwork: Countering the Expansion of Transnational Criminal Networks*, RAND Corporation, 2017.

[194] Stratfor Worldview, "Tracking Mexico's Cartels in 2017," February 3, 2017.

[195] Bonello, "After Decade-Long Drug War."

EOIR — 143 of 247



Exh. 4 - Adm. 136
000270

Uploaded on: 1/24/2026 at 10:16:07 am (Pacific Standard Time) Case 26-3190, 08/05/2026, DktEntry: 11.3, (11 of 110) RESTRICTED



node of its synthetic drug trafficking operations and source of revenues from extortion, money laundering, and human trafficking.[196] In addition, the CJNG and other DTOs are frequently reported to be imposing "extortion rackets" on legal agricultural products, such as limes and avocados.[197]

Despite leadership losses, the CJNG has extended its geographic reach and maintained its own cohesion while exploiting the infighting among factions of the Sinaloa organization. It is considered an extremely powerful cartel, with a presence in 27 of 32 Mexican states in 2020. Its reputation for extreme and intimidating violence continues. The previously described daylight ambush of Mexico City Chief of Police Omar García Harfuch in late June 2020 was preceded by publicized threats that targeted him and the Jalisco State governor.[198] Press reports indicate the CJNG's attacks on Jalisco public officials exceeded 100 murders, with victims including lawmakers; federal, state, and local police; soldiers; and, allegedly, Jalisco's minister of tourism.

DEA considers the CJNG a top U.S. threat and Mexico's best-armed criminal group. It has offered a $10 million reward for information leading to the arrest of El Mencho, who is believed to be hiding in the mountains of Jalisco, Michoacán, and Colima. He is a former police officer who once served time for heroin trafficking in California. The CJNG was the target of a major DEA operation in March 2020, which resulted in some 600 arrests.[199] While searching for El Mencho in late 2021, Mexican authorities arrested his wife, Rosalinda González Valencia; the arrest was presumed to be an indication of continued efforts to maintain pressure on the CJNG leader by the López Obrador government. She is under investigation for her role in money laundering.

## Fragmentation, Competition, and Diversification

TCOs are more fragmented and more competitive than in the past 10-20 years. Analysts disagree about the extent of cartel fragmentation and about whether the smaller organizations will be easier to dismantle. In response to the Calderón government's strong anti-drug efforts, fragmentation that began in 2010 and accelerated in 2011 brought new actors into the criminal environment, such as Los Zetas and the Knights Templar. By 2018, an array of smaller organizations was active, and some of the once-small groups, such as the CJNG, had filled the space left after other criminal groups had been disrupted by arrests, deaths, and internal dynamics.

As noted above, several flagrant incidents of violence involving the DTOs in Sinaloa State, the Tierra Caliente region, and the Mexican border states (such as in late 2019) were committed by fragments of formerly cohesive criminal groups. Some gangs and small DTOs burn brightly for a few years and then disappear. The ephemeral lifespan of some DTOs can unsettle the power

---

196 Scott Mistler-Ferguson, "Booming Mexico Resort Town of Puerto Vallarta Is Hostage to CJNG," *InSight Crime*, February 22, 2022.

197 Emily Green, "A Drug Cartel War Is Making Lime Prices Skyrocket," *VICE*, January 31, 2022; Mark Stevenson, "Mexico's Avocados Face Fallout from Violence, Deforestation," Associated Press, February 16, 2022; María Luisa Paúl, "United States Lifts Mexican Avocado Ban—Averting What Could Have Been a Costly Crisis," *Washington Post*, February 18, 2022.

198 Marco Fragoso, "Omar García Harfuch Revela que Sabía de su Atentado Meses Atrás," *24 Horas*, March 30, 2022, at https://www.24-horas.mx/2022/03/30/omar-garcia-harfuch-revela-que-sabia-de-su-atentado-meses-atras-2/.

199 Juan Montes and José de Córdoba, "Cartel Becomes Top Mexico Threat," *Wall Street Journal*, July 9, 2020; Sieff, "Mexico's Bold Jalisco Cartel." See also U.S. Department of Justice, "DEA-Led Operation Nets More Than 600 Arrests Targeting Cártel Jalisco Nueva Generación," press release, March 11, 2020.

EOIR — 144 of 247



Exh. 4 - Adm. 137
000271

Uploaded on: 1/24/2023 at 10:26:07 am (Pacific Standard Time) Base City: SND RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (12 of 110)



balance and equilibrium among remaining DTOs. These shifts reorder allegiances and influence the stability of the criminal environment.

Some analysts contend that the diversification of the DTOs' criminal repertoire, and their evolution into poly-crime outfits, may be evidence of organizational vitality and growth. Other analysts maintain that diversification signals that U.S. and Mexican drug enforcement measures are cutting into profits from drug trafficking, or that the diversification efforts are a response to shifting U.S. drug consumption patterns. Changes in the illegal drug markets in the United States and Canada from marijuana legalization; increased demand for opioids, especially synthetic opioids; and changing patterns of use of methamphetamine and other drugs have contributed to the DTOs' continuing evolution.[200] The cartels' broad reach and control of large territories inside Mexico, as well as their production of illicit drugs, has been termed "alarming" by the U.S. State Department.[201]

# Outlook

Successive Mexican governments have sought to diminish the extent and character of the DTOs' activity from a national security threat to a law-and-order problem. If this is accomplished, domestic security enforcement responsibilities may be returned from the military to Mexican law enforcement. President López Obrador continued the militarized security strategy of the two Mexican administrations before him. He authorized the Mexican armed forces to continue their role in domestic law enforcement through the remainder of his tenure. The National Guard, which President López Obrador began deploying in mid-2019, has had fewer abuse allegations than the military under the prior Peña Nieto government, but the militarized strategy to combat the TCOs has not effectively weakened the crime groups.[202]

The continued revelation of high-level corruption linked to the crime groups and their apparent control of Mexican territory demonstrates that the TCOs are more deeply entrenched than ever. Moreover, in 2022, U.S.-Mexico law enforcement cooperation remains weaker than during the previous 15 years.[203] The López Obrador government faces some allegations of DTO-related corruption of public officials, its party's politicians, and members of the nation's police forces. The growing diversity of cartel criminality, the continuing high global demands for narcotics, and weak cooperation between Mexican and U.S. law enforcement all point to a continued TCO threat to both the United States and Mexico.

Despite DEA activities becoming more limited inside Mexico, the DEA has offered rewards of up to $45 million for information about the top leaders of the Sinaloa Cartel.[204] On May 11-12, 2022,

200 Morris Panner, "Latin American Organized Crime's New Business Model," *ReVista*, vol. 11, no. 2 (winter 2012). The author comments, "the business is moving away from monolithic cartels toward a series of mercury-like mini-cartels. Whether diversification is a growth strategy or a survival strategy in the face of shifting narcotics consumption patterns, it is clear that organized crime is pursuing a larger, more extensive agenda." U.S. Senate, et al., *Commission on Combatting Synthetic Opioid Trafficking, Final Report*, February 2022.

201 State Department, *2022 INCSR*.

202 Testimony of Maureen Meyer, in U.S. Congress, House Committee of Foreign Affairs, Subcommittee on the Western Hemisphere, Civilian Security, and Trade, *Strengthening Security and Rule of Law in Mexico*, hearings, 116th Cong., 2nd sess., January 15, 2020; Vanda Felbab-Brown, "Crime and Anti-Crime Policies in Mexico in 2022: A Bleak Outlook," Brookings (blog), January 29, 2022.

203 Air Force General Glen D. VanHerck, Commander, U.S. Northern Command; Navy Admiral Craig S. Fuller, Commander, U.S. Southern Command, USNORTHCOM-USSOUTHCOM Joint Press Briefing, March 16, 2021; Mary Beth Sheridan, "The War Next Door: Conflict in Mexico is Displacing Thousands," *Washington Post*, April 11, 2022.

204 Telemundo, "DEA Launches New Reward Campaign Targeting Cartel Leaders," May 11, 2022.

EOIR — 145 of 247



Exh. 4 - Adm.
138
000272

Uploaded on: 1/24/2023 at 10:26:07 am (Pacific Standard Time) Base City: SND RESTRICTED Case 26-3190, 08/05/2026, DktEntry: 11.3, (13 of 110)



the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs traveled to Mexico to work with Mexican authorities to restore and strengthen joint efforts to reduce the flow of dangerous narcotics, including fentanyl, from Mexico and to improve border security.[205]

Many analysts have questioned the utility of the kingpin strategy, or a high-value targeting approach to enforcement, to combat the TCOs or reduce TCO-perpetrated violence.[206] The kingpin strategy has often been encouraged by the U.S. government and has been adopted by Mexican officials in different administrations. López Obrador initially rejected (but then sporadically embraced) a kingpin strategy.[207] Some analysts endorse a modified strategy that would target the middle operational layer of each major criminal group to handicap the groups' regeneration capacity.[208]

Structural factors plaguing Mexico's struggle for security and stability include persistent criminal impunity, entrenched corruption, and consistent demand for illegal drugs by U.S. and European drug users. The demise of the traditional kingpins, who had long associations, often familial, and were understood to have ruled their cartel armies in a hierarchical fashion from a central position, has led to smaller, highly fractured, competitive, and often ultra-violent groups.[209] Two causes of the current violence may be erosion of Sinaloa Cartel's dominance and the heightened competition to profit from increasing production and distribution of heroin, synthetic opioids, and methamphetamine. Some observers remain convinced of the capacity of both the Sinaloa organization and its primary competitor, the CJNG, to retain significant power by backing their well-established bribery and corruption networks with their demonstrated capacity for violence.[210]

---

[205] U.S. Department of State, "Assistant Secretary Robinson's Travel to Mexico," media note, May 10, 2022.

[206] See *Latin America Daily Briefing*, "The Failures of the Kingpin Strategy in Mexico," May 5, 2022; Calderón et al, *Organized Crime and Violence*, October 2021; Council on Foreign Relations, "Mexico's Long War: Drugs, Crime, and the Cartels," last updated February 26, 2021.

[207] Mary Beth Sheridan, "Violent Criminal Groups Are Eroding Mexico's Authority and Claiming More Territory," *Washington Post*, October 29, 2020.

[208] See, for example, Vanda Felbab-Brown, *AMLO's Security Policy: Creative Ideas, Tough Reality*, Brookings Institution, March 2019.

[209] Patrick Corcoran, "Why Are More People Being Killed in Mexico in 2019?," *InSight Crime*, August 8, 2019.

[210] Vanda Felbab-Brown, "How the Sinaloa Cartel Rules," *Mexico Today*, April 4, 2022.

EOIR — 146 of 247

Uploaded on: 1/24/2023 at 10:26:07 am (Pacific Standard Time) Dkt Entry: 11.3, (14 of 110)
RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (14 of 110)



# Appendix. Government Efforts to Combat Drug Trafficking Organizations

The relationship of Mexico's drug traffickers to the government and to one another is rapidly evolving, and any snapshot (such as the one provided in this report) must be continually adjusted to current realities. In the early 20th century, Mexico was a source of marijuana and heroin trafficked to the United States; by the 1940s, Mexican drug smugglers were notorious in the United States. The growth and entrenchment in Mexico of drug trafficking networks occurred during a period of one-party rule by the Institutional Revolutionary Party (PRI), which governed the country for 71 years. During that period, the government was centralized and hierarchical. To a large degree, the PRI government tolerated and protected some drug production and trafficking in certain regions of the country, even though it did not generally tolerate crime.[211]

Other transformations of the drug trade took place during the 1980s and early 1990s. As Colombian drug trafficking organizations (DTOs) were forcibly broken up, Mexican traffickers gradually took over the highly profitable traffic in cocaine to the United States. Intense U.S. government enforcement efforts led to the shutdown of the Caribbean trafficking route used by the Colombians. Colombian DTOs subcontracted the trafficking of Andean cocaine to the Mexican DTOs, which they paid in cocaine rather than cash. These already-strong Mexican organizations gradually took over the cocaine trafficking business, evolving from being couriers for the Colombians to being the wholesalers they are today.

Numerous accounts maintain that for many years the Mexican government largely pursued a policy to accommodate the DTOs. Under this framework, arrests and eradication of drug crops took place, but with widespread corruption; a system "characterized by a working relationship between Mexican authorities and drug lords" prevailed through the 1990s.[212] Mexico is a longtime recipient of U.S. counterdrug assistance, but cooperation was limited between the mid-1980s and the mid-2000s due to U.S. distrust of Mexican officials and Mexican sensitivity about U.S. involvement in the country's internal affairs.

As Mexican political power decentralized and the push toward democratic pluralism began, the system's stability started to fray in the 1990s, first at the local level and then nationally, with the election of National Action Party candidate Vicente Fox as president in 2000.[213] The process of democratization upended the equilibrium that had developed between state actors (such as the Federal Security Directorate, which oversaw domestic security from 1947 to 1985) and organized crime. No longer were certain officials able to ensure drug traffickers' impunity to the same degree and to regulate competition among Mexican DTOs for drug trafficking routes. To a large extent, DTO violence directed at the government appears to be an attempt to reestablish impunity, whereas the inter-cartel violence seems to be an attempt to establish dominance over specific drug trafficking routes. The intra-DTO violence (or violence inside the organizations) reflects a reaction to suspected betrayals and the competition to succeed killed or arrested leaders.

---

[211] Luis Astorga and David A. Shirk, *Drug Trafficking Organizations and Counter-Drug Strategies*, University of California-San Diego, Center for U.S.-Mexican Studies, working paper 10-01, 2010, p. 5.

[212] Francisco E. González, "Mexico's Drug Wars Get Brutal," *Current History*, February 2009.

[213] Shannon O'Neil, "The Real War in Mexico: How Democracy Can Defeat the Drug Cartels," *Foreign Affairs*, vol. 88, no. 4 (July/August 2009).

EOIR — 147 of 247



Exh. 4 - Adm.
140
000274

Uploaded on: 1/24/2026 at 10:26:07 am (Pacific Standard Time) Base City: SND RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (15 of 110)



As Mexico's DTOs rose to dominate the U.S. drug markets in the 1990s, the business became even more lucrative. This shift raised the financial stakes, which encouraged the use of violence in Mexico to protect and promote market share. The violent struggles among DTOs is now over strategic routes and warehouses where drugs are consolidated before entering the United States, reflecting these higher stakes.

The number of homicides and Mexico's homicide rate began to grow substantially in 2007 and remain at elevated levels. In Mexico, the sharp rise in absolute numbers of deaths in the past 14 years is unprecedented, even compared with other Latin American countries with high rates of crime and homicides.[214] This increase not reversed during the years of bilateral efforts under the Mérida Initiative, according to several observers.[215]

Former Mexican President Felipe Calderón (2006-2012) initiated an aggressive campaign against criminal groups, especially the large DTOs. He made it a central administration policy that he sustained throughout his term in office. His government sent several thousand Mexican military troops and federal police to combat the organizations in "hot spots" around the country. His government made some dramatic arrests, but few of the captured kingpins were convicted. President Calderón and President Bush developed much closer U.S.-Mexican security cooperation and launched the Mérida Initiative, a bilateral anticrime assistance program, in 2008. The initiative initially focused on providing Mexico with hardware, such as planes, scanners, and other equipment, to combat the DTOs. The Mexican government significantly increased extraditions to the United States, with a majority of the suspects wanted by the U.S. government on drug trafficking and related charges. The number of extraditions grew through 2012 and remained steady during President Enrique Peña Nieto's term (2012-2018).

A consequence of the militarized strategy used in successive Mexican administrations was an increase in accusations of human rights violations by the Mexican military, which was largely untrained in domestic policing. According to a press investigation of published Mexican government statistics, Mexican armed forces injured or killed some 3,900 individuals in domestic operations between 2007 and 2014. Significantly, the military's role in injuries and killings ceased to be made public after 2014, according to the account.[216] Few incidents of suspected police and security force torture are reported in Mexico (less than 10%), according to several estimates, in large part because of a belief that nothing will be done. Impunity for Mexico's military and police is likely to follow an established pattern of high levels of impunity for most crimes.

Peña Nieto pledged a new direction in his security policy, with a focus on reducing criminal violence that affected civilians and businesses rather than on removing the leaders of the large DTOs.[217] Ultimately, that promise was not kept. Peña Nieto's attorney general, Jesús Murillo Karam, said in 2012 that Mexico faced challenges from some 60-80 crime groups, a proliferation he attributed to his predecessor Calderón's kingpin strategy.[218] However, despite Peña Nieto's

[214] This finding appears in several annual reports from the University of San Diego's Justice in Mexico program.

[215] Mary Beth Sheridan, "Facing Stunning Levels of Deaths, U.S. and Mexico Revamp Strained Security Cooperation," *Washington Post*, October 8, 2021.

[216] Steve Fisher and Patrick J. McDonnell, "Mexico Sent in the Army to Fight the Drug War. Many Question the Toll on Society and the Army Itself," *Los Angeles Times*, June 18, 2018.

[217] The Peña Nieto government's emphasis on crime prevention, which received significant attention early in his term, ended prematurely due to budget cutbacks. See, See CRS In Focus IF10578, *U.S.-Mexico Security Cooperation: From the Mérida Initiative to the Bicentennial Framework*, by Clare Ribando Seelke.

[218] Patrick Corcoran, "Mexico Has 80 Drug Cartels: Attorney General," *InSight Crime*, December 20, 2012.

EOIR — 148 of 247



Exh. 4 - Adm.
141
000275

Uploaded on: 1/24/2023 at 10:26:07 am (Pacific Standard Time) in CD, ENT
RESTRICTED Case 26-3190, 08/05/2026, DktEntry: 11.3, (16 of 110)



pledge to alter his approach, continuity largely prevailed. The Peña Nieto government recentralized control over security and continued the strategy of taking down top drug kingpins, adopting Calderón's list of top trafficker targets, updating it as needed.[219] The resulting fragmentation appears to have continued to splinter Mexico's criminal groups with attendant violence and instability.[220]

Following some reorganization, Peña Nieto continued to cooperate with the United States under the Mérida Initiative However, the focus on crime prevention, which received significant attention early in Peña Nieto's term, ended prematurely due to budget cutbacks.[221]

President Andrés Manuel López Obrador took office in 2018. He made broad promises to fight corruption, reduce violence, and promote socioeconomic programs.[222] With the onset of economic and fiscal shocks due to the Coronavirus Disease 2019 (COVID-19) pandemic, many observers questioned whether López Obrador's social goals were attainable.[223] He announced he would shift away from the Mérida Initiative and joined the Biden Administration in a new security approach, the Bicentennial Framework, which remains under development in 2022.

## Author Information

June S. Beittel
Analyst in Latin American Affairs

## Acknowledgments

Research Librarian Carla Davis-Castro provided invaluable research for this report.

[219] Vanda Felbab-Brown, *Changing the Game or Dropping the Ball? Mexico's Security and Anti-Crime Strategy Under President Peña Nieto*, Brookings Institution, November 2014. Velbab-Brown maintains that the government of Peña Nieto "largely slipped into many of the same policies of President Felipe Calderón."

[220] Scott Stewart, "Tracking Mexico's Cartels in 2019," Stratfor Worldview, January 29, 2019.

[221] With the sharp oil price declines in 2014 onward, the administration was forced to impose budget austerity measures, including on aspects of security. See CRS In Focus IF10578, *U.S.-Mexico Security Cooperation: From the Mérida Initiative to the Bicentennial Framework*, by Clare Ribando Seelke.

[222] For more background, see CRS Report R42917, *Mexico: Background and U.S. Relations*, by Clare Ribando Seelke and Joshua Klein; Laura Weiss, "Can AMLO End Mexico's Drug War?," *World Politics Review*, May 16, 2019.

[223] Nathaniel Parish Flannery, "Is Mexico's López Obrador Latin America's Newest Autocrat?," *Forbes*, April 19, 2021; Vanda Felbab-Brown, "Crime and Anti-crime Policies in Mexico in 2022: A Bleak Outlook," *Mexico Today*, January 21, 2022, at https://mexicotoday.com/2022/01/21/opinion-crime-anti-crime-policies-in-mexico-in-2022-a-bleak-outlook/; Ryan C. Berg, "The Bicentennial Framework for Security Cooperation: New Approach or Shuffling the Pillars of Mérida?, Center for Strategic & International Studies, October 29, 2021.

EOIR — 149 of 247



Exh. 4 - Adm.
142
000276

Uploaded on: 1/24/2023 at 10:26:07 a.m. (Pacific Standard Time) Base City: SND
RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (17 of 110)



## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.

EOIR — 150 of 247



Exh. 4 - Adm.
143
000277

# Mexico
*Events of 2021*

Mexican National Guard members arrest a migrant who tried crossing the Río Bravo in Ciudad Juárez, Mexico on April 19, 2021
© 2021 David Peinado/NurPhoto via AP.



Human rights violations—including torture, enforced disappearances, abuses against migrants, extrajudicial killings, gender-based violence, and attacks on independent journalists and human rights defenders—have continued under President Andrés Manuel López Obrador, who took office in December 2018. Impunity remains the norm. Legal reforms enacted in 2017 and 2018 have been slow and ineffective in addressing torture and impunity.

President López Obrador has greatly expanded the scope of the armed forces' activities, deploying them for law enforcement and customs enforcement, and to control irregular immigration, run social programs, and build and operate mega projects.

The National Search Commission (CNB) has increased transparency about the number of "disappeared" persons, but prosecutors make little effort to investigate disappearances or identify those responsible.

In November 2019, the Senate named Rosario Piedra Ibarra to head the National Human Rights Commission (CNDH). Many human rights defenders called her appointment unconstitutional,

HUMAN RIGHTS WATCH

LANGUAGES DONATE NOW

In August 2021, President López Obrador held a referendum on whether "past political actors" since 1988 should be tried for "crimes" including electoral fraud, corruption, and loss of lives to neoliberalism. Low turnout invalidated the results.

The president has collaborated with the US in abusive anti-immigration policies, including illegal expulsion of migrants and asylum seekers by plane and bus to Central America.

## Criminal Justice System

The criminal justice system routinely fails to provide justice to victims of violent crimes and human rights violations. Only 5.2 percent of crimes committed in Mexico are solved, the nongovernmental group México Evalúa reports. Causes of failure include corruption, inadequate training and resources, and complicity of prosecutors and public defenders with criminals and other abusive officials.

The justice system regularly fails to ensure due process for those accused of crimes. Police and prosecutors commonly use torture to obtain confessions. Pretrial detention is mandatory for many offenses, violating international human rights standards. Prisons are notoriously unsanitary and overcrowded. Prosecutors continue to use *arraigo* detention, a mechanism allowing them to obtain judicial authorization to detain anyone for up to 40 days without charge, for interrogation.

The attorney general never properly implemented a 2018 reform intended to make the office more independent from the government and more accountable to victims and their families, human rights and rule-of-law groups report. In 2021, Congress repealed many of the human rights provisions of the 2018 reform.

In April 2021, pro-government legislators passed a law extending the terms of the Supreme Court Chief Justice and members of the Federal Judiciary Council, which controls hiring and firing of judges. In November, the Supreme Court overturned the law, declaring it unconstitutional.

## Military Abuses and Extrajudicial Killings

Mexico has relied heavily on the military to control drugs and fight organized crime, leading to widespread human rights violations. From 2013 through 2020, the CNDH received 3,799 complaints of military abuses.

Federal Police as the government's principal law enforcement body. The National Guard is led by military officers, trained by the military, and composed largely of military troops. In May 2020, the president formally deployed the military to assist the National Guard in civilian law enforcement. The military can now legally detain civilians, take charge of crime scenes, and preserve evidence. Under past governments, charging the military with these tasks has contributed to serious cover-ups of human rights abuses. In July 2021, the president proposed formally placing the National Guard under military control.

In 2014, Congress reformed the Code of Military Justice, requiring abuses by members of the military against civilians to be prosecuted in civilian, not military, courts. However, pursuit of justice remains elusive.

In July 2020, 12 civilians were killed in a shootout with soldiers in Tamaulipas state. A video leaked to the press in August showed a soldier giving the order to kill a civilian. In September, the Secretary of Defense announced that only military police—no civilian prosecutors—were investigating. In March 2021, a lawyer for the families of victims told Reuters that no soldiers had yet been detained, despite the video evidence.

In September 2021, the Defense Ministry admitted that at least 47 people had been killed or injured by the armed forces during the López Obrador presidency, according to information obtained through transparency requests by Mexican journalists. The Defense Ministry has paid compensation to families but has not sanctioned any soldiers or reported the cases to police or prosecutors for criminal investigation.

## Torture

Torture is widely practiced to obtain confessions and extract information. It is most frequently applied after victims are detained, often arbitrarily, but before they are handed to civilian prosecutors. Victims are often held incommunicado at military bases or illegal detention sites. A 2017 law made it illegal to use confessions obtained through torture as evidence at criminal trials. However, authorities often fail to investigate allegations of torture.

In 2016—the last year for which data is available—Mexico's national statistics office surveyed more than 64,000 people incarcerated in 338 prisons. Almost two-thirds (64 percent) reported physical violence at the time of arrest, including electric shocks, choking, and smothering.

## Disappearances

Prosecutors and police rarely attempt to find the disappeared or identify those responsible. Families of the disappeared have formed more than 130 "search collectives" to investigate disappearances, including, frequently, by digging up mass graves.

In 2019, a well-respected human rights defender was appointed to head the government's National Search Commission (CNB). The CNB searches mass graves across the country. It has also taken steps to determine and publish the true number of people disappeared, gathering information from authorities and creating an online platform to report disappearances anonymously and show real-time numbers of those disappeared, excluding personally identifying information.

As of September 2021, the platform had recorded over 90,000 people disappeared, mostly since 2006. Authorities have publicly acknowledged the real number is likely higher. The majority are between 15 and 30 years old, from lower income families, the CNB reports. More than 23,000 are listed as having disappeared since President López Obrador took office in December 2018.

From 2006 to 2020, at least 50,000 bodies passed through the custody of state and local forensic medical services without being properly identified. Most are now buried in mass graves. From 2006 to 2021, authorities reported having found at least 4,000 mass graves.

In August 2021, the government named a group of seven international forensic and legal experts to lead the Extraordinary Forensic Identification Mechanism, which will be tasked with identifying bodies recovered from mass graves.

In November, the UN Committee on Enforced Disappearances visited Mexico—its first visit to any country. The committee first requested permission to visit Mexico in 2013 but was denied access by the previous government. In August 2020, the López Obrador government recognized the committee's jurisdiction to consider cases from Mexico, allowing families of victims to submit cases to the committee once they have exhausted their legal options domestically.

## Attacks on Journalists and Human Rights Defenders

Journalists and human rights defenders—particularly those who criticize public officials or expose the work of criminal cartels—often face attacks, harassment, and surveillance by government authorities and criminal groups.

Protect Journalists and Reporters Without Borders. In 2020, journalists registered 692 threats, attacks, or other forms of aggression—reportedly the highest year on record. Article 19 reported five journalists killed in relation to their work from January to September 2021.

Authorities routinely fail to investigate crimes against journalists adequately, often preemptively ruling out their profession as a motive. Since its creation in 2010 through August 2021, the federal Special Prosecutor's Office to investigate crimes against journalists has opened more than 3,362 investigations, brought 265 charges for crimes, and obtained 25 convictions. In the face of uninvestigated violence, many journalists self-censor.

Mexico is also one of the most dangerous countries in the world for human rights defenders. From January through September 2021, the Mexico Office of the UN High Commissioner for Human Rights reported 10 human rights defenders killed. As with journalists, violence against human rights defenders is rarely investigated or prosecuted.

In 2012, the federal government established the Protection Mechanism for Human Rights Defenders and Journalists, which provides bodyguards, armored cars, and panic buttons, and helps journalists temporarily relocate in response to serious threats. A 2019 study by the Office of the United Nations High Commissioner for Human Rights documented the Mechanism's problems in coordinating protective measures, providing resources, and establishing clear procedures. Six journalists have been killed under the program's protection, four since President López Obrador took office. In October 2020, the government eliminated the independent fund that paid for protection measures, putting the mechanism in a precarious financial situation.

## Women's and Girls' Rights

Mexican laws do not adequately protect women and girls, including those with disabilities, against gender-based and sexual violence. Some provisions, including those that peg the severity of punishments for sexual offenses to the "chastity" of the victim, contradict international standards.

Abortion access varies by state. All 32 states allow abortion in cases of rape. Six allow it for any reason up to 12 weeks of pregnancy. Women and pregnant people face many barriers when trying to access abortion, even when it is legal. Doctors and nurses regularly attempt to dissuade them from undergoing the procedure or refuse to perform it.

Uploaded on: 1/24/2023 at 10:26:07 a.m. (Pacific Standard Time) Base City: SND RESTRICTED Case 26-3190, 08/05/2026, DktEntry: 11.3, (23 of 110)



unconstitutional and that women should not be criminally prosecuted for undergoing the procedure. It ruled that state governments do not have the authority to legislate that life begins at conception. And it ruled that medical staff's right to conscientiously object to performing abortions is subject to limits.

Women and girls continue to face alarming rates of gender-based violence. In 2020, the government reported nearly 1,000 femicides—killings of women because of their gender. Women's rights groups say femicide is likely under-reported.

## Migrants and Asylum Seekers

Criminal cartels, common criminals, and sometimes police and migration officials regularly target people migrating through Mexico to rob, kidnap, extort, rape, or kill them. These crimes are rarely reported, investigated, or punished.

The López Obrador administration has actively participated in abusive US immigration policies. It failed to provide police protection or access to justice, work, health care, and education for the over 71,000 asylum seekers, including many families with children, sent to Mexico under the "Remain in Mexico" policy. Many suffered abuses from criminal cartels or Mexican authorities. President López Obrador said the program had produced "very good results."

The López Obrador administration has been illegally expelling thousands of asylum seekers to Guatemala without due process, including many who were first expelled from the US into the custody of Mexican authorities.

In 2019, President López Obrador deployed the National Guard for migration enforcement. The government says soldiers only support migration officials. However, in a leaked audio recording from 2019, a senior migration official told her team they were now "under the instruction and supervision of the National Guard." In September 2021, National Guard troops and Mexican immigration agents violently detained a series of caravans of asylum seekers in Chiapas state, leaving many injured.

Mexican immigration officials have refused to follow court rulings ordering them to prevent the spread of Covid-19 in immigration detention centers. Detained migrants have said they were not given masks or soap and were denied medical treatment when they had symptoms of Covid-19.

applications in 2021. From January through August 2021, Mexico received nearly 78,000 asylum applications but resolved just over 23,000.

## Sexual Orientation and Gender Identity

Twenty-four of 32 states have legalized same-sex marriage. Elsewhere, same-sex couples must petition for an injunction (*amparo*) to be allowed to marry. In 2019, the Supreme Court ruled that a lesbian couple from Aguascalientes state should be allowed to register a child born to one of the women as a child of both. The ruling was based on the best interest of the child and the principles of equality and non-discrimination.

Seventeen states have passed laws creating a procedure permitting transgender people to change their names and gender markers on birth certificates through a simple administrative process. In 2018, the Supreme Court ruled in favor of a transgender person from Veracruz who contended that in refusing to change their name and gender marker on their birth certificate, the municipal Civil Registry had violated their rights. In 2019, the Supreme Court issued a similar ruling arising from a case in Jalisco.

## Disability Rights

Under the López Obrador administration, serious gaps remain in protecting the rights of people with disabilities. They lack access to justice, education, legal standing, legal capacity, protection from domestic violence, and informed consent in health decisions. In 2019, Human Rights Watch documented cases of state-run hospitals and private individuals who shackled people with disabilities. They lack access to buildings, transportation, and public spaces. Women with disabilities suffer disproportionate violence.

The only policy to assist people with disabilities is a non-contributive disability pension that reaches only 933,000 people of the 6,179,890 who live in the country. Its distribution is opaque and discretionary.

In many states, people with disabilities have no choice but to depend on their families for assistance or to live in institutions, which is inconsistent with their right to live independently and be included in the community under the Convention on the Rights of Persons with Disabilities. People with disabilities receive little government protection or support and are at higher risk of abuse and neglect by their families.

for four years although there was no evidence he had committed a crime and a judge had found him unfit to stand trial, leaving him without the opportunity to defend himself.

Since President López Obrador took office, the National Council on People with Disabilities, the principal government body coordinating efforts to implement disability rights, has been effectively non-operational.

## Covid-19

The López Obrador administration has failed to take many of the basic steps recommended by global health authorities to limit the spread of Covid-19. The official leading Mexico's response has called large-scale testing "useless" and "a waste of time," despite the World Health Organization's insistence on the importance of testing. As a result, Mexico has one of the lowest rates of Covid-19 testing—and highest rates of positive test results—in the world. Officials and experts agree that the real number of Covid-19 infections and deaths is likely many times higher than the official count.

As of September 2021, 30 percent of Mexicans had been fully vaccinated against Covid-19 and 47 percent had received at least one dose of the vaccine. Mexico has made the vaccine eligible by regions and age groups, from older to younger people. Proof of address is required to receive the vaccine. Anyone over the age of 18 was eligible to receive at least the first dose of the vaccine by September.

Schools were closed in Mexico from March 2020 to August 2021, and classes were broadcast on television and radio. Although 94 percent of Mexican households have television, a lack of affordable internet access left many children, especially those in low-income households or with disabilities, unable to fully participate in education. Many teachers protested the re-opening, at the height of the third wave of reported Covid-19 deaths.

## Climate Policy and Impacts

As one of the world's top 15 emitters of greenhouse gases, Mexico is contributing to the climate crisis that is taking a growing toll on human rights around the globe.

López Obrador has openly opposed wind and solar energy production. He has promised to rescue Mexico's coal and oil industries and has introduced reforms that favor state-owned fossil-fuel power plants over renewable energy sources. He has vowed to amend the constitution to overcome legal challenges to these policies.

inadequate monitoring enabling beneficiaries to clear forests and then be paid by the government to plant trees. (López Obrador falsely claimed in November 2021 that a deal to end forest loss by 2030 reached at the global climate summit in Glasgow was inspired by "Sowing Life".) Law enforcement actions to curb illegal deforestation drastically diminished in recent years.

In its December 2020 climate action plan, Mexico increased the baseline against which its emissions reductions are calculated but maintained its 2015 emissions reduction commitments. This will allow Mexico to increase its emissions while technically meeting its targets. The plan is "insufficient" to meet the Paris Agreement goal of limiting global warming to 1.5°C, according to the Climate Action Tracker. If all countries' commitments were in a similar range, warming would reach up to 3°C by the end of the century.

Climate change is expected to increase the severity of extreme weather events, requiring steps by the government to protect at-risk populations from their foreseeable harms, including food insecurity due to rising temperatures and droughts impacting crops. In August 2021, hurricanes Grace and Nora caused flooding, landslides, and power outages in multiple states, killing at least nine people.

## Key International Actors and Foreign Policy

Mexico's foreign policy regarding human rights under the López Obrador administration has been based on the principle of "non-intervention." In June, Mexico criticized other countries in the region that had condemned the jailing of critics and opposition candidates in Nicaragua, saying that they were intervening in Nicaragua's internal affairs.

In June 2020, Mexico was elected as a non-permanent member of the UN Security Council for 2021 to 2022. Mexico highlighted that one of its priorities on the council would be the protection of children. Mexico endorsed the Safe Schools Declaration in May 2021.

In October 2020, Mexico was re-elected to the UN Human Rights Council.

In 2020, Mexico appointed itself as one of 23 "Champion countries" of the Global Compact for Safe, Orderly and Regular Migration.

In August and September 2021, Mexico hosted negotiations between representatives from the Venezuelan government and opposition groups mediated by Norway.

technologies through pooling of knowledge, intellectual property and data."

Browse Countries Choose

---

## Keynote




### With Autocrats on the Defensive, Can Democrats Rise to the Occasion?



**Kenneth Roth**

Former Executive Director

HUMAN RIGHTS WATCH

LANGUAGES DONATE NOW

Protecting Rights, Saving Lives

Human Rights Watch defends the rights of people in 90 countries worldwide, spotlighting abuses and bringing perpetrators to justice

DONATE NOW

HUMAN RIGHTS WATCH

## Get Updates On Rights Issues From Around The Globe

Enter an email address Sign Up

## Connect With Us

Contact Us | Corrections | Privacy Policy | Permissions | Blackbaud Security Incident | Site Map | Child Safeguarding

© 2022 Human Rights Watch

**Human Rights Watch** | 350 Fifth Avenue, 34th Floor | New York, NY 10118-3299 USA | t 1.212.290.4700

**Human Rights Watch** is a 501(C)(3) nonprofit registered in the US under EIN: 13-2875808

# Exhibit E

Reports about Conditions in Mexico

***Ineffectiveness of Government***

Global Americans – Organized Crime in Mexico and the Evolving Government Response, August 18, 2022

U.S. Department of State – 2022 Trafficking in Persons Report: Mexico

GLOBAL AMERICANS

SMART NEWS & RESEARCH FOR LATIN AMERICA'S CHANGEMAKERS

# Organized Crime in Mexico and the Evolving Government Response



Evan Ellis | August 18, 2022
Global Americans Contributor




*Image: A road sign welcomes Mexican President Andrés Manuel López Obrador (AMLO) to Badiraguato, Sinaloa. Source: Daniel Becerril / El País.*

*This article represents Part I of a two-part series on Mexico. Click here to read Part II.*

The security and prosperity of the United States are bound to Mexico through ties of geography, commerce, and family. U.S.-Canada-Mexico trade integration through the United States-Mexico-Canada Agreement (USMCA), and its predecessor, the North America Free Trade Agreement (NAFTA), illustrates how that interdependence can elevate the prosperity of all parties. In addition, the flow of illicit drugs and migrants across the U.S.-Mexico border, and the flow of arms and drug earnings from the U.S. to criminal groups in Mexico illustrate how policies and conditions on one side of the border can

Mexico is currently engulfed in a growing crisis of interdependent criminality and political transformation. COVID-19 and the inflationary effects of Russia's invasion of Ukraine accelerated this crisis. It is undermining Mexico's institutions and harming the nation's economic base. In the process, it is creating increasing security, economic, and other risks for the United States and its other neighbors in the Western Hemisphere.

The criminal proceeds from the U.S. consumption of drugs produced in or transiting through Mexico fuel an increasingly fragmented, well-armed, and well-financed array of competing criminal actors in the country. Their activities are enabled by law enforcement and judicial systems that are partially compromised at all levels, complemented by competing elites seeking to exploit the corruption in the system, and sometimes the criminal actors, for their own financial and political ends. In the process, their actions further enable the power of the criminal groups, the scope of their activities, and the level of insecurity in Mexico.

SUPPORT US

Global Americans is a non-profit organization, which means we don't have advertising or a paywall. Your donation allows us to continue to deliver unique research and analysis on the Americas.

Click here to help

The reinforcing challenges of criminality, corruption, and institutional decay strongly impacting Mexico was compounded by the COVID-19 pandemic, which destroyed countless small and medium-sized businesses, pushed countless people into the informal sector, and, in the process, expanded the economic vulnerability of countless Mexicans. COVID-19 also drained significant resources from the government and its security forces, which

increased the leverage of criminal groups over the communities in which they operate. Such groups occasionally provided food boxes and other aid, enforcing curfews, among other activities. In addition, the response to the pandemic, including the closure of borders, obliged criminal organizations to find new routes and networks, with law enforcement organizations struggling to adapt to the new criminal patterns. Further complicating matters, the inflationary effects of Russia's invasion of Ukraine also increased the number of people in need, expanding recruitment and money laundering opportunities.

Mexico's significant challenges have also arguably been complicated by the security policies of the government of President Andres Manuel Lopez Obrador (AMLO). These include an ill-conceived reorganization of Mexico's security forces, the imposition of legislative and administrative obstacles to security cooperation with the United States, and the expansion of the control of AMLO's decentralized MORENA party at the state level in ways that shake up clientelist relations that existed there, with implications for the criminal groups operating in those states as well.

**The Mexican Security Panorama**

Homicides in Mexico under AMLO's six-year term continued at record levels, although the rate for 2021 was 3.6 percent lower than that of 2020, and the levels for the first part of 2022 showed a further 9.1 percent decline over the same period in 2022. Such improvements notwithstanding, the homicide rate of over 33,000 murders per year remains far higher than when President Calderon first began the war against the cartels by deploying federal forces to Michoacan in 2006. Indeed, over 300,000 Mexicans have been killed in violence related to the conflict since that time.

A key aspect of the criminal dynamics in Mexico is the fragmentation and transformation of criminal groups, leading to violent struggles over "plazas"

The metamorphosis of Mexico's criminal structures and the fighting between them had been underway well before the beginning of the Mexican Army deployment to Michoacan in December 2006, but not on the scale seen presently. During the 1980s, Mexico's narcotrafficking landscape was dominated by the Guadalajara cartel, which worked with Colombian narcotrafficker Pablo Escobar and Honduran middleman Juan Ramon Matta Ballesteros to move drugs to the United States. When the Guadalajara Cartel's leader, Miguel Angel Felix Gallardo ("El Padrino"), was captured and jailed in 1989, he split up his territory among his key operatives and family members, creating the criminal organizations that are part of Mexico's legacy today. Among these figures, the Arellano Felix brothers gained control of the route to the United States through Tijuana, becoming the "Tijuana Cartel." Amado Carrillo Fuentes and his organization gained control of the route through Juarez, Chihuahua, becoming the "Juarez Cartel." Meanwhile, the Sinaloa organization of Joaquín "El Chapo" Guzmán, Hector Salazar, and "El Mayo" Zambada gained control of operations centered in the state of Sinaloa. Independent of the three descendants of the Guadalajara Cartel, the organization led by Juan Garcia Abrego (the "Gulf Cartel") gained control of the route to the United States in the northeast, centered on the state of Tamaulipas.

A key development during these early years was the Gulf Cartel's creation of an "armed wing." In the late 1990s, Los Zetas started recruiting current and former Mexican military officers, to support its war for territory with rival Sinaloa. In 2010, the Zetas turned on their former creators, unleashing a violent struggle. Before that, however, in support of the Gulf Cartel's position in Michoacan, the Zeta's helped train a then-allied-new cartel in that state, *La Familia Michoacana*. The violent acts of that group, including famously tossing heads severed from their victims onto the floor of a Michoacan nightclub, helped to inspire the deployment of federal forces there in 2006 by newly-elected President Felipe Calderon.

With the entry of the Mexican Army and Navy into the fight on a large scale in 2006, the successful takedown of numerous key cartel leaders by federal forces led to a splintering of groups, with increased uncertainty spawning violent fights for control over plazas. Meanwhile, the demonstrated success of "armed wings" such as the Zetas led to a proliferation of such organizations, which often turned to extortion as a revenue source in the territory they controlled, as well as other forms of crime apart from narcotrafficking, dramatically increasing criminality throughout the country. In response to the new criminal menace, affected communities often formed self-defense militias, which themselves became involved in charging protection money and committing other criminal acts, further contributing to the problem. By 2015, there were 25 major criminal groupings in the country. In 2019, AMLO recognized the operation of 37 "cartels" in the country, while the International Crisis Group identified 463 distinct criminal entities that had or were operating there.

In Mexico's complex criminal dynamic, two organizations with enormous revenues and international connections came to dominate: the more federated Sinaloa Cartel and the generally more aggressive Jalisco Nuevo Generation cartel (CJNG). CJNG later captured the national spotlight in May 2015 when it set trucks on fire, effectively blockading Guadalajara, Mexico's second-largest city, and successfully downed a Mexican Army helicopter in an engagement that same month.

In the context of the weakening or fracturing of other once powerful players such as the Gulf Cartel, La Familia Michoacana, and the Beltran Leyva organization; Sinaloa and CJNG continue to fight for territory across Mexico, often against each other through proxy groups.

Sinaloa generally has a more "franchise-like" structure than CJNG, which is more hierarchically organized around its leader "El Mencho," who has almost

a cult-like following. Nonetheless, both are sufficiently decentralized that it is misleading to think of them as coherent unitary organizations.

With respect to geography, Sinaloa's presence is principally focused on the states of northwest Mexico and the U.S. border, while CJNG has been most influential along the southwest coast and across the middle of the country, extending its dominion to the state of Veracruz on the Gulf Coast as well.

Although CJNG has made impressive military advances across Mexico in the last decade, in the past year, individual CJNG leaders have faced resistance from local groups as well as internal infighting in multiple states. Nonetheless, the organization's structure and revenues have not been seriously affected.

CJNG has been notable for its accumulated military-like firepower, including improvised-armored vehicles or "narco tanks," 50-caliber sniper rifles and other military-grade firearms, improved explosive devices (IEDs), and armed drones. Nonetheless, smaller cartels such as the Cartel of the Northeast in Tamaulipas, have also been notable for their use of military-like vehicles and weapons. Correspondingly, Tamaulipas and the CJNG-dominated state of Michoacan are the two Mexican states where the largest number of narco tanks have been seized to date.

The organized crime dynamics in Mexico have also been affected by the expanding number of revenue-generating activities. Within narcotrafficking, this includes the diversification from cocaine and marijuana to the production and transport of opioids and synthetic drugs such as methamphetamines and fentanyl.

Such activities have transformed the centers of gravity in the criminal landscape. Opioids have lent increased importance to states such as Guerrero and the "golden triangle," where the states of Chihuahua, Durango, and

focus to urban areas where labs are frequently located. In addition, the increasing role of fentanyl, whose potency allows tiny quantities to be transformed into large numbers of doses, has revolutionized what is possible with smuggling. Other notable developments include the shift from ephedrine-based to P2P-based methamphetamines, which have more adverse mental effects on users, with consequences showing up in Mexican communities.

Beyond the shift in types of drugs, oil theft or "huachicol," and human smuggling and trafficking have become increasingly important industries, giving new criminal importance to states such as Guanajuato, where oil is produced and distributed, as well as states containing routes for moving people through Mexico across the border. The movement of people and drugs along overlapping routes has also created new synergies between the two types of criminal operations.

Another key aspect of Mexico's criminal dynamic is the interrelationship between criminal groups struggling for power, and the local, state, and other governments that are compromised by payoffs from these groups. Some politicians and government officials in these states may even seek to actively participate in illicit businesses or use criminal groups for political ends. The relationship between politically controlling a territory and capturing part of the illicit revenue streams from the groups operating there that have created a troublesome, mutually reinforcing relationship between the struggle for political power and the fight between criminal groups to dominate key logistics routes, nodes, and sources of income in Mexico's states. During the interviews conducted for this article, subject matter experts repeatedly mentioned the 2022 change in parties in power in the Mexican states of Hidalgo, Oaxaca, Quintana Roo, and Tamaulipas as important for understanding the dynamics between criminal groups in Mexico and the violence between them. They similarly mentioned the positioning for elections in Coahuila and Mexico State in 2023 and in Chiapas, Mexico City,

Guanajuato, Jalisco, Morelos, Puebla, Tabasco, Veracruz, and Yucatan in 2024 as key future events potentially shaping criminal dynamics.

Alleged connections between political power and the operations of different criminal groups in Mexico's 32 states also have serious implications for the nation's political trajectory following national elections in 2024. As with what occurred after AMLO's election in 2018, the capture of the presidency by a party other than MORENA in 2024 could likely lead to the rapid deterioration of the party, unleashing a series of battles for control between new political forces at the state level with consequences for the dynamics between criminal actors in those states. Even a victory by MORENA in the 2024 presidential elections would likely transform the party due to AMLO's partial or complete departure from politics, leading to lesser, but still significant power struggles between MORENA and other contenders at the state level.

**State by State**

Criminal dynamics in Mexico vary broadly by state, reflecting different groups which are vying for power in each, as well as features relative to criminal operations (ports, highway routes and logistics nodes, poppy fields, narcolabs, and human smuggling routes among others.) This section examines some of the more salient criminal dynamics and features in key Mexican states.

***Sonora.*** The state of Sonora, which is a key point of access to the United States, was shaken up by the July 2022 arrest of Rafael Caro Quintero, one of the last remaining members of Mexico's first generation of narcotraffickers. Following his release from a Mexican prison in 2013, Caro Quintero established himself in the state with a new organization, the "Cartel of Caborca," (a small strategically located town in the state.) There he competed with, and increasingly became a problem for the Sinaloa Cartel, which dominates the area more broadly, and more specifically, for the sons of El

influence as a key "old school" narcotrafficking figure, his arrest raises the prospect that the other criminal groups in the area who had worked with him, as well as local police and government officials under his influence, could now shift their allegiances from the Caborca cartel to the rival "Chapitos," unleashing a new wave of violent competition for control of the plazas of Sonora. Indeed, in the week following his arrest, violence had increased substantially in the state.

***Colima.*** The small state of Colima, dominated by CJNG, is host to the port of Manzanillo, which is key for the import of precursor chemicals used by the cartel and others to produce fentanyl and methamphetamines. Colima was the site of one of several recent challenges to the authority of CJNG across Mexico. In January 2022, the "Mexcales" (also known as the "Cartel of Colima") switched their loyalty from CJNG, for whom they had previously worked as enforcers, to the Sinaloa Cartel, claiming that CJNG head "El Mencho" was dead. The defection precipitated a wave of violence in the state, ultimately killing 60 people and obliging the National Guard to deploy 2,000 soldiers there.

***Michoacan.*** The state of Michoacan, home of the strategic port of Lazaro Cardenas, has also been the focus of multiple significant challenges to CJNG, which dominates it. These include an attack by a group led by Daniel Correa ("El Tigre") supported by other groups, against local CJNG head "El Barbas," which killed twenty people. It also includes resistance to CJNG by a coalition of the remnants of other groups, calling themselves "Carteles Unidos" (united cartels) near Aguililla, the childhood home of El Mencho. The resulting combat between the groups has involved the employment of significant military hardware, from improvised armored vehicles and explosives to weaponized drones.

***Chihuahua.*** Chihuahua is a key corridor to the United States and home to

(Juarez Cartel). In June 2022, Sinaloa-affiliated leader "El Chueco" killed two Jesuit priests in the town of Cerocahui, raising the prospect of an escalation of violence.

***Sinaloa.*** In the state of Sinaloa, dominated by the cartel of the same name, intervention by authorities against 16 narco labs during the month of June 2022 highlights the continuing risk that the cartel is expanding its role as a key player in the production and transport of synthetic drugs in Mexico.

***Guerrero.*** The state of Guerrero is a focal point for growing heroin poppies and producing heroin. The rise in demand for heroin and opioids in the United States has contributed to the escalation of violence there. Although there are many criminal groups competing and pursuing illicit activities in the state, the most powerful are Guerreros Unidos, Rojos, the Cartel of Acapulco, and the Cartel of the Costa Chica.

***Veracruz.*** The Gulf-facing state of Veracruz is dominated by CJNG, although other groups including remnants of La Familia Michoacana reportedly operate in the port.

***Tamaulipas.*** The state of Tamaulipas, bordering the United States in the northeast of Mexico, is the focus of multiple routes for moving drugs, immigration, and fuels to the U.S., including fuels diverted illicitly. Such routes are contested by multiple cartels, including the Northeast Cartel, a splinter of Los Zetas. The previous governor of Tamaulipas, Francisco Garcia Cabeza de Vaca, was believed to be tied to the Gulf Cartel through money man Sergio Carmona Angulo. The victory of a new MORENA party governor, Americo Villareal Anaya, in the nation's June 2022 elections raises the prospect of a shakeup between criminal groups competing for revenues moving through Tamaulipas' important plazas.

AMLO administration was to move against local criminal leader "El Morro," and his Santa Rosa de Lima Cartel, opening the opportunity for CJNG to strengthen its position in the territory, expanding conflict there. Despite the death of El Marro, whose organization was vulnerable due to its relatively hierarchical character, the local connections of the Santa Rosa de Lima Cartel, including support from other gangs, have reportedly prevented CJNG from consolidating its control in the state.

***Zacatecas.*** In Zacatecas, an increase in the killing of police and other violence in the first months of 2022 highlighted a struggle between groups affiliated with the Chapitos of Sinaloa and others tied to CJNG. The value of the state is not only as an alternative route through the center of the country for the movement of drugs, but also for moving people migrating north.

***Quintana Roo.*** In Quintana Roo, high-profile assassinations on tourist beaches in May 2021, December 2021, and January 2022 accentuated the insecurity that has come to even once relatively safe parts of Mexico. The value of Quintana Roo from a criminal standpoint is less notable for the movement of drugs, but rather for human trafficking and extorting other activities that occur in tourist areas such as Cancun and Playa del Carmen. The present violence in the state suggests less restrained competition between minor actors, with major cartels such as Sinaloa and CJNG having only a limited presence there. In addition, as in Tamaulipas, the July 5 victory of the MORENA gubernatorial candidate Mara Lezema Espinosa in Quintana Roo suggests the possibility of a shakeup in criminal hierarchies in the state.

***Mexico City.*** In Mexico City, where Police Chief, Omar García Harfuch was shot in a July 2020 attack by CJNG, police have engaged in a series of enforcement actions against some of the larger networks of criminal organizations operating in the city. These have included actions against La Union Tepito and the Cartel of Tlahuac, among others. The size of the city and

Sinaloa or CJNG from establishing dominant positions in Mexico City. Indeed, the decisive force in Mexico City in running criminal operations, as well as fighting them, according to some, is the police. There are some 83,000 police in Mexico City alone, a number almost twice the size of the entire Mexican Navy. Within the police, there have also been credible reports of leaders such as "Jefe Apollo" using parts of the organization to control and extort local mafias for their own ends.

**Mexican Security Forces Responding to Organized Crime**

Mexico's Army, Navy, and the new National Guard have demonstrated significant capabilities. They have repeatedly put the lives of their personnel on the line in operations against criminal operations across the country. The Mexican military has been, however, notably underfunded in comparison to other militaries, receiving only approximately 2 percent of GDP as its budget, despite enormous responsibilities for internal security, as well as other traditional missions.

AMLO, who as a candidate expressed the desire to eliminate the role of the military in internal security in Mexico, has become increasingly reliant on Mexico's Armed Forces as a tool, not only for conducting internal security activities, but for a range of other roles including the construction and management of infrastructure projects, arguably diverting military resources from other important tasks.

AMLO is arguably neither pro-military nor anti-military per se. Rather, his attitudes about the use of the military have reflected the influence of key advisors with military expertise, including his former security advisor, now governor of Sonora, Alfonso Durazo, as well as retired Lieutenant General Audomaro Martinez Zapata, presently head of Mexico's Center for National Intelligence.

AMLO's key initiative in the reorganization of the security sector has arguably been the formation of a National Guard and the simultaneous elimination of the federal police. From the beginning, military officers reportedly took on a significant role in command of the organization and contributed a disproportionate number of its personnel. The dominance of the military within the leadership and ranks of the National Guard was arguably due, in part, to the failure of a sufficient number of federal police officers to join the new organization.

In 2021, AMLO began a process to incorporate the National Guard under the leadership of the Mexican Defense Secretariat (SEDENA), which, unlike the U.S. Department of Defense, represents only Mexico's Armyand Air Force not its Navy. The changes to the organization of the military include the formation of a new Joint Staff, in which a position for the head of the Mexican Army separate from the head of SEDENA itself has been established. The new Joint Staff also include the leadership of the National Guard and the Mexican Air Force. Nonetheless, the finalization of the change will require a new law, which is currently being sharply resisted by the non-Morena political establishment in Mexico, including the PAN and PRI.

Although the rivalry between SEDENA and the Secretary of the Navy (SEMAR) is longstanding, AMLO's moves have reignited institutional battles, leading to the interpretation of virtually all major actions in the security space context of that institutional struggle. For multiple persons consulted for this work, events such as the selection of the Mexican Navy and not the Army to conduct the July 2022 operation to arrest Rafael Caro Quintero, and the president's authorization of a reorganization of the Navy that increased the number of three-star regional commands from seven to 13, were interpreted as the president's accommodation of the Navy as a counterweight to favoritism otherwise shown to the Army in other matters.

A further attribute of the current Mexican security situation is the political leadership of virtually all institutions by persons of personal confidence of the president. This includes the choice of Rosa Icela Rodriguez to head Mexico's Public Security Secretariat. Icela Rodriguez was reportedly previously the nanny of AMLO's children. More significantly, AMLO's choice of Audomaro Martinez Zapata to head the national security organization shows the importance the president places on ensuring that Mexico's civilian intelligence collection organization is firmly in the hands of a person he personally trusts.

Another important dimension of the capability of Mexican security forces is the effort to incorporate municipal and other local police under state police structures in an initiative called unified command or "Mando Unico." The initiative, begun under the previous government of President Enrique Pena Nieto, was an attempt to combat the corruption of local police, often including their collaboration with local criminal organizations, a problem rampant across Mexico. Progress in implementing Mando Unico under AMLO, however, has been uneven. In some cases, such as in the state of Yucatan, local police still exist but have been effectively disarmed. In other areas, such as Nuevo Leon, municipal police in cities such as Monterey are reportedly effective, yet still outgunned against the cartels.

**The Question of "Hugs Not Bullets"**

AMLO's hugs not bullets, or "abrazos no balazos" orientation toward criminal groups in Mexico and a number of his specific actions while president has raised questions regarding his motivations. The charitable interpretation of the president's orientation is that he is a decent, well-meaning man who desires to deescalate the spiral of violence in the country, even as it is expanding to unprecedented proportions, and even if some may question the efficacy of the president's policies and choices.

Whatever the interpretation, whether by coincidence or for more disturbing reasons, the president's policies and actions have exhibited a degree of favoritism toward the Sinaloa Cartel and specifically toward Los Chapitos. Notable actions by AMLO include the order to release Chapito Ovidio Guzman, who was actually in custody following the October 2019 operation in Culiacan that successfully arrested him, which occurred in the heart of Sinaloa Cartel territory, and produced a fierce reaction by local criminal organizations in support of Ovido. Although AMLO justified an order to release Ovido as an attempt to avoid further violence against residents of the town, doing so was unprecedented, and sent a worrisome signal to the cartels that in the future, their use of extreme violence to resist an arrest of one of their leaders could oblige security forces to back down.

The second, major questionable action by AMLO was the dropping of charges against the former head of SEDENA, General Salvador Cienfuegos, who was arrested in October 2020 in the United States on extensive and credible charges involving his collaboration with Mexican drug cartels. Upon pressure from the Mexican government, the U.S. government released Cienfuegos into Mexican custody, upon which the Mexican government promptly dropped all charges. Moreover, adding insult to injury, they published the 751-page case supplied by the U.S. Justice Department on the internet, potentially putting sources and methods at risk. Although for some Mexicans, the U.S. arrest of the former head of the Mexican Army on U.S. soil was an affront to the nation, AMLO's handling of the case nonetheless raised significant questions.

AMLO's third questionable action was his introduction of and his government's passage of a 2020 National Security Law that had the effect of significantly impeding the ability of Mexican law enforcement officials to cooperate with U.S. entities such as the Drug Enforcement Agency (DEA), as well as stripping immunity from them, and imposing extensive reporting requirements upon them, and restricting what U.S. entities could do in Mexico.

The fourth action was the April 2021 shutdown of a Mexican special vetted criminal investigative unit that had worked closely with the DEA, impeding the ability of the DEA to pass certain "ultra-sensitive" information to their Mexican counterparts in support of operations against criminal organizations operating in the country.

The fifth questionable action is AMLO's repeated visits to the obscure Sinaloa town of Badiraguato, to visit the mother of El Chapo in Rancho La Tuna. Not only have previous Mexican presidents never visited the obscure town even once, but the president repeated interactions with El Chapo's mother are difficult to explain. Raising further questions, the president's visit in May 2022 to Badiraguato included a security perimeter that had been established by the cartels, and not Mexican security forces.

In the context of such actions, even the president's motive in cooperating with the United States in permitting the successful operation against Rafael Caro Quintero has been subject to question, given that Rafael Caro Quintero's Cartel de Caborca had become a problem for Los Chapitos. Thus his arrest indirectly benefitted Los Chapitos.

**Security Cooperation with the U.S.**

Despite some of AMLO's actions effectively limiting security cooperation with the U.S., such as the 2020 National Security Law, as previously mentioned, the U.S.-Mexico security relationship remains strong at the institutional level. Although Merida Plan was replaced in December 2021 by the new bicentennial framework, the details and changes implied by the framework are still being substantially worked out. In addition, the ongoing migration crisis at the U.S.-Mexican border has arguably demanded much attention. Nonetheless, security issues, as well as trade and climate, were reportedly discussed during the president's July 2022 visit to Washington.

At the institutional level, relations between the U.S. and Mexican military remain close. Activities coordinating the work of the two militaries, including staff talks and the border commander program, are ongoing. In addition, the U.S. and Mexican militaries continue to have liaison officers in multiple organizations of the other. For example, Mexican officers and other military personnel study in U.S. institutions, and vice versa. Nonetheless, for policy reasons, the U.S. military does not engage directly with the Mexican National Guard, created under AMLO. Rather, in support of its internal security function, Mexico's National Guard does engage with various U.S. law enforcement institutions.

In the domain of military acquisitions, the significant initial purchases by the Mexican Army and Navy of U.S. military goods, including HMMWVs, Blackhawk helicopters, Beechcraft T6 Texan trainer aircraft, and Beech King Air 350ER surveillance aircraft, have largely come to an end. Major acquisitions and associated maintenance and training relationships are still ongoing, however, including the possible acquisition of 18 additional Blackhawks to replace aging Russian aircraft which the Mexican military is finding it difficult to maintain under the current Russia sanctions regime, as well as SEMAR interest in S-92 and Bell-429 helicopters. With the Mexican Army financing its own activities, U.S. security engagement funding for Mexico has dropped from approximately USD $80 million to $18 million, without implying a corresponding change in engagement.

Although procurement activities by the Mexican military during the Calderon and Peña Nieto six-year presidential terms were strongly oriented toward the United States, in 2017, the Mexican military indicated its interest in potentially acquiring Russian MI-17 helicopters to replace older generation Mi-17s and Mi-8 helicopters, but in 2020, announced that it would not do so. Following Russia's invasion of Ukraine, and the imposition of sanctions on Russia, Mexico, like other countries in Latin America, has had difficulty in obtaining

spare parts for its Russian military equipment, and has reportedly explored replacing that Russian equipment with non-Russian alternatives.

**Recommendations**

With a 1,954-mile-long, shared land border, longstanding family ties, extensive trade and investment relationships, and supply chains that cross national boundaries, Mexico is integral to both U.S. prosperity and security. The drug crisis that killed 108,000 Americans last year and the current immigration crisis demonstrate the importance of working effectively with Mexico to combat our shared challenges with respect to transnational organized crime, among other areas. The posture of the current Mexican government has made such joint efforts more difficult than in previous scenarios, but not impossible.

While maintaining a posture respectful of Mexican sovereignty, it is important for the United States to be frank and open regarding areas in which it believes that necessary collaboration between peers combatting a common problem is not forthcoming. Such open dialogue between neighbors includes the United States seeking ways to do more in areas that it can impact, including addressing the demand for drugs that fuel the criminal activities of groups in Mexico working to supply the U.S. market, as well as the violent struggles between them. The United States also needs to do more with respect to the flow of guns purchased legally in its country, which is then smuggled illegally across the U.S. border, contributing to deaths in Mexico. The United States can also do more to acknowledge the operation of criminal groups on its side of the border, as well as the efforts being taken by U.S. law enforcement to combat them. Reciprocally, the U.S. also has an obligation not to shy away from talking candidly about concerns regarding corruption in Mexican institutions, laws, and policies that impede cooperation, even if talking openly about such issues prompts pushback from Mexico that such talk is offensive to

Within a framework of mutual respect, U.S. authorities in their dialogue with their Mexican counterparts, must also be more willing to prioritize the issue of Countering Transnational Organized Crime (CTOC) collaboration and the elimination of associated formal and informal barriers on the Mexican side. As the U.S. government does in its dealings with other countries where appropriate, it should also be prepared to use targeted Treasury Department OFAC sanctions, visa denials, criminal indictments, and other tools to call out Mexican officials and business elites whose behavior is of concern, even if doing so causes friction in the relationship or threatens to impede Mexican cooperation on politically sensitive issues in the U.S. such as cooperation on migration. In the extreme case, the U.S. must be ready to employ trade and investment policies as a lever to achieve such cooperation as well, always being respectful to our Mexican partners, yet not allowing the invocation of "sovereignty," as an excuse for failing to engage in good faith.

As a complement to such frank but necessary engagement, the American nation also can do far more to meet its own commitments to supporting investment in Mexico, and to providing resources to programs that support the nation's law enforcement and other institutions.

Recognizing that the results of such engagement with Mexico will only partially address the problem, the U.S. must be prepared to work around institutions and actors within Mexico with which it cannot reliably engage. In doing so, America must also work to strengthen collaboration with those institutions within the Mexican government at all levels that demonstrate the willingness to work with the U.S. reliably and in a framework of trust. In this way, the U.S. can help those Mexican institutions which are most effective and committed to working in a clean, transparent fashion to succeed, making positive contributions to the security situation in the country, while strengthening the position of those Mexican institutions for doing good.

Candid yet always respectful engagement between the U.S. and Mexico on transnational organized crime issues will generate political discomfort on both sides, yet such dialogue is the hallmark of a mature relationship between friends and neighbors. Given that neither the United States nor Mexico has the option of moving to a different neighborhood, it is also necessary for the security and well-being of both partners.

***Evan Ellis** is a Latin America research professor with the U.S. Army War College Strategic Studies Institute. The views expressed herein are strictly his own.*

## Related Posts

**Strategic Insights: Mexico—New Directions, Continuity, and Obstacles in the Fight Against Transnational Organized Crime**

In comparing the perspectives of Mexican government officials, the Armed Forces and police to those…

**Trump visits Mexico**

If you were left scratching you head in disbelief this week at Trump's surprise visit…

**Mexico comes together**

After a deadly earthquake hits Central Mexico, the community, the government and special rescue organizations…

Filed Under: North America, Security & Rule of Law, U.S.-Latin America Relations

Tagged With: AMLO, Mexico, organized crime, U.S.-Mexico relations

©2022 Global Americans

Website development by Robert Gourley.

An official website of the United States Government Here's how you know

Live Now: Secretary Blinken Participates in a Conversation at the University of Chicago



# 2022 Trafficking in Persons Report: Mexico

**OFFICE TO MONITOR AND COMBAT TRAFFICKING IN PERSONS**



## Mexico (Tier 2)

The Government of Mexico does not fully meet the minimum standards for the elimination of trafficking but is making significant efforts to do so. The government demonstrated overall increasing efforts compared to the previous reporting period, considering the impact of the COVID-19 pandemic on its anti-trafficking capacity; therefore Mexico remained on Tier 2. These efforts included prosecuting and convicting more traffickers; identifying more victims; and arresting two former public officials for allegedly running a sex trafficking operation. Courts convicted more labor traffickers, including some who exploited children by forcing them to transport illegal substances. However, the government did not meet the minimum standards in several key areas. The government failed to allocate funds to a legally-required victim assistance fund; authorities did not consistently employ a victim-centered approach; and overall services for victims were inadequate. The government did not improve efforts to screen for indicators of trafficking among vulnerable populations and refer possible victims to service providers. Fraudulent recruitment practices continued to be widespread, but the government did not take steps to hold recruiters or labor agents accountable.

## PRIORITIZED RECOMMENDATIONS:

Develop, implement, and fund a national strategic action plan on victim services, in consultation with international organizations and NGOs, to include shelters, comprehensive services, and reintegration support for all victims, including men and boys, LGBTQI+ individuals, and Indigenous persons.

Develop and implement standardized operating procedures (SOPs) for front-line officials to proactively identify victims among vulnerable groups in Mexico and overseas—including individuals in commercial sex, children apprehended for illicit gang-related activities, Cuban medical professionals, and migrants, including migrant workers— and refer them to service providers for assistance.

Increase efforts to investigate and prosecute trafficking crimes, including forced labor and those involving complicit officials, at both the federal and state levels.

Increase and institutionalize anti-trafficking training for police, prosecutors, judges, immigration authorities, and service providers, with a focus on applying trauma-informed, victim-centered procedures.

Provide improved security to victims and witnesses testifying against traffickers, and ensure victims are not unlawfully detained, coerced into testifying, or otherwise re-traumatized.

Allocate funds to a legally- required victim assistance fund to cover restitution payments convicted traffickers are unable to pay and develop a mechanism to ensure victims receive court-ordered payments.

Strengthen the labor law to adequately criminalize and establish stringent penalties for recruitment practices that facilitate trafficking, and increase enforcement to punish employers and labor recruiters for violations.

Enact anti-trafficking legislation and establish specialized anti-trafficking prosecution units in all states.

Enact, implement, and allocate sufficient resources toward a new national action plan (NAP) that is coordinated across federal, state, and local authorities.

Conduct culturally-relevant awareness campaigns in local languages targeted for rural and Indigenous communities.

Strengthen data collection efforts.

## PROSECUTION

The government increased law enforcement efforts, but it did not provide complete data on investigations, prosecutions, and convictions at the federal and state levels. The 2012 anti-trafficking law criminalized sex trafficking and labor trafficking, prescribing penalties of five to 30 years' imprisonment and fines for sex trafficking crimes and five to 20 years' imprisonment and fines for labor trafficking. These penalties were sufficiently stringent and, with respect to sex trafficking, commensurate with those prescribed for other serious crimes, such as rape. The law defined trafficking broadly to include illegal adoption without the purpose of exploitation. Federal officials had jurisdiction over all international trafficking cases, all cases that took place on federally administered territory involving organized crime, and all cases involving allegations against government officials. States investigated other internal trafficking cases. Thirty states had trafficking laws. The 2012 law obligated states to have a dedicated human trafficking prosecutor; 31 of 32 states had established specialized anti-trafficking prosecutors or units. Local experts reported prosecutors sometimes charged suspects with crimes they believed were easier to prove, such as homicide or kidnapping, particularly in states where prosecutors' offices were underfunded. The 2019 Asset Forfeiture Law allowed authorities to seize traffickers' assets. In July 2021, the Supreme Court denied a request for an injunction filed by suspects who argued that the separate charges they faced for sex trafficking and sexual exploitation amounted to being judged twice for the same crime. The court deemed that each charge involved separate actions and upheld the government's ability to prosecute suspects for both crimes.

Authorities initiated at least 35 federal investigations and 621 state investigations in 2021, compared with 55 federal investigations and 550 state investigations in 2020, and 133 federal investigations and at least 544 state investigations in 2019. Federal investigations included 23 sex trafficking cases, five labor trafficking cases, and seven cases involving unspecified exploitation. Federal authorities initiated prosecution of 31 suspected traffickers and continued 45 prosecutions opened in previous years for a total of 76 federal prosecutions in 2021. In comparison, authorities initiated prosecutions of 40 suspects and continued prosecutions of 35 suspects in 2020. The government reported state-level prosecutions in 22 states for a total of 95 suspects prosecuted. In comparison, the government reported state-level prosecutions in 14 states for a total of 51 suspects prosecuted in 2020. Although federal authorities did not issue any convictions in 2021, state authorities convicted 75 traffickers, including 65 sex traffickers and 10 labor traffickers, two of whom forced children to transport illicit substances. This was an overall increase from 49 traffickers convicted in 2020 and 29 traffickers convicted in 2019. Nonetheless, a lack of coordination among labor inspectors, criminal justice authorities, and service providers hampered efforts to hold labor traffickers criminally accountable and provide comprehensive assistance for labor trafficking victims. The government issued sentences for convicted traffickers ranging from 3 years to 135 years' imprisonment, and also ordered many to pay fines and restitution. The Secretariat

of Finance's Financial Intelligence Unit (UIF) reported suspicious financial transactions and its intelligence uncovered 201 possible cases of trafficking in 2021, compared with 230 reports of suspicious financial transactions allegedly related to trafficking in 2020. Over the three-year period 2019-2021, UIF froze 1,617 bank accounts and more than $52 million in funds connected to human trafficking crimes.

Mexican prosecutors collaborated on 13 cases with authorities from other countries. State-level specialized prosecution units, whose capacity levels, staffing, and funding varied widely, had the primary responsibility for enforcing anti-trafficking laws throughout the country. Prosecutor offices in rural and Indigenous communities were particularly understaffed and lacked sufficient resources to effectively prosecute trafficking crimes. Coordination across state and federal levels continued to be slow. Authorities from the four states of Mexico City, State of Mexico, Baja California, and Nuevo Leon conducted more than half of all investigations in 2020, while authorities in Durango, Guanajuato and Colima did not investigate any suspected cases. The government identified the states of Veracruz, Tlaxcala, and Guerrero as having a high trafficking prevalence, but authorities in these states did not convict any traffickers for at least the second consecutive year. Local experts reported insufficient funding for prosecutors in these states led them to charge suspects with crimes they believed easier to prove. The government trained 820 state and local police officers across ten states on anti-trafficking protocols. The Special Prosecutor for Violence Against Women and Trafficking in Persons (FEVIMTRA) held four virtual anti-trafficking training sessions for 749 of its employees.

Corruption and official complicity in trafficking crimes remained concerns, inhibiting law enforcement action during the year. Some government officials facilitated or participated in trafficking crimes. The government operated a hotline and website open to the public for the anonymous reporting of suspected corruption involving public officials, but it did not report receiving any trafficking-related tips. In 2021, authorities investigated and detained a public servant for alleged involvement in child sex trafficking crimes, but they did not provide details on the status of the investigation or whether charges had been filed. During the reporting period, authorities arrested and charged two former employees of a national political party, including its former leader, for allegedly running a sex trafficking operation with party resources; one additional suspect apprehended in the prior reporting period remained in custody and two other suspects were not apprehended. The government did not provide updates in the case of the former governor of Puebla, arrested in February 2021 for ordering the 2005 torture and illegal arrest of a journalist who exposed the official's alleged involvement in a child sex trafficking ring. The government did not convict any officials for complicity in trafficking crimes.

## PROTECTION

The government maintained protection efforts, identifying more victims; however, it did not provide adequate services to victims. The government reported identifying 744 victims in 2021, compared with 673 victims in 2020, and 658 victims in 2019. The government provided only partial disaggregated data on the identified victims: in the first eight months of 2021, identified victims included 392 individuals subjected to sex trafficking, 56 subjected to forced labor, and 66 not specified and at least 15 victims were from other countries. An NGO that operated a national hotline dedicated to human trafficking reports received 1,864 trafficking-related calls—originating from throughout the country—and identified more than 196 victims from these calls; 43 investigations resulted from calls to the hotline. In 2021, Mexican consular officials identified and assisted 1,352 Mexican nationals who were in vulnerable situations or victims of crimes including human trafficking in other countries; 86 were victims of forced labor. In comparison, authorities abroad identified and assisted 313 Mexican victims of human trafficking in the first six months of 2020.

Immigration officials implemented a formal screening, identification, and care protocol to identify and refer potential trafficking victims during initial immigration verification, and immigration officials identified 15 trafficking victims during the year. In the previous reporting period, authorities agreed to modify this protocol to require screening among migrants in detention centers and requested assistance from an international organization in drafting updated guidance; however, authorities did not complete

these revisions during the year. Consular officials followed a protocol for identifying and providing assistance to Mexican victims abroad, and some other agencies followed informal victim referral procedures. Labor inspectors had a protocol for identifying suspected forced labor victims during routine inspections of formally- registered businesses and farms, but local observers reported a lack of coordination with other secretariats to facilitate criminal investigations and victim assistance. Across the government, victim referral from first responders was largely ad hoc and procedures varied from state to state, with most shelters relying on prosecutors to identify and refer victims. Most government officials lacked SOPs to proactively identify potential victims of trafficking within vulnerable groups and systematically refer them to service providers. NGOs reported authorities at all levels of government lacked sufficient understanding of trafficking laws and failed to effectively identify and refer potential victims. In Puebla, a state the government identified as among those with the highest prevalence of trafficking, state authorities referred only three victims to the state's only trafficking victim shelter in 2021. The government provided training on identifying and assisting trafficking victims to officials from several agencies including 800 staff from state attorneys general offices; 487 Department for Family Development (DIF) officers; 2,100 immigration officials; and 1,465 additional government officials.

Federal and state agencies generally offered victims emergency assistance such as medical care, food, and housing in temporary or transitional homes, and other services such as psychological care, legal assistance, and access to education or employment opportunities, often in partnership with NGOs. However, victim services varied throughout the country; were unavailable in some regions; and were particularly inadequate for male victims, forced labor victims, and victims in rural areas. NGOs reported the government provided insufficient funding for critical victim services and victims in most states did not receive sufficient government assistance. Medical and psychological support often did not extend beyond cursory evaluations; shelters at both the state and local levels typically housed victims only for the duration of a criminal trial; and long-term reintegration services were very limited, leaving victims highly vulnerable to re-exploitation.

The government did not provide complete data for victims receiving services. FEVIMTRA continued to operate a high-security shelter in Mexico City that could accommodate 50 female victims and their children for up to three months while victims participated in legal processes; the shelter served 79 trafficking victims during the year. NGOs expressed concerns the high security measures, including victims' inability to leave the shelter unaccompanied, may have re-traumatized some victims. The states of Mexico, Chiapas, and Mexico City continued operating six government-funded trafficking shelters. In total, seven states had specialized government or NGO shelters for trafficking victims, and four states had agreements in place that allowed them to refer trafficking victims to shelters in another state. The government and NGOs operated additional shelters that served other vulnerable populations and could accept trafficking victims but did not provide specialized services. There were no government or NGO trafficking shelters available for male victims older than 13, and 12 states lacked any shelters that accepted trafficking victims. NGOs operated the majority of shelters that served trafficking victims. Most shelters offered medical, psychological, and legal assistance for victims, but the level of care and quality of services varied widely. Government officials provided services such as security or transportation to some NGO shelters. Government centers for crime victims provided some trafficking victims with emergency services, as did state-level prosecutorial, social service, and human rights offices. Many NGOs continued to alter or limit their operations in response to pandemic-related funding cuts from donors or necessary isolation measures. Shelters reported assisting fewer victims due to limited staffing and to limit the spread of the COVID-19 virus. The National Institute of Social Development provides funding to women's shelters, including shelters that accept victims of trafficking; in 2021, three NGOs operating trafficking shelters submitted requests for funding and received approximately 11 million pesos ($535,780) through this program.

The government reported providing temporary immigration relief through humanitarian visas to 13 trafficking victims in 2021. Humanitarian visas enabled foreign trafficking victims to legally remain and work in the country up to one year, and could be extended; this benefit was not dependent on a victim's willingness to participate in a criminal trial. Government officials and NGOs acknowledged barriers to victims receiving humanitarian visas, including authorities' failure to identify eligible foreign

trafficking victims, insufficient efforts to make victims aware of the process for obtaining such relief, and the lengthy wait times for processing requests. FEVIMTRA coordinated with local embassies to provide legal, administrative, and consular assistance to victims from Brazil, Colombia, Honduras, Paraguay, and Venezuela and repatriated six victims to their home countries.

The law provided victims with protection from punishment for unlawful acts traffickers compelled them to commit. However, the government lacked formal procedures to identify victims among vulnerable groups, including children apprehended for alleged gang-related criminal activity and migrants in detention facilities. NGOs reported authorities sometimes unlawfully detained victims on trafficking charges and some officials utilized shelters as detention facilities for victims until their cases were completed. Trafficking victims among migrants and asylum-seekers were often fearful of reporting abuses due to a mistrust of authorities and fears of punishment or other repercussions. Authorities initially charged a child sex trafficking victim in Queretaro with sex trafficking crimes, but later withdrew the charges and filed a new case naming her as a victim; in October 2021, courts convicted the sex trafficker who exploited her and several other victims. The government did not report whether it complied with a CNDH recommendation, issued in January 2021, to provide compensation to a sex trafficking victim whose human rights authorities violated by detaining her in a migrant detention center in 2018.

The anti-trafficking law stipulated authorities must apply the principle of "maximum protection" to victims and witnesses, including protecting individuals' identities and providing name and residence changes to victims affected by organized crime. Nonetheless, identifying information sometimes became publicly available in high-profile cases and many victims feared identifying themselves or testifying against traffickers in court under the accusatorial system. Courts permitted victims to provide testimony via closed circuit television. NGOs reported officials often re- traumatized victims through a lack of sensitivity, victim shaming, and the lack of adequate protection for victims during criminal proceedings. Experts expressed concern prosecutors coerced some victims to testify during judicial proceedings. Authorities' failure to employ victim-centered procedures, combined with an overall lack of specialized services and security, disincentivized victims from filing complaints or participating in investigations and prosecutions. Women, Indigenous persons, LGBTQI+ individuals, and migrants experienced discrimination within the judicial system that limited their access to justice.

The Secretariat of the Interior (SEGOB) had a unit responsible for supporting access to justice and compensation for victims of federal crimes, but the government did not provide it with sufficient funding and trained personnel, limiting its ability to provide this support to trafficking victims. The national-anti trafficking law required judges in criminal cases at both the state and federal levels to order traffickers to pay restitution to victims. One victim received 57,500 Mexican pesos (USD 2,800) in restitution. However, the majority of victims who were awarded restitution did not receive these funds, and the government did not create a legally-required fund to cover restitution payments perpetrators could not pay. The government anti-trafficking commission continued funding an international organization to develop a national information system to track the number of victims identified, referred, and assisted across the country, but the pandemic delayed the system's implementation.

## PREVENTION

The government maintained prevention efforts. The anti-trafficking commission, led by SEGOB, coordinated efforts among government agencies and civil society organizations. Local experts reported the commission was effective in promoting participation of stakeholders from academia, NGOs, and international organizations, and it encouraged transparency at its regular meetings and in its five permanent working groups. The government lacked a national anti-trafficking action plan (NAP) for a third year, following the previous plan's expiration in 2018. The anti-trafficking commission drafted a new NAP and submitted it to the Secretariat of Finance for approval. In December 2021, the government approved the Comprehensive Program to Prevent, Address, Punish and Eradicate Violence against Women 2021-2024; the program includes activities to combat trafficking crimes against women, including harmonizing state and municipal regulations to strengthen coordination

between police and commercial establishments and implementing campaigns to identify and prevent risk factors in areas with high trafficking prevalence.

The government conducted a variety of anti-trafficking training and awareness programs for government officials and members of the public. The National Human Rights Commission (CNDH) held 63 virtual and in-person training events for 11,800 government officials across sectors including health and child services, tourism, state and municipal government, state human rights commissions, state police, and other first responders. The Secretariat of Welfare conducted a series of in- person and online events to raise awareness of trafficking, reaching one million people across the country. Several government entities conducted campaigns on social media to educate members of the public on trafficking and encourage victims and witnesses to report possible cases to authorities. Nonetheless, awareness and understanding of trafficking, particularly forced labor, remained low among the public. Experts noted prevention campaigns insufficiently reached high-risk groups such as children, rural and indigenous communities, and non- Spanish speakers.

The government did not allocate sufficient resources or personnel to the Secretariat of Labor and Social Welfare to effectively enforce labor laws, although it significantly increased the budget for labor law enforcement. Furthermore, labor inspectors had a limited mandate for conducting oversight of working conditions in informal businesses and farms—which employed more than half of Mexican workers—and a 24-hour advance notice requirement for routine inspections hampered their effectiveness when they did occur. Authorities conducted very few inspections in major farming states where abuses allegedly were rife, investigated few complaints, and lacked effective coordination mechanisms to provide identified victims with appropriate services and access to criminal justice. The labor law lacked provisions criminalizing fraudulent recruitment and contract practices that made many workers vulnerable to trafficking. The law prohibited recruiters and labor agents from charging fees to workers and employers from passing agency fees to workers in the form of wage deductions; however, the law did not establish penalties for these practices and recruiters and employers continued to commit them with impunity. The law required employers to pay wages weekly, but the government did not effectively enforce this provision against employers who withheld wages to compel workers to meet certain quotas or continue working for a certain length of time. Civil contract law covered some fraudulent recruitment practices, but there was no evidence the government used these or other statues to hold recruiters or employers accountable.

A reform to Mexico's Migration and Refugee Law came into effect in January 2021, requiring authorities to issue temporary documents to undocumented migrant children and their adult caregivers, granting legal presence in Mexico while the government conducted a best interest determination for the child. Local observers expressed concerns that the law did not protect unaccompanied children from exploitation, as it did not require adults to prove their relationship to the child. The government did not enact a prohibition against the importation of goods produced by forced labor, as required by a trade agreement ratified by the Mexican legislature. The Secretariat of Tourism collaborated with an NGO to hold 19 virtual and in-person trainings on a public-private code of conduct on the protection of children in the tourism sector, reaching more than 10,000 employees of 148 hotels nationwide. NGOs reported the government's lack of follow-up and enforcement efforts limited the effectiveness of the code of conduct. The government participated in a program with authorities in the United States to limit the entry into Mexico of sex offenders convicted in the United States, but it did not report whether it denied entry to any sex offenders during the year. The government did not investigate or prosecute any suspected child sex tourists. The government made efforts to reduce the demand for commercial sex acts by prosecuting and convicting individuals who purchased commercial sex acts from child trafficking victims.

# TRAFFICKING PROFILE

As reported over the past five years, human traffickers exploit domestic and foreign victims in Mexico, and traffickers exploit victims from Mexico abroad. Groups considered most at risk for trafficking in Mexico include unaccompanied children, indigenous persons, persons with mental and physical disabilities, asylum seekers and migrants, IDPs, LGBTQI+ individuals,

informal sector workers, and children in gang- controlled territories. Traffickers recruit and exploit Mexican women and children, and to a lesser extent men, in sex trafficking in Mexico and the United States through false promises of employment, deceptive romantic relationships, or extortion. The majority of trafficking cases occur among family, intimate partners, acquaintances on social media, or through employment-related traps. The online sexual exploitation of children reportedly increased during the year. Transgender persons are particularly vulnerable to sex trafficking. Traffickers increasingly use the internet, particularly social media, to target and recruit potential victims. Traffickers exploit Mexican adults and children in forced labor in agriculture, domestic service, child care, manufacturing, mining, food processing, construction, tourism, begging, and street vending in Mexico and the United States. Traffickers commonly exploit day laborers and their children in forced labor in Mexico's agricultural sector, with most victims coming from economically vulnerable and indigenous populations. Individuals migrate from the poorest states to the agricultural regions to harvest vegetables, coffee, sugar, and tobacco; many receive little or no pay or time off; endure inhumane housing conditions without access to adequate food, clean water, or medical care; and are denied education for children. Some employers withhold weekly wages to compel agricultural workers to meet certain harvest quotas or continue working until the end of the harvest. Recruiters frequently employ deceptive recruitment practices and charge unlawful fees to place agricultural workers in Mexico and the United States; many workers are promised decent wages and a good standard of living, then subsequently compelled into forced labor through debt bondage, threats of violence, and non-payment of wages. NGOs estimated traffickers increasingly exploited individuals in forced labor in Mexico. The vast majority of foreign victims of forced labor and sex trafficking in Mexico are from Central and South America, particularly El Salvador, Guatemala, Honduras, and Venezuela—with Venezuelan victims increasing in recent years; traffickers exploited some of these victims along Mexico's southern border. NGOs and the media report victims from the Caribbean, Eastern Europe, Asia, and Africa have also been identified in Mexico, some en route to the United States. Among the Cuban medical professionals the government contracted to assist during the pandemic, some may have been forced to work by the Cuban government. Thousands of Ukrainian refugees, predominantly women and children who are fleeing Russia's war on Ukraine, have arrived in northern Mexican border cities seeking sanctuary in the United States and are vulnerable to trafficking.

Organized criminal groups profit from sex trafficking and force Mexican and foreign adults and children to engage in illicit activities, including as assassins, lookouts, and in the production, transportation, and sale of drugs. Experts expressed particular concern over the forced recruitment of indigenous children by organized criminal groups, who use torture and credible threats of murder to exploit these children in forced criminality. Criminal groups exploit thousands of children in Mexico to serve as lookouts, carry out attacks on authorities and rival groups, or work in poppy fields. Observers also expressed concern over recruitment of recently deported Mexican nationals and foreign migrants by organized criminal groups for the purpose of forced criminality. Migrants and asylum seekers in or transiting Mexico are vulnerable to sex trafficking and forced labor, including by organized criminal groups; this risk is particularly high for migrants who rely on smugglers. Observers, including Mexican legislators, noted links between violence against women and girls and between women's disappearances, murders, and trafficking by organized criminal groups. Observers reported potential trafficking cases in substance abuse rehabilitation centers, women's shelters, and government institutions for people with disabilities, including by organized criminal groups and facility employees. Trafficking-related corruption remains a concern. Some government officials collude with traffickers or participate in trafficking crimes. Corrupt officials reportedly participate in sex trafficking, including running sex trafficking operations. Some immigration officials allegedly accept payment from traffickers to facilitate the irregular entry of foreign trafficking victims into Mexico.

NGOs reported child sex tourism remains a problem and continues to expand, especially in tourist areas and in northern border cities. Parents are sometimes complicit in exploiting their children in child sex tourism, and children experiencing homelessness are believed to be at high risk. Many child sex tourists are from the United States, Canada, and Western Europe; Mexican men also purchase sex from child trafficking victims. Authorities reported trafficking networks increasingly used cryptocurrencies to launder proceeds from their crimes. Economic hardship resulting from the pandemic led some workers to accept loans from their employers that left them highly vulnerable to debt bondage.

TAGS

Bureau of Western Hemisphere Affairs

Human Trafficking

Mexico

Office to Monitor and Combat Trafficking in Persons

# Related Articles

NOVEMBER 14, 2022

Peru and U.S. Highlight Key Achievements and Commit to Extension During Third Annual Child Protection Partnership Dialogue

READ MORE

JULY 19, 2022

2022 Trafficking in Persons Report: Venezuela

READ MORE

JULY 19, 2022

2022 Trafficking in Persons Report: Uruguay

READ MORE

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

# Exhibit E

Reports about Conditions in Mexico

***Corruption, Insecurity, Human Trafficking and Violence in Mexico***

Excelsior – The President and corruption in the Army

Mexico – The drug empire: the CJNG only lacks 4 states to dominate all of Mexico.

Brookings – How Mexico's Cartel Jalisco Nueva Generación rules, May 29, 2022

DHS – Tracking Cartels Infographic Series: The Violent Rise of Cartel de Jalisco Nueva Generacion

Vision of Humanity – Corruption in Mexico: Linking Criminals and Public Officials

Center for Migration Studies – Demographic Profile of Undocumented Hispanic Immigrants in the United States, October 14, 2022

InSight Crime – Human Trafficking Victims Grow as Mexico Government Strategy Falters, Agust 5, 2022

Human Rights Watch – The Deported

# The President and corruption in the Army



**Leo Zuckerman**
power games

**listen to this article**
1x
show playlist
0:00

EXCELSIOR

**Subscribe to our newsletter**
Receive the latest news and always stay informed
Email
Send

The arrest in the United States of General **Salvador Cienfuegos** is a very hard blow for the Army and the President. We are talking about who was the Secretary of National Defense during the past six-year term, now accused of three crimes of drug trafficking and one of money laundering. ( **Cienfuegos** is innocent until proven otherwise. His trial is just beginning. It will be very important to see the quality of the prosecution's evidence).

The general's arrest is, however, a severe blow to the Army. He shows that soldiers are also flesh and blood, that they have very worldly temptations such as a taste for easy money. In a country where corruption reigns, they also get corrupted. Especially if they feel unpunished, as they are in Mexico, but not in the US.

According to surveys, the Armed Forces are the institution most respected by Mexicans. His boss for six years is today accused of drug trafficking and money laundering. No matter how many damage control operations they implement, the image of the Army will be tarnished.

But the **Cienfuegos** thing is also a blow to **López Obrador** , although we are talking about the one who was head of Sedena during the **Peña** government .

And it is that the Armed Forces have become the main institutional pillar of **Andrés Manuel López Obrador** .

Never in recent history have so many powers and tasks been conferred on the Army as in the current six-year term. Apart from being in charge of national security and care for the population due to natural disasters, **AMLO** has fully entrusted them with public security with the National Guard. He reformed the Constitution to give the military what they wanted since **Calderón** 's six-year term : total and legal control. But, in addition, they have ordered the construction of the new Santa Lucía airport (which they will also manage), the Tulum airport, the Welfare banks and sections of the Mayan Train. They are the ones who distribute gasoline, textbooks and medicines. They have also already been given control of the country's ports and customs.

The President has justified the increased military intervention by his discipline, effectiveness and honesty. Well, it turns out they weren't that honest. Or so the Americans say.

The arrest of the former Secretary of National Defense is a hot potato for the President. On the one hand, he has to defend the Army and many of the current commanders who served the past six-year term and are, today, part of his government. **On the other hand, he cannot justify an alleged act of corruption on the scale of which Cienfuegos** is accused .

Which brings us to another problem for the President: the good and fluid relationship he apparently had with the US government. It may be so with President **Trump** , but not with self-interested institutions like the DEA and the Justice Department. They are the ones who are accusing **Cienfuegos** . And they are the ones who have put the Mexican President and one of his main allies in a bind: the Army.

From his first statements, it is evident that President **López Obrador** is not knowing what to say. It is not easy to launch an anti-Yankee discourse of non-intervention in internal affairs without adverse reactions from the other side of the Rio Grande.

A third problem for **Andrés Manuel López Obrador** is how to justify his guilty verdict for **García Luna** , who is also being prosecuted in the United States, but, at the same time, ask not to make early trials with **Cienfuegos** . The double standards are evident for the President. **García Luna** is a ruffian who demonstrates the corruption of the **Calderón** government . But **Cienfuegos** , since he is from the Army and many of the current commanders now work for him, is innocent until proven otherwise.

ADVERTISING

Finally, another problem opens up to the President over **Cienfuegos** . Since he won, he has been destroying institutions under the pretext that they were corrupt in past governments.

This was done with the Texcoco airport, child care centers, the Federal Police, Popular Insurance, clean energy and trusts. Well, now there is evidence, according to the United States, of corruption in the Army at the highest level. Of course, for this reason, the Armed Forces will not disappear, which will prove the hypocrisy of a government that uses corruption to destroy institutions, but closes its eyes with its allies as if nothing had happened.

MEXICO

listen article

# The drug empire: the CJNG only lacks 4 states to dominate all of Mexico

A report by the US Congressional Investigative Service points to the cartel led by El Mencho as the best armed in Mexico and also the most violent

August 3, 2022



Illustration: Jovani Pérez/Infobae)

According to a report by **the United States Congressional Investigative Service,** the criminal organization known as the **Jalisco New Generation Cartel (CJNG)** , led by **Nemesio Oseguera Cervantes alias *El Mencho*** , has a presence in 28 of the 32 states of Mexico and due to its expansion on the northern border represents a severe threat to US national security.

The **Drug Enforcement Agency (DEA)** considers the **Jalisco New Generation Cartel** as a maximum threat to the United States and describes it as **the best armed criminal group in Mexico.**

**States that the CJNG has failed to dominate**

According to the report from the US Congress, **the CJNG has expanded rapidly thanks to its high level of violence** and the ability to co-opt officials from different levels of the Mexican government. The data indicates that this criminal group only needs to reach **Sinaloa, Sonora, Durango and Tlaxcala** to carry out its expansion. In addition, the report indicates that the cartel led by **Nemesio Oseguera** has extensive control and power in the states of **Jalisco, Guerrero, the State of Mexico, Veracruz, Colima and Nayarit** .

## PRESENCIA DEL CJNG




## ENTIDADES DONDE NO HAN LLEGADO




## ESTADOS CON AMPLIO DOMINIO




ccording to the report of the US Congress, the CJNG only needs to take control of the states of Sinaloa, Sonora, Durango and Tlaxcala to arry out its expansion. Design: Jovani Perez

Another factor that the CJNG exploited to expand its geographic domain was the **infighting between factions of the Sinaloa Cartel** , the report from the United States Congress notes.

It is precisely these two organizations that in recent years have increased the production and transfer of drugs such as **heroin, fentanyl, cocaine, methamphetamine and marijuana** .

US authorities are primarily concerned that Mexican drug traffickers have increased their **production of synthetic drugs** and, according to health studies, the use of fentanyl is related to the highest number of reported overdose deaths.

## Sinaloa Cartel Drug War vs CJNG in Zacatecas

Residents of Tenayuca and Nochistlan experienced terror due to clashes south of Zacatecas

According to the analysis of security specialists, the coronavirus pandemic and its mobility restrictions motivated the cartels to diversify the transport of drugs, using **submersible boats, drones, ultralights, tunnels.** They also got involved in the purchase of cryptocurrencies to move their illicit profits.

It is also worrying that the **CJNG** has learned to use **armed drones** and has used them to carry out attacks in states such as **Jalisco, Guanajuato and Michoacán** , thus generating an emerging security problem for the Mexican army.

The US Congress analyzes the effect of the pandemic on drug flows and cartel activity and the possibilities for the administration of Presidents **Joe Biden and Andrés Manuel López Obrador** to promote a joint security association to improve the fight against crime organized.

He also stressed that the expansion of large criminal groups has caused a significant increase in **violence in Mexico** and this is reflected in the high rates of intentional homicides, which has led critics of the Mexican government to point to the failure of the strategy of federal security.



In October 2020, a report by the **US Department of Homeland Security** designated Mexican cartels as a key threat to that country due to the ability of criminal groups to control Mexican territory and drug trafficking routes throughout the country. of the border.

With the recent capture of drug trafficker **Rafael Caro Quintero** , **Nemesio Oseguera Cervantes** , head of the CJNG , became one of the most wanted capos by the DEA and it is believed that he uses the mountainous areas of Michoacán, Colima and Jalisco as a hideout, where he would have the protection of an army of hitmen and a network of corrupt police officers.

BROOKINGS

Op-Ed

# How Mexico's Cartel Jalisco Nueva Generación rules

Vanda Felbab-Brown Sunday, May 29, 2022
***Mexico Today***

**Editor's Note:**

*In a new series, Vanda Felbab-Brown outlines the way Mexico's two largest cartels — the Sinaloa Cartel and Cartel Jalisco Nueva -Generación (CJNG) — as well as smaller criminal groups take over and rule local people, economies, and territories. Here she focuses on the strategies, choices, and approaches to rule of the CJNG. This piece was originally published by Mexico Today.*

Large segments of Mexico's people, territory, and economy are falling under the rule of Mexican criminal groups even in areas where violence has not flared up or has declined, with the declines in violence mostly the result of the vagaries of Mexican criminal markets, *not* policies, or the lack of policy. But the various criminal groups, including the two largest ones – Cartel Jalisco Nueva Generación (CJNG) and the Sinaloa Cartel – deploy substantially different approaches to their rule. The evolving rule and governance by both cartels also vary regionally, influenced by local structural conditions and political culture and by local leadership of the criminal groups. Drawing on my fieldwork in various parts of Mexico in October and November 2021, I outline today some of the dimensions and changes to the rule by CJNG and the way it differs from the Sinaloa Cartel's rule. In my last oped, I focused on the strategies, choices, and approaches to rule of the Sinaloa Cartel.

CJNG and the Sinaloa Cartel differ in how they rule both economies and people.

A key aspect of the Sinaloa Cartel's strategic *modus operandi* is seeking to take over the entire vertical chain of an economy and industry – whether legal or illegal. In contrast, CJNG has often preferred to act as a tax master and sometimes franchise licenser: taxing all local businesses, without, at least initially, seeking full control across the entire vertical chain of an economy. Replicating its policies in the state of Jalisco, in the new territories that it conquers, the Cartel licenses not just a variety of criminal rackets, such as drug

dealing and trafficking and prostitution, but also legal sales, such as of tobacco, alcohol, and even tortillas. That strategy harkens back to Don Berna's Oficina de Envigado in Medellín, Colombia though in many of its newly conquered territories, CJNG doesn't enjoy anywhere the level of thick and intricate connections to local politicians and businesses that Don Berna's criminal machinery in Medellín did.

Only slowly and sporadically has CJNG begun to move toward a more systematic effort to take over the entire vertical chain, a decade and half behind the Sinaloa Cartel in that strategy.

Yet while taxation-only may seem less aggressive and easier for local communities and businesses to adapt to than Sinaloa's rule, it actually isn't for two reasons:

First, the CJNG "taxes," like those of the Zetas earlier, which in many ways CJNG emulates, tend to be higher than those of Sinaloa, my interlocutors in Michoacán, Guerrero, Baja California, and Baja California Sur told me. While CJNG has mostly avoided the Zetas' frequent mistake of setting the extortion fees so high that they accidentally bankrupt businesses, they still tend to be far more onerous than those of the Sinaloa Cartel.

Moreover, unlike, the Sinaloa Cartel's rule, the CJNG takeover and domination are based on brazen violence. Its *modus operandi* is to be more ostentatiously violent than anyone else around. Brazenness, brutality, and aggressive expansion are its signature approach at both the strategic and tactical levels, making both the takeover and the forced regular interactions with the group highly grating to both local communities and big businesses. While my interlocutors described the Sinaloa Cartel extortion fee collectors as "buttoned-down criminals" and "polite extortionists" with whom it wasn't "so bad and scary to deal with," the CJNG operatives were described as "brash, crude, frightening," and "a plague to be rid of."

CJNG's penchant for brazenness also manifests itself in its showcase public executions and frequent displays of its firepower and sophisticated weaponry: Its heavy assault weapons mostly outmatch the arms and equipment that Mexican police and National Guard have. CJNG often puts on dramatic videos of the might of its weapons and unfettered capacity to mass fighters and vehicles, seemingly without any effort by the Mexican government to

prevent such coercion. Not only does the Cartel not shy from attacking police stations, burning down police vehicles, or, hunting down police officers in their homes, it indulges in that strategy to exhibit its impunity and fearlessness.

In contrast, the Sinaloa Cartel's rule is frequently much more behind-the-scenes, even as both Cartels seek to intimidate, corrupt and ensnarl Mexican government officials from municipal levels to top authorities and security agents from street cops to National Guard deployments to security and defense ministry officials.

One of the pioneers among criminal groups in airborne IEDs, CNJG has become notorious for repeatedly deploying armed drones to attack police stations and officers and local communities. The Cartel's use of armed drones against communities in Michoacán has gone beyond intimidation; it actually seeks to depopulate communities to facilitate the Cartel's takeover of territories and routes.

Much of CJNG power comes from brazen intimidation and brutality facilitated by aggressive propaganda.

That fear-based control is maintained beyond the act of conquest to ensure that communities, perhaps supported by other criminal groups or militias (often one and the same), do not rise against the CJNG domination. To do so, just like insurgent groups such as the Taliban in Afghanistan or Shabab in Somalia, CJNG seeks to neutralize or coopt local community organizers. Local teachers, doctors, and priests are prime targets in the competition for influence among CJNG, the Sinaloa Cartel, and local groups such as Carteles Unidos in Michoacán. But while the Sinaloa Cartel mostly seeks to buy them off with bags of cash, often regularly given to institutions – like churches and schools, not merely individuals – the Jalisco Cartel defaults to intimidation.

However, unlike some groups, such as the Carteles Unidos in the *tierra caliente*, CJNG has not resorted to the same level of social intrusion to dictate what teachers or priests should preach beyond not opposing CJNG or organizing against it. In contrast, Carteles Unidos propagate and demand that teachers and priests propagate a substantive criminal-values based "ideology," teachers and priests told me in Michoacán.

Governance differences also tend to extend to the Sinaloa Cartel's and CJNG's approaches to ruling allied local criminal groups: The ability to prevent defections of local proxies and allies is fundamental for both groups' ability to hold onto territories and local economies and expand. It is also fundamental for local (in)stability as local microconflicts are thickly integrated into the larger bipolar conflict between the Sinaloa Cartel and CJNG. Because CJNG is often the newly-arrived aggressor and conqueror, and a brazen one to boot, the group often needs to coopt not just the local social influencers, but crucially also local criminal groups. And once again it is a mailed fist relationship that often starts with assassinating a bunch of the local criminal leaders to force compliance of the rest of the group with CJNG rule.

Interestingly, while calibrating violence with responsiveness to local concerns and pushback has served the Sinaloa Cartel well overall, its looser-leash approach to local allies and vassals has not panned out well for it in Ciudad Juárez, Tijuana, or Baja California Sur where the rise of CJNG motivated Sinaloa's conquered vassals to switch to CNJG and drove big spikes in violence in those areas. Still, Sinaloa is persisting with a similar hands-off loose rule approach to local criminal groups in Acapulco, my interviews there showed.

Every armed group that controls territories and people, whether politically-motivated or only economically- motivated, has to decide how it will rule: Will it rule through brutality only, principally by outcompeting anyone else in violence, or will it also rule by building political capital with various constituencies?

CJNG's hallmark and default strategy is brazen violence, being tougher than anyone else on the block. But over the past a few years, it has gradually started building some political capital too. The big watershed moment was the 2020 onset of Covid-19 which motivated many Mexican criminal groups to provide social handouts. CJNG was one of them, finally adopting elements of an approach the Sinaloa Cartel has practiced for decades.

In Michoacán, for example, social workers and local community representatives mentioned that CJNG, perhaps due to its far greater *spending capacity*, provides far greater social handouts than Carteles Unidos, ranging from toys to kids, and cleaning supplies to

families, and computers to schools. During the 2021 earthquake, CJNG also acted as a first responder, they said.

Since the Covid-19 pandemic onset and Mexico's economic contraction, the Cartel has also hired not just unemployed chemists and engineers to cook and move its meth and fentanyl, I was told by professors at Morelia's higher education schools, but also social science grads to conduct surveys for the Cartel about social needs and desires in the communities.

A Michoacán community organizer summarized the evolution of CJNG strategy in a October 2021 interview with me as a trajectory from violence, to "sympathy," to dependence: "First, they came in with great violence, awful violence. But then they also tried to build love among the communities. Essentially, they told local people 'Your life depends on us. You owe us your life.' And tragically, the local people came to believe them."

However, as of November 2021, it didn't appear that the Cartel delivered much to the communities in response to the surveys. Instead, more violence and drone attacks followed in various parts of the state.

CJNG's struggle to maintain firm control over newly conquered territories and its own poor internal cohesion are some of the reasons. Implementing any kind of strategy, let alone service delivery, is difficult if energies are consumed by fighting off outsiders, fighting against factions, or launching more territorial expansion campaigns. Moreover, local spearhead lieutenants of CJNG (like of other cartels) are not sophisticated strategists savvy in or focused on cultivating political capital among local communities. To do so better, HQ would have to be motivated and capable of sending in the governors, along with the commanding officers, to the sector. Thus, I did not find any community or interlocutor that observed or heard about dispute resolution or courts delivered by CJNG (unlike in the case of the Sinaloa Cartel) or CJNG efforts that extensively deliver dispute resolution mechanisms and run courts, the subject of my forthcoming column.

Perhaps CJNG hopes that it will be able to take credit for the services and handouts delivered by the politicians it aggressively recruits, claiming that the true master behind the politicos is CNJG. Indeed, during Mexico's June 2021 midterms, CJNG level of interference achieved new levels of brazenness and visibility. For years, the various criminal groups in Mexico sought to intimidate, corrupt, and coopt elected politicians. But now they seek to influence who wins, and in fact, who can and cannot run in the first place. The Sinaloa Cartel does it by handing out bags of cash to candidates, CJNG, once again, defaults to violence: Electoral monitors and survey firm representatives told me that CJNG kidnapping and murders of political party operatives days before elections surpassed all previous malfeasance or any such interference fielded by the Sinaloa Cartel.

The two cartels also differ in their strategies abroad, and, in fact, their foreign policies in their bipolar competition that no longer spans just the Americans but is increasingly beginning to play out in Europe and the Asia-Pacific region as well — the subject of yet another forthcoming column of mine.

Regardless, however, whether the criminal rule is brutality only, or brutality with political capital, it is still rule that's profoundly unaccountable and oppressive, even though it may be the only game in town or in the village.

# Tracking Cartels Infographic Series: The Violent Rise of Cártel de Jalisco Nueva Generación (CJNG)

*START has released a series of infographics from its Tracking Cartels Project. You can find more information and other infographics from the series here.*

## Key Discussion Points in this Brief:

- Despite the fact that CJNG is one of the youngest cartels in Mexico it is considered to be one of, if not, the most powerful and violent cartel in Mexico today.
- CJNG's assets are thought to be worth over $20 billion.
- The successful rapid and violent rise of CJNG challenges Mexico's capacity to govern and normalizes violence and corruption as a way of organizing power and order.

01:09

## CJNG Overview

There is no greater example of the changing dynamics of the transnational criminal organization (TCO) activity and violence in Mexico than the *Jalisco Nueva Generación Cartel* (Jalisco New Generation Cartel [CJNG]). Rising from the ashes of the once powerful Milenio Cartel, CJNG is the epitome of a 'modern' TCO, swiftly and violently rising to become one of the most powerful TCOs in Mexico and the world. CJNG is an organized criminal security threat unlike others experienced before. CJNG is known for its brutality and violence, spectacular displays of narco-messaging (propaganda, notices, and threats), social media savvy, quasi-military tactics, diverse knowledge base, 'orphan' criminal cell integration, and efficacious narco-trafficking strategies. The violent rise of CJNG not only has considerable security implications within Mexico, but offers a significant security challenge to the region, and world.

CJNG has successfully challenged traditional arrangements of narco-trafficking throughout Mexico. They consolidated enough power and profits to confront other major cartels and the Mexican state with high levels of impunity. As CJNG continues to consolidate power and capture more profit, it can, and will leverage its power violently to disrupt and seize a greater share of regional and global illicit markets. CJNG is well situated to displace Colombian Cartels as primary suppliers of cocaine and positioned to disrupt and coop the Sinaloa Federation supply chains of methamphetamine, heroin, fentanyl, and marijuana into the United States, and abroad. Moreover, CJNG's diversifying criminal portfolio into extortion, money laundering, kidnapping, petroleum theft (*huachicol*), and human trafficking makes it more agile and adaptable, even as its size and strength grows.

CJNG's founding marks the genesis of a confluence of factors reshaping TCOs, clandestine economies, narco-trafficking, and law enforcement in the Mexican War on Drugs. The group emerged from the collapse and fragmentation of the Milenio Cartel and quickly evolved to dominate TCO related activity and violence over the last decade. Originally known as the *"Matazetas"* (Zetas Killers), CJNG made its first appearance in 2009 when the mutilated bodies of three men were found inside a van in Cancún, Quintana Roo with the following narco-message:

> *"We are the new group Mata Zetas (Zeta Killers) and we are against kidnapping and extortion, and we will fight them in all states for a cleaner Mexico— Los Mata Zetas"*

CJNG, as CJNG, debuted in September 2011 employing a narco-message that displayed the bodies of 35 alleged members of Los Zetas in Boca del Río, Veracruz—the Veracruz Massacre—announcing their arrival and intent to "cleanse the state" and restore law and order. This tactic repeated itself in varied scales of violence and death in states across Mexico, from Jalisco to Colima and Guanajuato to Michoacán. Effectively, CJNG declared war on all other major cartels in Mexico including the Sinaloa Federation, considered to be their most significant power rival in 2014, and successfully carved out a new space for its unique criminal operational strategy. CJNG is operationally present in 23 of Mexico's 32 states (although has allies in all 32 states) and continues to be led by founder Nemesio Oseguera Cervantes, alias "El Mencho". El Mencho is the DEA's most wanted fugitive; they offer their largest reward ever ($10 million) for information leading to his arrest.

There is no greater evidence of the adaptability, agility, and resilience of CJNG than its rapid geographical spread throughout Mexico. The geographic expansion of CJNG follows a specific spatial logic to ensure maximum profitability. CJNG has captured the key ports of Veracruz, Mazanillo, and Lázaro Cardenas in the Gulf and Pacific that allows them to assert control of and consolidate key components (e.g. precursor chemicals) of global illicit goods supply chains.

CJNG continues to battle the Sinaloa Federation for control over Ciudad Juarez and Tijuana, two key smuggling points of entry into the U.S. and their trafficking routes through Baja California, Sonora, Sinaloa, and Chihuahua. It has battled and largely defeated Los Zetas and Gulf Cartel factions in central Mexico where large swaths of production territory and key trafficking routes intersect in Jalisco, Guanajuato, and Michoacán. They have even expanded to the southwest edges of Quintana Roo and Chiapas, states that were once free from cartel presence but are now seminal territories in narcotic flows from the rest of Latin America. As CJNG's geographical expansion develops its strength and power simultaneously grows.

CJNG's successful criminal operational strategy depends upon a range of novel collaborative tactics, exercises of violence, and diversification of criminal activity. CJNG has adopted and adapted a range of raw materials, manpower, criminal organizational strategy expertise from past networks to fuse various past cartels' strengths. While CJNG continues to contend with competing major cartels like the Sinaloa Federation and its own fragmentation (e.g. Nueva Plaza Cartel), it continues to be one of the greatest security threats in the current organized crime landscape today. Overall, it is indisputable that CJNG has become one of the most prolific and violent TCOs in the world.

# CJNG Timeline

# TRACKING CARTELS

## THE VIOLENT RISE OF Cártel de Jalisco Nueva Generación (CJNG)




**1** **JUNE 2009** | Cancún, Quintana Roo
CJNG's first appearance as "Matazetas" (Zetas Killers)

**2** **SEPTEMBER 2011** | Boca del Río, Veracruz
CJNG debuted as CJNG in the "Veracruz Massacre"

**3** **APRIL 2012** | Michoacán state
"The Michoacán Massacres": CJNG enters the state to establish dominance over narco-trafficking plazas and access to the lucrative Avocado trade.

**4** **APRIL 2012** | Nuevo Laredo, Tamaulipas
"Nuevo Laredo Massacres" carried out by CJNG members on behalf of the Sinaloa Federation (Pre-CJNG split in 2014). Sinaloa wanted to wrestle dominance of this key point of entry into the U.S. away from the Gulf Cartel.

**5** **MARCH 2015** | Ocotlán, Jalisco
CJNG attacked a convoy of the National Gendarmerie, one of the first attacks aimed at national security forces.

**6** **MAY 2015** | Guadalajara, Jalisco
CJNG lays siege to Guadalajara setting up thirty narco-blockades and shoots down a Mexican Military Helicopter (Cougar EC725), considered to be the most brazen attack on Mexican forces in the Mexican War on Drugs.

**7** **MARCH 2017** | Guanajuato state
CJNG enters Guanajuato state to control access to the illicit petroleum market.

**8** **AUGUST 2019** | Uruapan, Michoacán
CJNG enters Uruapan massacring 19 members of the Viagras as the war over access to avocado producing territory expanded.

GO.UMD.EDU/TrackingCartels

START ⋙

## Download the Brief

You can download a PDF of the graphic and brief here.

## About the Project

Currently, the Geospatial Research Unit (GRU) at the National Consortium for the Study of Terrorism and Responses to Terrorism (START) is leading a joint research project with partnering DHS Centers of Excellence, the Criminal Investigations and Network Analysis Center (CINA) and the Center for Acceleration Operational Efficiency (CAOE), to develop a multi-pronged approach to triangulate open source information about TCOs, including major Cartels and gangs (e.g. MS-13), operating in Mexico and the Northern Triangle. The purpose is to use open-source information to build a holistic and accurate understanding of TCOs' activities in Mexico and the Northern Triangle for analyses and operational decision-making. The effort is a Joint Centers of Excellence project supported by the DHS Office of University Programs.

## Research Team

Marcus A. Boyd (Overall PI, START), Samuel Henkin (Co-PI, START), Jingrui He (PI, CAOE), Ross Maciejewski (Co-PI. CAOE), Arie Croitoru (PI, CINA), Andrew Crooks (Co-PI, CINA)

Author: Samuel Henkin (henkinsd@umd.edu)

Map by: Amanda Lopez

**Research Area:**
Violent Groups and Movements

**Topics:**
Geographic Information System (GIS)

**FEATURE**
Master of Professional Studies (MPS) in Security and Terrorism Studies



## Recent Publications

**JOURNAL ARTICLE:** Escalation Management in Gray Zone Crises: The Proxy Factor

**RESEARCH BRIEF:** Extremism in the Ranks and After

**JOURNAL ARTICLE:** A Comparison of Political Violence by Left-wing, Right-wing and Islamist Extremists in the United States and the World

View all Publications

## Latest News

August News: Career opportunity; START Director supports Maryland Domestic Terrorism Task Force

START Director invited to speak before meeting of Maryland Domestic Terrorism Task Force

Gary LaFree named UMD Distinguished University Professor

START Director participates in Global Internet Forum to Counter Terrorism (GIFCT) Global Summit

Ron Capps' Writing War: A Guide to Telling Your Own Story

More News

Connect

About | Careers

National Consortium for the Study of Terrorism and Responses to Terrorism
University of Maryland, College Park
301.405.6600 | infostart@umd.edu

© 2010-2022. All rights reserved.

News Study Connect Support

Join Our Email List

email address

Subscribe

---

*Established as a Center of Excellence by the Department of Homeland Security Science and Technology Directorate*

Uploaded on: 1/24/2023 at 10:26:07 a.m. (Pacific Standard Time) Base City: SND
RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (81 of 110)



CORRUPTION

# Corruption in Mexico: Linking Criminals and Public Officials

The spread of organized crime, through links between criminals and corrupt public officials, increases insecurity.

The levels of corruption in Mexico have put us in the spotlight of national and international reflectors. Its impact on variables such as investment, growth, the fight against poverty and, above all, public safety, has stimulated numerous debates on how to effectively combat this burden.

## The Fight Against Corruption in Mexico: An Analysis

While many studies suggest that corruption generates higher levels of violence, understanding the relationship between the two variables is not a simple task.

According to the World Bank (2016), corruption is the offer, delivery, reception or solicitation, directly or indirectly, of anything of value in order to influence inappropriately the actions of another party.

This paper would like to suggest that **corruption follows two avenues through which violence is generated.**

On the one hand, there are those who claim that **corruption allows the development of organized crime activities.**

Robles, Calderon and Magaloni argue, "Corrupt law enforcement, and collapsing policing and justice systems favor the diversification of drug cartels' criminal activity." (2013, p.5).

**Thus, the spread of organized crime, through links between criminals and corrupt public officials, increases insecurity, since the former usually resort to violence in order to (Lessing, 2013):**

- Intimidate their opponents
- Force the State to open a dialogue and a negotiation table
- Send signs of strength or leadership
- Express to their competitors the power they have for the place

On the other hand, studies are based on the assumption that criminals make decisions based on the probability of being punished and the size of punishment (criminological theory of deterrence).

In this theory, corruption is considered as a central variable, since this type of act by those who persecute and punish crime influence the levels of impunity.

*Based on the principles of the criminological theory of deterrence, the incentives to commit crimes in Mexico were high, since the probability of being punished is low.*

The 2016 Mexico Peace Index

In its 2016 edition, the Mexico Peace Index pointed out that impunity has increased in recent years. In 2007, four out of five homicides were condemned, while in 2013 this rate was only one in five.

Based on the principles of the criminological theory of deterrence, the incentives to commit crimes in Mexico were high, since the probability of being punished is low.

### Data shows a close relationship between impunity and corruption in Mexico

While levels of impunity are the result of multiple factors, data suggests a close relationship between impunity and corruption.

According to the United Nations Development Program's (UNDP) Comparative Study on Prison Population in Mexico, 66% of the inmates interviewed stated that if they had had enough money to pay a bribe, they could have avoided detention and prosecution.

It is also mentioned that 10% of crimes committed by prisoners involved some authority (police, military, prosecutor or judge) (UNDP, 2013).

According to data from the National Survey on Quality and Government Impact (ENCIG), citizens' perceptions about corruption and the rate of users who experienced an act of corruption when performing a procedure or receiving a public service have increased.

### Institutions in charge of prosecuting crime were evaluated the worst

It should be noted that the worst evaluated institutions are those in charge of prosecuting crime, as well as the administration of justice.

For example, 9 out of 10 people over the age of 18 believe that corruption in police forces is frequent, or very frequent. The perception of Public Ministries or Judges and Magistrates is also discouraging (ENCIG, 2015).

The figures and data presented so far suggest that corruption and violence are closely related variables. In this sense, it is no coincidence that governments with high levels of violence show multiple cases of corruption.

### The levels of corruption in Mexico have put us in the spotlight of national and international reflectors.

Its impact on variables such as investment, growth, the fight against poverty and, above all, public safety, has stimulated numerous debates on how to effectively combat this burden.

### The National Anticorruption System (SNA)

In this context, the National Anticorruption System (SNA) has emerged, which seeks to overcome the weaknesses that has been presented for years by institutions responsible for preventing, detecting, investigating and punishing this type of act (Secretariat of Public Service, Superior Audit of the Federation (ASF), Federal Court of Administrative Justice and Federal Judicial Council).

In addition, the SNA proposes the creation of the Specialized Prosecutor's Office to Combat Corruption and a Citizen Participation Committee (CPC) as the nodal figure of the System.

### The creation of the SNA has meant other changes in anti-corruption policy, some of the most important are:

- The Federal Criminal Code – The amendments to the Federal Criminal Code establish new corruption offenses and penalties for public servants and private parties.
- The new General Law on Audit and Accountability empowers the ASF to conduct real-time audits and oversee federal contributions. With this, the ASF will be able to audit the exercise and performance of all the resources that the federation transfers to the states and municipalities, which on average represent 86% of what is exercised at the subnational level.
- Previously, officials were the sole creditors to sanctions for acts of corruption, the SNA opens the possibility of punishing also individuals.
- It establishes the creation of the National Digital Platform with information relevant to the fight against corruption (patrimonial declarations, fiscal and interests of officials and a list of sanctioned public officials).
- A more effective monitoring of the local police is proposed through the Specialized Prosecutor's Office in the Fight against Corruption. Collusion of local police with organized crime groups is currently punishable by the Federal Criminal Code, so that public prosecutors can receive complaints and investigate them.
- It is mandatory to ensure that, within a period of no more than one year after the publication of the General Law of the SNA, states create their local anti-corruption systems with the minimum standards established at the federal level.

### How SNA helps tackle corruption in Mexico

A central component of the SNA is citizen participation, which is not limited to the formation of the CPC or the representation of civil society in collegiate organs of the SNA as the Coordinating Committee.

The creation of the SNA opens a window of opportunity so that, through greater social participation, they can reduce the levels of corruption and impunity that are experienced in the country.

On the one hand, the SNA provides citizens with tools, such as complaint systems, to make visible the corruption that affects the citizen in their day to day.

In the most optimistic scenario, if the citizen complaint is translated into concrete actions by the government, a virtuous circle will be detonated that will not only reduce the levels of corruption and impunity, but also increase confidence in institutions.

In addition to taking advantage of the institutional mechanisms or information generated by the SNA for the common citizen to participate in the fight against corruption, the role played by organized civil society is fundamental.

For example, translating the legal framework of the system into a simple language to encourage citizen participation, promoting the culture of legality, or monitoring the design and implementation of local anti-corruption systems, are tasks that must be promoted by civil society to ensure greater Impact of SNA.

## Closing thoughts

In recent years, insecurity has generated significant human costs and has implied a decline in the quality of life of Mexicans.

Considering that violence is a multi-causal phenomenon, policies to combat it must cover different areas, such as corruption in public security and justice institutions.

In addition, the fight against corruption should not be seen as an exclusive task of the government, the contribution of civil society is fundamental to breaking the vicious cycle of corruption, violence and impunity, and the SNA provides an opportunity for it.

Authored by Dalia Toledo & Jonathan Jiménez.

## Bibliography


- Banco Mundial. (2016). What is Fraud and Corruption?
- INEGI. (2013 y 2015). ENCIG.
- Lessing, B. (2013). The Logic of Violence in Criminal War. Dissertation.
- PNUD. (2013). Seguridad Ciudadana Con Rostro Humano: diagnóstico y propuestas para América Latina.
- Robles, G., Calderón, G., & Magaloni, B. (2013). Las Consecuencias Económicas de la Violencia del Narcotráfico en México . BID. Stanford University.


Related articles: Most dangerous jobs in Mexico

CMS CENTER FOR MIGRATION STUDIES

# Demographic Profile of Undocumented Hispanic Immigrants in the United States

Evin Millet and Jacquelyn Pavilon
October 14, 2022



Download

Share:

## 1. Introduction

Hispanic immigrants make up the largest undocumented immigrant population in the United States. Despite having relatively low levels of education, Hispanic undocumented immigrants have high labor force participation and employment rates, especially in essential occupations. Nevertheless, lack of legal status still serves as a barrier for many, who face wage gaps and are excluded from social safety nets despite their economic contribution. The Center for Migration Studies of New York (CMS) estimates that approximately 21,036,500 immigrants of Hispanic origin live in the United States, of which 7,410,000 are undocumented, based on one-year 2019 American Community Survey (ACS) data (Ruggles et al. 2021). Figure 1 shows the Hispanic undocumented immigrant population compared to the total undocumented immigrant population from 2010 to 2019. The share of the undocumented population that is Hispanic has remained relatively stable over the last decade, ranging between 72-76 percent.

**Figure 1. Total and Hispanic Undocumented Immigrants, by Year, 2010-2019**




Source: Center for Migration Studies of New York (CMS). 2022. Democratizing Data Initiative: Undocumented Immigrants in the United States, by Race and Year, 2010-2019 [dataset]. New York, NY: CMS.

## 2. Demographic Characteristics

**The majority of the undocumented Hispanic population arrived from North America (64 percent) followed by Central America (26 percent), South America (8 percent), the Caribbean (2 percent).** [1] Mexicans by far make up the largest share of the Hispanic undocumented immigrant population (63.6 percent). Following Mexico, Hispanic undocumented immigrants in the United States come primarily from El Salvador (9.6 percent), Guatemala (8.8 percent), Honduras (6.2 percent), Venezuela (2.5 percent), Dominican Republic (2.3 percent), Columbia (2.0 percent), Ecuador (1.4 percent), Peru (1.0 percent), and Nicaragua (0.7 percent). These countries together account for almost the entire Hispanic undocumented population (Figure 2).

**Figure 2. Hispanic Undocumented Immigrants, by Country of Origin**




Source: CMS estimates using the one-year 2019 American Community Survey (ACS) data, Ruggles et al. (2021).

**Over half of the Hispanic undocumented population resides in five states: California, Texas, Florida, New York, and Illinois (Figure 3).** Over the past decade (2010-2019), these five states have remained the top five states of residence, and California and Texas have stayed as the first and second states, respectively, that host the largest share of the Hispanic undocumented population (CMS 2022).

**Figure 3: Hispanic Undocumented Immigrants, by State**




Source: CMS estimates using the one-year 2019 American Community Survey (ACS) data, Ruggles et al. (2021).

**The Hispanic undocumented population is relatively gender-balanced and approximately half are long-term residents.** Forty-six percent of Hispanic undocumented immigrants are female, and 54 percent are male. Half are unmarried, 45 percent are married with a spouse present, and 5 percent are married with a spouse absent (among those aged 15 and older.) Slightly more than half (52

age (37 percent). Age gaps between countries can drive migration as younger persons in sending countries seek opportunities in receiving countries. These younger workers bring human capital and fill open jobs in the United States, a country with an aging workforce.

**Figure 4. Age Distribution of Hispanic Undocumented Immigrants and the US-born Population**




Source: CMS estimates using the one-year 2019 American Community Survey (ACS) data, Ruggles et al. (2021).

### 3. Education and Labor Force Participation

The Hispanic undocumented immigrant population overall has relatively low levels of education. Lack of legal status is a barrier to higher educational attainment in the United States. However, despite this relatively low level of education, Hispanic undocumented immigrants are crucial to filling key occupations in the US economy.

**Half of the Hispanic undocumented population, ages 18 and over, have less than a high school education.** Twenty-nine percent have completed high school, 13 percent have some college education, and 7 percent have a college degree or higher education (Figure 5). Hispanic undocumented immigrants from Mexico are less likely to have an education level beyond a high school degree (17 percent) compared to those from other countries (26 percent). Legal status can be a barrier to education. Figure 5 shows that educational attainment increases substantially with legal status: only 37 percent of Hispanic documented immigrants, ages 18 and over, have less than a high school education, 26 percent have completed high school, 21 percent have some college education, and 16 percent have a college degree or higher education.

**Figure 5. Educational Attainment of Hispanic Immigrants (Ages 18 and Older), by Immigration Status**




Source: CMS estimates using the one-year 2019 American Community Survey (ACS) data, Ruggles et al. (2021).

**Hispanic undocumented immigrants are concentrated in certain sectors.** Hispanic undocumented immigrants are more likely to be in the labor force (78 percent) than the US-born Hispanic population (68 percent), or the overall US-born population (63 percent). More than 96 percent of Hispanic undocumented immigrants in the labor force are employed. Nearly two-thirds of the overall Hispanic undocumented population is employed in either *Service occupations* or *Natural resources, construction, and maintenance occupations* (Figure 6). Legal status plays a role in the type of occupations in which immigrants are employed. Only 8 percent of undocumented Hispanic immigrants are employed in *Management, business, and arts occupations* as opposed to 23 percent of Hispanic documented immigrants. On the contrary, 31 percent of Hispanic undocumented immigrants are employed in each of the occupational categories, *Service occupations* and *Natural resources, construction, and maintenance occupations,* compared to 26 percent and 16 percent of Hispanic documented immigrants, respectively.

**Figure 6. Occupational Composition of Hispanic Immigrants (Ages 16 and Older), by Immigration Status**




Source: CMS estimates using the one-year 2019 American Community Survey (ACS) data, Ruggles et al. (2021).

EOIR — 223 of 247

many of the top key low-skilled occupations, relative to their share of the overall US population. Hispanic undocumented immigrants are overrepresented in the following occupations:

- Construction laborers
- Maids and housekeeping cleaners
- Grounds and maintenance workers
- Chefs and cooks
- Janitors and building cleaners
- Laborers and freight, stock, and hand material movers
- Waiters and waitresses
- Drivers/sales workers and truck drivers
- Cashiers

**Figure 7. Share of Hispanic Documented and Undocumented Immigrants in Essential Occupations, by Skill-Level**

**Hispanic undocumented workers represent a larger share of the essential workforce than their share of the population in the top five US states that host the largest share of this population.** Figure 8 shows the share that Hispanic undocumented immigrants comprise of the population and the share they comprise of the essential workforce in Texas, California, Florida, New York,

**Figure 8. Share of Hispanic Undocumented Immigrants in the Population and the Essential Workforce, by US State**

**Hispanic undocumented men are much more likely to participate in the labor force than US-born men, whereas the labor force participation for Hispanic undocumented women is roughly the same as the US-born.** Ninety percent of Hispanic undocumented men are employed, 8 percent are not in the labor force, and 2 percent are unemployed. By contrast, among the US-born ages 16 and over, only 64 percent of men are employed, while 33 percent are not in the labor force and 3 percent are unemployed. For women, the employment rate of Hispanic undocumented immigrants and the US-born is 56 percent. For Hispanic undocumented women, 56 percent of women are employed, 40 percent are not in the labor force, and 4 percent are unemployed. By comparison, among US-born women, ages 16 and over, 41 percent are not in the labor force, and 3 percent are unemployed.

Table 1 shows the top 10 occupations in which the largest share of Hispanic undocumented female and male immigrants are employed. Over half of female Hispanic undocumented immigrants (nearly 1.1 million) are employed in the top 10 occupations listed in Panel A. Additionally, half of the male Hispanic undocumented immigrants (over 1.7 million) are employed in the top 10 occupations listed in Panel B.

**Table 1. Top Ten Occupations of Hispanic Undocumented Immigrants, by Sex (Ages 16 and Older)**

**Hispanic undocumented immigrants, particularly women, help to fill jobs where there are labor shortages.** Figure 9 shows there is a positive correlation across occupations between the unfilled job rate [3] and the share of workers that are Hispanic undocumented women. In other words, Hispanic undocumented women are more likely to be working in the jobs that are more likely to be unfilled. Figure 8 highlights Leisure and hospitality, Nondurable goods manufacturing, and Other services as the industries that employ the largest share of Hispanic female undocumented workers.

**Figure 9. Correlation between Share of Workers That Are Hispanic Undocumented Immigrants and the Unfilled Job Rate across Occupations**

**Legal status can be a barrier to higher earnings and financial stability, as shown by the wage gap between documented and undocumented Hispanic immigrants.** The mean and median annual wages of Hispanic undocumented immigrants who are employed (ages 16 and above) are $28,252 and $25,000, respectively, whereas the mean and median wages for Hispanic documented immigrants are $40,032 and $30,000, respectively. Furthermore, 21 percent of the Hispanic undocumented population live at or below the poverty threshold, and only 36 percent own or are buying a house.

**4. Legalization under pending bills**

CMS provides estimates of the undocumented population in the United States, populations that are eligible for special legal status programs, and those that would be eligible for permanent residence (legalization) under pending bills (Kerwin, Pacas, and Warren 2022). The CMS estimates of the numbers and characteristics of Hispanic undocumented immigrants coming that could be eligible for permanent residence under pending bills are presented in Table 2.

The **American Dream and Promise Act of 2021** (ADPA) provides conditional permanent resident status for immigrants who entered the United States as a minor; removal of the conditions on permanent resident status for persons who meet certain requirements specified in the bill, such as completing certain programs at an educational institution, serving in the military, or being employed; and adjustment to lawful permanent resident (LPR) status for immigrants eligible for temporary protected status (TPS) and deferred enforced departure (DED). **[4]** Hispanic undocumented immigrants who could be eligible for conditional permanent residence and removal of conditions on permanent residence under ADPA are longer-term residents and have high English proficiency levels. Even though they all completed high school, the share of those pursuing higher education is low.

Over 2.1 million Hispanic undocumented immigrants could acquire legal status under the **Dream Act of 2021**, which provides conditional permanent residence and removal of conditions on permanent residence for undocumented immigrants who were younger than 18 years of age on age on the initial date of US entry, have been continuously physically present in the United States for four

The **Citizenship for Essential Workers Act** provides lawful permanent resident status to those who have worked essential jobs during the pandemic and their spouses, parents, and children, as well as to the spouses, parents, and children of immigrants who performed essential labor and died from COVID-19. [6] The bill would provide more than 4.2 million Hispanic undocumented immigrant essential workers, not including their immediate family members, with the opportunity for legal status and a path to citizenship. This group is comprised of short-term residents with low English proficiency and education levels, highlighting that often immigrants with lower education levels are those who are performing the essential jobs in the US economy.

An estimated 320,400 Hispanic undocumented immigrants would be eligible for certified agricultural worker (CAW) status under the **Farm Workforce Modernization Act of 2021**, which would provide undocumented farmworkers and their family members with a path to legal immigration status and citizenship. [7] Those who could be eligible for legalization under this Act also are short-term residents and have low English proficiency and education levels, though nevertheless performing essential work.

CMS estimates that all Hispanic undocumented immigrants would be prima facie eligible for a legalization program if Congress passes the **US Citizenship Act of 2021**, which would provide lawful prospective immigrant (LPI) status to undocumented immigrants who were physically present in the United States on or before January 1, 2021. [8] The bill also provides lawful permanent resident (LPR) status to eligible noncitizens who entered the United States as a minor or were eligible for TPS or DED. In contrast to the other groups, DACA recipients and childhood arrivals or TPS and DED recipients who would be eligible for LPR status under the Citizenship Act are longer-term residents and have higher English proficiency levels. However, similar to the other groups, the share that pursue higher education remains low.

CMS estimates indicate that Hispanic undocumented immigrants are highly engaged in natural resources, construction, maintenance, and service occupations, which are potentially low-skilled and lower-paying occupations. Furthermore, our estimates highlight the fact that many Hispanic undocumented workers are filling in essential jobs but not receiving the benefits, compensation, and job security that they could receive if they had legal status. The enactment of pending bills would provide legal status and a path to citizenship to millions of Hispanic undocumented immigrants as they make essential contributions to local communities without access to protection and public services.

**Table 2. Estimates of the Number and Characteristics of the Hispanic Undocumented Population Affected by Legislative Programs**

**5. References**

CMS (Center for Migration Studies). 2022. "Democratizing Data Initiative: Undocumented Immigrants in the United States, by State, Race, and Year, 2010-2019 [dataset]." New York, NY: CMS. https://www.cmsny.org/data-undocumented-state-race-2010-to-2019.

Kerwin, Donald, José Pacas, and Robert Warren (2022). Ready to Stay: A Comprehensive Analysis of the US Foreign-Born Populations Eligible for Special Legal Status Programs and for Legalization Under Pending Bills. *Journal on Migration and Human Security.* 10(1): 37-76. doi: 10.1177/23315024211065016.

Ruggles, Steven, Sarah Flood, Sophia Foster, Ronald Goeken, Jose Pacas, Megan Schouweiler, and Matthew Sobek (2021). *IPUMS USA: Version 11.0 [dataset].* Minneapolis, MN: IPUMS.https://doi.org/10.18128/D010.V11.0.

---

[1] Caribbean countries include Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Bonaire, British Virgin Islands, Caribbean Netherlands, Cayman Islands, Cuba, Curacao, Dominica, Dominican Republic, Dutch St. Maarten, French St. Maarten, Grenada, Guadeloupe, Haiti, Jamaica, Martinique, Montserrat, Netherlands Antilles, Saba, Sint Maarten, St. Barthelemy, St. Kitts and Nevis, St. Lucia, St. Eustatius, St. Martin, St. Vincent, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands.

[2] Essential occupations are those in those industries classified as essential by the Department of Homeland Security Cybersecurity and Infrastructure Security Agency.

[6] Citizenship for Essential Workers Act, S. 747, 117th Cong. (2021-2022). https://www.congress.gov/bill/117th-congress/senate-bill/747

[7] Farm Workforce Modernization Act of 2021, H.R. 1603, 117th Cong. (2021-2022). https://www.congress.gov/bill/117th-congress/house-bill/1603?s=1&r=76

[8] US Citizenship Act of 2021. H.R. 1177 and S. 348, 117th Cong. (2021-2022). https://www.congress.gov/bill/117th-congress/house-bill/1177

*October 17, 2022*

CMS CENTER FOR MIGRATION STUDIES

**Research and Policy**
Data
Reports
Briefings
International Migration Review
Journal on Migration and Human Security

**Latest Insights**
Migration Update
Dispatches and Reflections
Multimedia
Other Resources and Publications

**Events**

**About**
Initiatives
Board
Team
Careers
Archive
Contact

**The Center for Migration Studies (CMS)**
CMS is a member of the Scalabrini International Migration Network (SIMN).

Donate
Subscribe

Website designed and developed by **Indietech Solutions**

Privacy Policy

© 2023 The Center for Migration Studies (CMS). All Rights Reserved.

Uploaded on: 1/24/202 RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (98 of 110)





NEWS

# Human Trafficking Victims Grow as Mexico Government Strategy Falters

HUMAN TRAFFICKING / 5 AUG 2022 BY PARKER ASMANN EN

The number of reported human trafficking victims is on the rise in Mexico, as government officials struggle to devise new strategies to enhance victim identification and prevent increased exploitation exacerbated by the coronavirus pandemic.

On July 30, the United Nations Office on Drugs and Crime (UNODC) in Mexico launched the Corazón Azul 2022 campaign, which aims to increase visibility and raise awareness of the many contexts in which human trafficking can occur in order to improve preventative measures and timely reporting.

"Our commitment as a country should not be reduced to certain types of trafficking victims; it must turn to prevention, not only of the crime, but of its structural causes," said Félix Santana, the technical secretary of the Intersecretarial Commission against Human Trafficking within Mexico's Interior Ministry (Secretaría de Gobernación - SEGOB).

The announcement came on the heels of newly released data from the Executive Secretariat for Public Security (Secretariado Ejecutivo del Sistema Nacional de Seguridad Pública - SESNSP) showing Mexican authorities identified at least 494 victims of human trafficking across the country between January and June of this year.

SEE ALSO: *How Human Trafficking Worsened in Mexico During COVID-19*

This represented a 22 percent uptick from the 406 victims recorded during the first half of 2021. If the current trend holds, officials will see nearly 1,000 victims of human trafficking by the end of the year, the most since 2015, according to an InSight Crime analysis of SESNSP data.

However, the true number of victims far exceeds those reported. Civil society groups like Consejo Ciudadano estimate that just one of every 100 human trafficking cases in Mexico is reported. Victims may not speak out for a number of reasons, including a lack of available resources, to avoid being stigmatized, or because they have been manipulated not to see themselves as victims.

The US State Department's 2022 Trafficking in Persons (TIP) report found that, for the eighth year in a row, the Mexican government "does not fully meet the minimum standards" to combat and eliminate human trafficking but is "making significant efforts" to do so.

Those with the highest risk of being trafficked in Mexico, according to the State Department, included unaccompanied children, Indigenous persons, asylum seekers and migrants, members of the LGBTQI+ community, and informal sector workers, among other vulnerable populations.

Rather than at the hands of Mexican organized crime groups, "the majority of trafficking cases occur among family, intimate partners, acquaintances on social media, or through employment-related traps," the report stated.

## InSight Crime Analysis

Human trafficking crimes take place all across Mexico and can transcend borders, but a number of states along the US-Mexico border have long served as human trafficking hotspots.

Through the first six months of 2022, the states of Baja California, Chihuahua, and Nuevo León accounted for one quarter (122) of all human trafficking victims identified and a little less than 25 percent (95) of the 411 investigations opened by authorities.

Over the last year and a half, these three states were also among the top 10 states where Consejo Ciudadano's National Human Trafficking Hotline received the most calls to report human trafficking.

Tags

HUMAN TRAFFICKING

MEXICO

US/MEXICO BORDER

Was this content helpful?

We want to sustain Latin America's largest organized crime database, but in order to do so, we need resources.

DONATE

Uploaded on: 1/24/2023 at 10:26:07 a.m. (Pacific Standard Time) Base City: SND





*(Graphic courtesy of Consejo Ciudadano)*

This data helps paint part of the picture. In Baja California and Chihuahua, the border cities of Tijuana and Ciudad Juárez are known hubs for sexual and labor exploitation, while the manufacturing center of Monterrey in Nuevo León is a long-time operational base for human traffickers.

Given the economic makeup and transitory nature of these cities on migratory routes traversing Mexico, internal and foreign migrants are frequently lured there and victimized. Victims are entrapped by their exploiters in a number of ways, but since the onset of COVID-19, deceptive recruitment tactics have increasingly turned to social media platforms like Facebook and WhatsApp.

**SEE ALSO:** *Coverage of Human Trafficking*

Those targeted are presented with attractive job offers that pay well but lack specific details on what the job entails. Stated promises of personal and professional development act as "a mask for exploitative conditions," according to Consejo Ciudadano. Victims may be pushed into working longer hours for less pay or forced into prostitution after accepting a job offer as a waitresses or as part of a fake modeling contract.

The most reported form of exploitation is sexual, but trafficking experts told InSight Crime that doesn't make it the most prevalent type of trafficking. Labor exploitation in the agricultural, construction, and manufacturing industries in Mexico is also widespread, but much less reported. With a growing number of people living in poverty and other precarious conditions, there are many desperate workers vulnerable to exploitation.

Whereas predatory groups like the Zetas once operated their own prostitution rings, today human trafficking does not represent a central revenue source for Mexico's major organized crime groups. The industry is largely dominated by independent family clans that carefully select those they prey on.

HUMAN TRAFFICKING MEXICO US/MEXICO BORDER

SHARE

**Was this content helpful?**

We want to sustain Latin America's largest organized crime database, but in order to do so, we need resources.

DONATE

**What are your thoughts? Click here to send InSight Crime your comments.**

We encourage readers to copy and distribute our work for non-commercial purposes, with attribution to InSight Crime in the byline and links to the original at both the top and bottom of the article. Check the Creative Commons website for more details of how to share our work, and please send us an email if you use an article.

## Latest News

**Nature Under Threat in Ecuador as Gold Miners Target National Park**
NEWS / 20 JAN 2023

**Chile's Copper Industry Un as Robbers Attack Ports an**
NEWS / 19 JAN 2023

## Related Content

SEE MORE



### US Sanctions Up Ante in Hunt for Guatemala's Huistas

COCAINE / 23 MAR 2022

The United States government has ramped up its pursuit of one of Guatemala's most enduring drug clans – the so-called...



### Boquerón, Paraguay

COCAINE / 25 FEB 2021

Boquerón is an important part of regional cocaine trafficking routes due to its strategic location on Paraguay's border with Bolivia...



### Bodies Hanging from Bridges - Where Mexico Led, Ecuador Follows

COCAINE / 17 FEB 2022

The discovery of two bodies hanging from a bridge in Ecuador may be the starkest sign yet of the country's...

## About InSight Crime

ABOUT US




THE ORGANIZATION

### World Looks to InSight Crime for Mexico Expertise

13 JAN 2023

Our coverage of the arrest of Chapitos' co-founder Ovidio Guzmán López in Mexico has received worldwide attention. In the UK, outlets including The Independent and BBC...

### Stay Informed with Weekly InSight

Get fresh updates on organized crime from across the region delivered to your inbox.

*We go into the field to interview, report and investigate. We then verify, write and edit, providing the tools to generate real impact.*

*Our work is costly and high risk. Please support our mission investigating organized crime.*

DONATE

ABOUT US

OUR MISSION

WHAT MAKES US DIFFERENT

DIRECTORS AND TEAM

SITEMAP

HOME

NEWS

COUNTRIES

INVESTIGATIONS

CRIMINAL ACTORS

INFORMATION PROCESSING POLICIES

PRIVACY POLICY

REFUND POLICY

CONTACT US

Creative Commons Attribution Noncommercial 3.0 Unported License

Sponsored by:

Member of:

Uploaded on: 1/24/2023 at 11:26:07 a.m. (Pacific Standard Time) Base City: SND
RESTRICTED Case: 26-3190, 08/05/2026, DktEntry: 11.3, (101 of 110)

HUMAN RIGHTS WATCH

# The Deported



The Trump administration has dramatically ramped up immigration arrests inside the US while it scapegoats millions of people by painting them as violent criminals who should be deported. The administration claims it is focusing on serious, violent criminals, but President Trump's new policies make every unauthorized immigrant a target, regardless of their actual criminal histories. The crackdown is also sweeping in immigrants who are legal residents but who have been convicted of sometimes only minor or old criminal offenses.

Many of these deportations threaten a range of fundamental human rights including the right to family unity, the right to seek asylum from persecution, the right to humane treatment in detention, the right to due process, and the rights of children. (Our recommendations for rights-respecting immigration reform can be read here.)

Every day, people who call the United States home—including the mothers and fathers of US citizen children, tax-paying employees, and respected community members—are being arrested, locked up, and deported under a system that often does not even weigh their deep and longstanding ties in the balance. Our researchers have traveled to interview people who have recently been deported—or are facing potential deportation—since President Trump was elected. These are their stories.

---

November 28, 2017
04:00 AM EST

## Wife and Mother of US Citizens Desperate to Return to Children

23-year-old "Adriana P." was living in the Mexican state of Michoacán two years ago when she and her US-citizen husband, "Ricardo," decided it was time to move to the United States. Violence among the cartels, and between the cartels and police, was becoming intolerable in their region, and they feared for their 2-year-old daughter, "Rosie," who was born in Michoacán.

"It wasn't so much that we wanted to earn more," Adriana told Human Rights Watch researchers in a migrant aid center in Nuevo Laredo, Mexico, on September 1, the day of her deportation. "We needed to get away from the killings."



"Adriana P." speaks with Human Rights Watch researchers at the Instituto Tamaulipeco in Nuevo Laredo, Mexico. © 2017 Human Rights Watch

Adriana, Ricardo, and Rosie each took a different route into the US. Ricardo showed his passport at a border station, Rosie crossed in an automobile with a family friend, and Adriana walked for eight days through the desert. When asked why her US citizen husband didn't petition for her, she said, "He didn't know how to fight on my behalf."

They reunited in Houston, where Adriana's father, brother, and other relatives live, and soon moved to a small town in Texas, about 200 miles away. Ricardo opened a tree-trimming business. Adriana sold home-cooked food out of her little kitchen. A second daughter, "Riley," came along in March 2016. Life was good.

Like many immigrant families, Adriana and Ricardo opened their home now and then to friends and family members in need. In January 2017, Ricardo's brother, "Tom," was staying with them when police officers knocked on the door. The officers seemed to know exactly what they were after, Adriana said – and they found a small amount of marijuana in Tom's room. Adriana was in her own room taking care of the children. Police arrested not only Tom, but Ricardo and Adriana.

Adriana served a month in jail, then spent six months in immigration detention. "I was breastfeeding Riley at the time, and it didn't matter to them at all," she said. Adriana signed an order of voluntary removal, but on the day she arrived in Mexico, she knew she wouldn't stay.

"Of course I'm going back to the US," she said. "My children are there."

---

November 28, 2017
04:00 AM EST

## Kidnapped by Cartels After Deportation

As in many of the country songs he loves so much, "Ricky M.'s" troubles started with a broken heart.

Ricky, who came to the United States from Mexico when he was 2 years old, says he fell into a depression after his girlfriend went off to college. He started smoking marijuana with a new set of friends. This was a change for Ricky. During his high school years, he avoided alcohol and drugs, focusing on his beloved soccer. As long as he stayed clean, his status under the Deferred Action for Childhood Arrival (DACA) program was never imperiled.

In April 2015, one of his new friends gave him a few small bags of cocaine and urged him to try selling them, he said. They went into his backpack, he said, and when a Canyon Lake Park ranger smelled marijuana smoke on him and searched it, they were there, along with a marijuana cigarette.

That moment would lead to his deportation to a country he had never known, and deliver him into the hands of violent criminals. It almost cost him his life.



Men who have just been deported call their families. © 2017 Human Rights Watch

Speaking in September from deportee-reception center in Nuevo Laredo, Mexico, Ricky told his story to a Human Rights Watch researcher. Mexico was so unfamiliar to him, he said, that he felt like he'd been "spun off the face of the earth and set down on another planet."

After his arrest, Ricky ended up pleading guilty to possession of marijuana and less than 14 grams (half an ounce) of cocaine "with intent to deliver," a first-degree felony in Texas. He served 28 months of a five-year prison sentence, lost his DACA status, and was deported "for life" on August 17, 2017. Immigration agents gave him the usual red "deportee bag," to hold the few possessions he was allowed to take with him, and he walked across the footbridge that joins Laredo, Texas, to Nuevo Laredo.

That's when things got ugly.

Ricky caught a bus from downtown Nuevo Laredo to visit a sister in Piedras Negras, fell asleep, and was awakened with a flashlight in his eyes and a gun at his head. The gunman, who identified himself as a member of the Nuevo Laredo drug cartel, told Ricky he recognized him as a deportee by the red bag, and said the cartel in Piedras Negras would kill him if he didn't have the right password. Then he dragged Ricky off the bus, beat him with a stick, and forced him to an apartment where six other deportees sat, terrified.

Ricky spent eight hungry days in that apartment, he said, waiting for his mother to send the cartel $3,500 – with an agreement to pay another $3,000 on Ricky's safe arrival in San Antonio, Texas, a 144-mile, 47-hour walk from the border. Ricky didn't want to go; he knew that he'd go back to prison for 29 months to complete his sentence, if caught, possibly spend time in immigration detention, and then be deported again for life. But the gangsters weren't giving him a choice. To them, Ricky and the other captive deportees were cash cows.

The deportees waded the Rio Grande by moonlight with the gangsters' guns at their backs, he said, dodged border patrol cars and helicopters in a forest for hours, moving from abandoned house to abandoned house, where other groups of captive migrants waited.

As the sun reached its peak on the first day out, Ricky's group was abandoned by their guide, he said. They had no food and little water, he said, and they hadn't eaten in days. One man began screaming, and Ricky found him covered in a thick layer of angry bees that detached themselves and swarmed Ricky. As the day grew hotter, Ricky ran out of water, he said, and the next thing he knew, he was being wakened by a Border Patrol officer. He had passed out by the side of a road. The officer revived him with an IV drip, he said, and – in an act for which Ricky said he will always be grateful – instead of feeding him back into the criminal justice system to complete his prison sentence, the officer drove him directly to the Laredo-Nuevo Laredo footbridge.

As Ricky told his story nearly two weeks later, his face, neck, and arms were still covered with bee-sting welts. But he managed a sad smile. "I guess I'm lucky to be alive and out of prison," he said.

November 28, 2017
04:00 AM EST

# 'Who Will Feed My Wife and Son?'

The day "Alejandro S." was deported to Mexico, his first concern was for his family back home.

Alejandro, a 49-year-old snow plow operator and landscaper, hurried to the phones at the Tamaulipas Institute for Migrants in Nuevo Laredo, and called his Colombian wife, "Anna" – who is also undocumented – and his 15-year-old US-citizen son, "Daniel."

"I told Daniel, 'You're the man of the house now,'" Alejandro told Human Rights Watch researchers. "But I have to get back."



People crossing over the bridge between Laredo, Texas, and Nuevo Laredo, Mexico. © 2017 Human Rights Watch

Alejandro first entered the United States in 1998, flying from Mexico City to New York on a tourist visa. He found a well-paid job with a landscaping company in Waterbury, Connecticut.

Alejandro met Anna in Connecticut. They married, rented an apartment, and had Daniel in 2002. They lived what Alejandro described as a "totally American" life. "I was earning good money," he said. "I paid a lot of taxes."

Little Daniel loved following his father around at work, with a child-sized rake in his hands. They both loved building snowmen and forts from the mountains of snow Alejandro would pile up in the corners of parking lots. Anna and Alejandro spoke Spanish at home, but Daniel, once he started school, would answer them in English.

In 2005, Alejandro was charged with driving without a license. Someone saw him sitting in his car in front of his brother's house in Waterbury, Connecticut, he said, and called the police. He didn't have a license to show the officers who pulled up – it would be another 10 years before Connecticut started issuing driver's licenses to undocumented immigrants. That seemingly minor charge would come back to haunt him.

In 2015, a shopping mall security guard overheard Alejandro and Anna arguing in Spanish while looking for a parking space. Anna felt Alejandro was working too many hours, Alejandro remembered. The guard called the police, Alejandro said, and the officers found an open bottle of tequila in the car. Alejandro hadn't been drinking, he said, and he passed all of the officers' sobriety tests. But they took him to Waterbury Jail for an hour.

This is often all it takes – the briefest, most insignificant-seeming contact with law enforcement at any level can end with being handed over to Immigration and Customs Enforcement (ICE) and eventual deportation.

A judge released Alejandro on $1,000 bail, he said, and for two years, his hearings kept getting postponed. At the last one, on March 23 this year, the judge ordered Alejandro to attend a three-week Alcoholics Anonymous program. The day that Alejandro was going to start, an ICE agent took him into custody.

Once in immigration custody, an immigration judge noted Alejandro's 12-year-old driving-without-a-license charge in addition to the open-alcohol-container charge, he said, and denied him bond while awaiting deportation.

In September, after two months in detention, ICE agents manacled Alejandro's wrists and ankles to a chain around his waist for a five-day journey by bus and plane to Laredo, Texas, where his group of deportees finally crossed the bridge into Mexico. In the migrant center, he pantomimed trying to eat with his hands chained to his waist.

Anna has left her work at a fast-food restaurant, Alejandro said, because she is afraid of showing her face in public; she is getting house-cleaning jobs when she can. Alejandro stared at his hands. "Who will feed my wife and son?" he asked.

---

November 28, 2017
04:00 AM EST

# Unfair Arrest Leads to Deportation

For 29-year-old "Alfonso B." and his US-citizen wife, "Rebecca," there's a cruel irony to his deportation: the chain of events that led to it began with an argument over him needing to spend more time with the family.

Alfonso ran a cleaning company in Houston that employed 25 people. The contracts often required night work, and he was a hands-on employer. "I had to be boss, secretary, supervisor, and cleaner. With all that, it could come to 70 hours a week," he told Human Rights Watch researchers in Nuevo Laredo on September 20, the day he was deported.

What set off his deportation troubles in 2016 was his own call to police, after Rebecca confronted him outside their apartment about the excessive hours he was working. She was speaking loudly. "I tried to pull her inside, because I knew a neighbor might get mad, and then I called the police myself, because I thought that would go better," he said.

"It was the only thing we argued about," Rebecca said in a telephone interview. "He would work till 3 a.m. sometimes, and then he'd need rest. But the kids wanted to go out. They wanted him to play. It got to me now and then."

When police arrived, Rebecca said she insisted she was fine – he never hit her – and when that didn't keep him from being arrested on a domestic violence misdemeanor charge, she wrote a letter to the court. By the time of his arrest, Alfonso had only one more step, they said, in the process of regularizing his immigration status on the grounds of his marriage to a citizen. He said his lawyer advised him there was no way to beat the charge and that the only way to put it behind him would be to plead guilty and serve the sentence – nine days – which is what he ended up doing.

Alfonso had come to the United States from Mexico City as soon as he turned 18, and quickly found work in a butcher shop. But it was his night job, cleaning several YMCAs, that he discovered he really liked. He met Rebecca when they were both cleaning at a Honda dealership, and after dating for two years, they married in 2012, and he became the sole provider. Rebecca's daughter from a previous relationship, "Alison," now 7, had never known a father, and Alfonso stepped into that role. "Jamie" was born in 2013, around the same time that Alfonso started his own cleaning business. His record was clean except for one drunk driving charge – and the charges that stemmed from the argument with Rebecca.

Rebecca was leaving to take Alison and Jamie to school on August 23 when immigration authorities arrived at their apartment to arrest Alfonso, initially claiming to be the police. (ICE's practice of identifying themselves as 'police' has been controversial – some elected officials have objected, calling it misleading, especially where local law enforcement has been working to differentiate themselves from immigration enforcement to engender trust in immigrant

communities.) Alfonso explained that the domestic violence charge was resolved, but he said the agents told him it wasn't as far as they were concerned.

Hurricane Harvey bore down on Houston while Alfonso was in immigration detention there, and he called Rebecca constantly, she said, as she and the children made their way from their flood-prone neighborhood and rode out the storm in the relative safety of Rebecca's mother's home an hour from the city.

"The kids miss him," Rebecca said, as she packed up the apartment to move with the children to Mexico City to be with Alfonso.

Rebecca is afraid of the gangs in Mexico City and believes the schools will be worse. The children, both US citizens, don't want to leave their teachers and friends, she said. But Alfonso's lawyer suggested that Alfonso would have a better chance at gaining legal residency in the US, Rebecca said, if he filed the papers from Mexico.


"Alfonso B." speaks with Human Rights Watch researchers at the Instituto Tamaulipeco in Nuevo Laredo, Mexico. © 2017 Human Rights Watch

"They ask me where he is, and the little one asks why the police took him," Rebecca says. "That's all Jamie thinks about – that they came to the house and took him. That's the image they have, and it breaks my heart."

---

November 28, 2017
04:00 AM EST

# Longed to Join the Marines, but Now Deported to Mexico

Benjamin M. checked his phone constantly at the migrant reception center in Nuevo Laredo, Mexico - he had just been deported that August day, and was following the progress of his mother and wife, who were driving from Dallas to meet him.

"I have an amazing marriage and two beautiful kids," said the 26-year-old, holding up a photo of his beaming family gathered around a birthday cake with one candle.

"Camille", Benjamin's US-citizen wife, would get to spend only a few hours with him in Nuevo Laredo, before returning to be with their two-year-old son and one-year-old daughter. But his mother, a legal resident of the United States, was planning to ride the bus with Benjamin to help keep him safe on the way to staying with relatives in Toluca, near Mexico City.

All of Benjamin's seven brothers and sisters have legal status in the United States, whether as citizens or holders of visas or Deferred Action for Childhood Arrival permits, and Benjamin, the youngest, was hoping, within a year, to get legal status, as Camille's husband.



The bridge between Laredo, Texas, and Nuevo Laredo, Mexico. © 2017 Human Rights Watch

To him, Mexico felt like a foreign country.

When Benjamin was 11, his widowed mother moved him from Toluca to Dallas to be near the older children who had emigrated. He quickly learned English to escape bullying in elementary school, he said. By middle school, "I could defend myself with words," he said, and in high school, he found his passion: the Reserve Officers Training Corp. "It was the best experience of my life," he said. "I was always good at school, and I would never skateboard or hang out, I was just into school and ROTC." He served on the color guard, the rifle team, and an award-winning physical training group. His best friend, a year older, joined the Marines after graduating, and Benjamin got recruited too. He trained with the Marines during senior year, and then came the biggest disappointment of his life: without legal status, he learned, he would not be able to join.

As his friend shipped out to California and then Japan, Benjamin spiraled into depression. He doesn't know why he didn't apply for DACA, except that he was "so down at being rejected [from the Marines]." For the first time, he started drinking. "My mom and my brothers kept telling me to stop, that there were other ways, but I was too depressed to hear them."

In 2013, after a cook-out at a friend's house, he said police stopped him for driving 10 miles-an-hour over the limit on a freeway and arrested him for driving while intoxicated. He paid the $750 fine and served a two-year probation, appearing for monthly drug and alcohol tests and completing classes. It was while he was on probation that he met and married Camille, and they started their family.

Benjamin worked as a glazier, installing glass at the Cowboys' stadium in Frisco and at other commercial sites. His mother, who lived with them, helped out at home, and they all enjoyed dinners together, outings, and going to church. But when Camille was pregnant with their daughter, Benjamin hit another rough spot. "I was working from 4 a.m. to 9 p.m., sometimes 7 days a week, and my wife was on me for not spending time with them, so I was frustrated and tired." For the first time since his probation, Benjamin stopped by a friend's house in July 2016, and drank a beer "then another, and another," he said, "and there you go." Police stopped him for driving five miles over the limit on the freeway on the way home, and arrested him for another DWI.

Probation didn't make sense this time, he said, as ICE was by now picking up lots of people at probation check-ins. He said he knew that people who are deported with sentences that they haven't finished serving have a hard time returning to the US legally. So he took a lawyer's advice to do the time. After three months in Tarrant County Jail, he was transferred to ICE detention in Johnson County Jail, where he said conditions were terrible. He sighed and wiped a tear when he spoke of a Chinese friend locked up there for more than a year who had no idea when he would be released or deported. "I feel really bad for him," he said.

But Benjamin hopes he has a chance to return legally, though under current US law, he faces a 10-year bar to applying for a visa for having lived in the US without legal status for over a year. "I don't want anything to stand in my way," he said. "I have to go back."

November 28, 2017
04:00 AM EST

# Deported to a Country He Hasn't Seen Since He Was Three

At 2 a.m. on August 28, guards at the federal immigration detention center in Cleburne, Texas, woke 24-year-old "Diego R," and loaded him onto a bus full of Mexican migrants. They all sat with their wrists and ankles chained together. As the bus drove south to the border, Diego thought of his daughter, who was turning four years old that day.

"My wife bought some gifts to give her from me, so that she does not forget that she has a dad," Diego told a Human Rights Watch researcher at a deportee reception center in Nuevo Laredo, Mexico, the day after he arrived.

The bus reached the border at noon and the migrants were left to cross the Rio Grande on a footbridge into Mexico, a country Diego had not seen since he was three years old.



A plaque on the bridge between Laredo, Texas, and Nuevo Laredo, Mexico, demarcating the border crossing. © 2017 Human Rights Watch

Diego's parents had taken him and his sister, then seven years old, to the United States legally, with a visa that eventually expired. Diego attended school in Lewisville, Texas, but dropped out in 7th grade. He started working as a painter, making about US$300 a week – on good weeks. He contributed about a third of the cash to the family's household expenses. Diego later worked at a notary public and as a forklift operator in a factory. At 19, he met his wife, Michelle, a US citizen, and they have been together ever since.

Diego worked at any job he could find to support his family: landscaping, construction, and lately welding, his best-paying job so far. "I have always liked to work," he said. "I was doing very well." He and Michelle were expecting their third child.

On Christmas Day, 2016, Diego was driving to his parents' house when a police car stopped him. An officer asked him whether he had drunk alcohol. He said he had had two beers at a friend's house six hours earlier. Police conducted a sobriety test, and said he failed. Diego asked repeatedly for a breath test, but was not given one. Police found a single marijuana cigarette in his car. Diego says one of his friends must have dropped it.

Police took Diego to the station. They administered a blood test which, he said, found no evidence of alcohol or drugs. In Texas, as in many other states, you can be charged with driving while intoxicated even if you pass a blood test.

Diego was still in jail when his son was born in January. "I was disappointed not to be present." He was also very anxious about his mounting legal fees, the cost of many collect phone calls and the cost of the food he had to buy in jail. The family savings quickly evaporated. His lawyer told him he would be deported even if he was found not guilty of the drunk driving and drug possession charges – the arrests had brought him to the attention of Immigration and Customs Enforcement. Diego agreed to plead guilty to the drunk driving charge and the prosecutor dropped the other charge. He signed a voluntary removal order.

When Human Rights Watch interviewed him, Diego was trying to see if members of his wife's Mexican family could come to pick him up. "I don't know what to do now."

November 22, 2017
04:00 AM EST

# Robbed by Gangs Immediately After Deportation

It took less than 24 hours after his deportation for gang members in Mexico to find and rob "Fabio G."

After his deportation on September 19, Fabio spent the night in a shelter before heading out, with three other deportees, to a bank on Nuevo Laredo's central square to collect money sent by his family back in Saint Paul, Minnesota. As the deportees left the bank, a pickup came screeching to a halt in front of them, Fabio said. Two burly men jumped out, telling them to hand over their money or be kidnapped.

"We knew they had us covered with guns and probably more people around the square, so we paid," Fabio told Human Rights Watch researchers at the Tamaulipas Institute for Migrants in Nuevo Laredo, shortly after the assault. "We were terrified. I've never been attacked before." The institute, which is dedicated to protecting deportees and other migrants, stepped in to pay for Fabio's $80 ticket to visit relatives in Jiquilpan, Michoacan.



"Fabio G." speaks with Human Rights Watch researchers at the Instituto Tamaulipeco in Nuevo Laredo, Mexico. © 2017 Human Rights Watch

Fabio hadn't yet told his US-citizen wife, "Lara," about the robbery, and she was already plenty stressed, he said, since his drunk driving arrest in March set off a cascade of immigration troubles. They had just bought a house, he said, and had lots of bills to pay, supporting his three children and her two, as well as their daughter "Mia," all US citizens except for his oldest, who he said has temporary status under the Deferred Action for Childhood Arrivals program.

Fabio left Mexico and went to Saint Paul 14 years ago, when he was 25. He found work in all kinds of construction – roofing, siding, landscaping – and recently, he was substituting as a container loader. "I worked night and day, often 18 hours," he said. "I'd get home, take a bath, and go to another job. On Sundays, I could go out with the family – or sleep – because I only get two hours of sleep sometimes."

Fabio and Lara met in 2009, and within a few years, they had blended their families. Fabio's first wife lived near them in Saint Paul, Fabio said, so that their three children, now 17, 13, and 11, could go back and forth between their parents easily. The father of Lara's 11-year-old son and 14-year-old daughter is not in the picture, Fabio said, and they look to Fabio as their father. Mia, Fabio and Lara's 4-year-old daughter, is the delight of the older children, he said. The videos and photos on his cell phone range from the oldest's lavish quinceañera celebration and kids burying each other in sand at a lake beach, to Mia belting out the song "Happy."

When Fabio was arrested in March for driving under the influence, he spent about 48 hours in Saint Paul's Ramsey County Jail. Authorities saw that he had one earlier DUI, from eight years ago, and several tickets he had paid for driving without a license – undocumented immigrants can't get a drivers' license in Minnesota. They let Fabio out on a $1,200 bail, and he went back to his family – until immigration authorities arrested him at work about six weeks later. (Police in some states tip off immigration authorities when they arrest an undocumented person, so that even after local violations or charges have been cleared, immigration agents may make their own arrest.)

After 67 days in the immigration detention center in Albert Lea, Minnesota, Fabio was freed again, on May 3, on a $7,500 bond – and wearing an electronic bracelet. But on June 17, immigration authorities picked him up, he said, having revoked the bond. Three months later, they deported him.

Fabio has been in the process of arranging legal residency since 2013, he said, on the grounds of his marriage to a US citizen, and he prayed for good results from an appointment at the US consulate in Juarez, Mexico, scheduled for January. "I hope to God everything goes well," he said, "and I'll be able to be back with my kids in January."

November 20, 2017
04:00 AM EST

# Criminally Prosecuted Multiple Times for Trying to Get Back to His Son

Forty-five-year-old "Braulio Q." has spent more of his life in the United States than in Mexico. But after 10 months in immigration detention and his fifth deportation in September, his US-citizen son, "Miguel," told him to wait in Mexico. Someday, his son said, there will be a way to arrange legal passage back to the US.

"I am so tired of being a prisoner," Braulio told Human Rights Watch researchers in Nuevo Laredo, Mexico, the day after his September 30 deportation.

Braulio was 21 when he left rural Ignacio Zaragosa, Chihuahua, in 1993, and headed to the US, answering a call from a Texas rancher who needed a trainer for trick horses. "Ever since I was a kid, I loved horses and worked with them," he said. Braulio took charge of seven horses on a ranch near El Paso, teaching them to dance, lie down, answer commands, and paw "yes" and "no." At the ranch that same year, he met another rider, "Rosa," a Mexican with US residency, and they eventually married; Rosa gave birth to Miguel four years later.

Braulio worked dawn to dusk, seven days a week, he said. "I never got to do anything in the city – I was always with the horses – but Rosa and Miguel would come see me at work." By 2005, they were able to buy a house in El Paso – and three years ago, Braulio bought a property where he boarded clients' horses.

"It was awesome, growing up with him as a dad," said Miguel, who is now a landscaper, during a phone call from Clint, Texas. An older son of Braulio's – born in Michoacan state in Mexico to an earlier wife – came to live with them, Miguel said, and their dad was a patient and energetic role model for both boys. "He showed us all kinds of things, not only how to work with horses, but how to build a house from top to bottom, how to do landscaping, how to save money, really how to take care of life."

But by the time Braulio had his own horse property in 2014, he had been deported several times. In 2008, coming home from



"Braulio Q." speaks with Human Rights Watch researchers at the Instituto Tamaulipeco in Nuevo Laredo, Mexico. © 2017 Human