Rights Watch

a fiesta, he was stopped by police, charged with driving while intoxicated, and deported. In 2013, he was ticketed for driving without a license – Texas doesn't issue licenses to undocumented people – and later that same year, he got into a disagreement with his mother-in-law, who was living with him and his family.

His mother-in-law, upset, called immigration authorities, he said. According to federal records, Braulio was prosecuted for illegal reentry after deportation; he spent nine weeks in US Marshal's custody and was deported. In 2014, he tried to cross the border, was caught and prosecuted for illegal reentry again, and sentenced to 10 months before being deported again. He managed to cross in 2015, and went back to his life in Texas, until he received notice that his ticket for driving without a license had not been resolved, as he had thought, before his 2013 deportation. When he went to clear that up, on November 14, 2016, immigration authorities arrested him.

After 10 months in detention, he was held even longer, he said, while authorities insisted that he had asked for asylum. He denied it, but the confusion took five days to clear up; he was finally allowed to sign withdrawal of a request to apply for asylum and was deported.

His plans, for the moment, were to head for Madera, Chihuahua. "I have work lined up—with cows," he said. "I have to start somewhere."

Miguel, now 20, married last year, and he and his wife are expecting a son. "I'm upset that I can't have my dad here with me and my family," he said. "I'm not going to live without seeing him. I'll have to take off a day of work every week to visit him. It will take an hour or two to get to where he is – and crossing back – two or three hours more."

---

November 13, 2017
04:00 AM EST

# Father, Husband, and Community Leader Deported

For years, Manuel G. led a group of 25 regulars—five nights a week—for meetings of the Nueva Vida office of Alcoholics Anonymous in Tulsa, Oklahoma. This summer's *marathonica*, hosted by the Tulsa AA office in mid-August, attracted 70 people from Oklahoma and surrounding states for a weekend of get-togethers that lasted into the wee hours.

Shortly past midnight on August 13, a friend asked Manuel for a ride from the *marathonica* to his hotel. He was stopped by police, he said, for making a made a wide U-turn. That stop led to Manuel's deportation from the country that was his home for 29 years.

"I really like helping people who are drinking because I remember what it's like," he told Human Rights Watch researchers in the Tamaulipas Institute for Migrants reception center in Nuevo Laredo, Mexico. His AA co-leader, Nancy Munoz, described Manuel as a "man of faith" and praised his "passion to help others." Manuel hasn't had a drink in five years, he said, and he lived an orderly life in Tulsa. "I opened my own business, detailing cars, a year ago and I had just bought a trailer that my wife and I were remodeling."

The officer who stopped Manuel during the *marathonica* thought Manuel had an outstanding traffic ticket, from 2005. "They were mistaken," Manuel said. "I had paid it." But by the time that was cleared up, he said, he had been taken into custody and was on his way to deportation.

Manuel left his small town in the state of Zacatecas, Mexico, for the United States when he was 16, and he quickly found work--cooking at restaurants in California, then moving on to Texas, for gardening work at a golf resort and eventually to join an industrial painting company. He married

"Sara," who is also undocumented, when he was 19, and their three children were born in Texas in the 1990s. The family eventually moved to Oklahoma to be near Manuel's parents and siblings.

In 2011, police stopped a friend's car in which Manuel was riding, and arrested Manuel for public intoxication, he said. He served two months in Tulsa County Jail, was deported, but soon crossed the border again. That's when he stopped drinking, he said, and Sara joined him as a leader in the AA movement, sharing her experiences as the wife of an alcoholic.


"Manuel G." speaks with Human Rights Watch researchers at the Instituto Tamaulipeco in Nuevo Laredo, Mexico. © 2017 Human Rights Watch

Manuel can't help but connect the biggest tragedy of his life to the neglect associated with his years of drinking. His middle child, "Cara," was dating a man who'd had dealings with gang members, and in 2015, when they were gunning for her boyfriend, they shot her—fatally. Sara and Manuel were just emerging from the depths of grief, focusing on their AA work and their remaining children--"Diego," who now does bodywork on cars in Texas, and "Jessica," who lives with them while she is saving for college—when Manuel was deported.

"I think it's Trump," he said. "They're deporting people for no reason, grabbing them in restaurants and on street corners, people who've been in the US a long time."

Nobody lives in the old family house in Rio Grande, Zacatecas, Manuel said, although his father, who has become a US citizen, makes occasional maintenance visits. "That's not where I'm going today," Manuel said, "not to a lonely, empty house. The pull is back that way," he waved hand northward, "where everyone is."

---

November 2, 2017
05:00 AM EDT

# Caught Off Guard by Deportation

After years of looking for ways to regularize his status in the United States, Manuel C. was clearly still in shock at finding himself back in Mexico.

"The deportation notice came as a complete surprise," he said, as he waited to use the phones in a migrant reception center in Nuevo Laredo, Mexico, after walking the pedestrian bridge across the Rio Grande with a group of deportees. "I thought everything was going well."

Manuel left Veracruz, Mexico, in 2009, and headed to Des Moines, Iowa, where he found steady work in construction. One Sunday in 2010, he met his wife, "Amber" at church – also, coincidentally, from Veracruz. When he saw her across the room, he knew he had to talk to her. Not long after, they married; their daughter, "Daniela," was born in 2013.

Manuel was charged with drunk driving in 2014; he said he completed a probation program. He submitted an application for asylum in the US that same year, arguing he feared violence from gang members in Veracruz. At the end of 2016, he said, a judge gave him a court date – for late

2017, which he fully intended to attend. But in the spring, his sister-in-law, who had paid his bond, received a "Notice to Obligor to Deliver Alien," indicating that he had failed to appear for a hearing and was now slated for deportation. He thought that he must have been assigned a new hearing date, the notice for which he never saw and perhaps never received. People who miss their court hearings are often ordered deported *in absentia*.



The port of entry to Nuevo Laredo, Mexico. © 2017 Human Rights Watch

On July 14, Manuel turned himself in at the immigration offices in Des Moines, and after nearly two weeks in detention, he was deported.

Amber cries every time she hears his voice on the phone, Manuel said. She is worried she won't be able to support herself and 4-year-old Daniela on her wages as a janitor in a dentist's office.

The story Amber told during their last phone call nearly broke Manuel's heart: At a relative's baby shower, the children took turns striking a piñata – one of Daniela's favorite party games. The piñata broke, the candies scattered, and Daniela gathered up as many as her little hands could carry.

"It's for my daddy," she explained to Amber, "for when he comes home."

*In the Matter of:* Aide Bernal Trejo  
Jose Luis Navarrete Torralva

*A-Number:* 215-825-451  
215-825-452

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023 I served a copy of the:

**RESPONDENTS' FIRST SUPPLEMENTAL DOCUMENTS IN SUPPORT TO THEIR APPLICATION FOR WITHHOLDING OF REMOVAL AND PROTECTION UNDER THE UNITED NATIONS CONVENTION AGAINST TORTURE**

to the Department of Homeland Security, U.S. Immigration and Customs Enforcement in the following manner (as checked):

Check One:

______ Personally delivered during business hours to the address set forth below:

U.S. Department of Homeland Security  
Office of the Principal Legal Advisor  
880 Front Street, Suite 2246  
San Diego, CA 92101

______ Mailed a copy via FIRST CLASS MAIL at the address set forth below:

U.S. Department of Homeland Security  
Office of the Principal Legal Advisor  
880 Front Street, Suite 2246  
San Diego, CA 92101

__X__ Electronically filed via ICE e-Service registry: https://eservice.ice.gov.

Dated: January 24, 2023

//s//, Clementina Reyes-Rojo  
Signature

Clementina Reyes-Rojo  
Print Name

**Narciso Delgado Cruz**
CSBN: 278843 // EOIR No. NH217307
**Alex Kononenko**
NYSBN: 5817333 // EOIR No. PP600806
**Victor E. Hernandez**
NYSBN: 5844949 // EOIR No. PP600442
The Cruz Law Office, A.P.C.
3200 4th Avenue, Suite 203
San Diego, CA 92103
Tel: (619) 717-2233
Fax: (888) 546-3553

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**SAN DIEGO, CALIFORNIA**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| **JOSE LUIS NAVARRETE TORRALVA** | ) | File Number: **215-825-452** |
| In Removal Proceedings | ) | |

**IMMIGRATION JUDGE**
The Honorable James DeVitto

**NEXT HEARING DATE**
Master Calendar Hearing
October 27, 2022, at 8:30 AM
880 Front Street, Suite 4240
San Diego, California 92101

# RESPONDENT'S APPLICATION FOR WITHHOLDING OF REMOVAL AND PROTECTION UNDER THE CONVENTION AGAINST TORTURE AND SUPPORTING DOCUMENTS

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 07/31/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| | | |
|---|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)*: 215825452 | **2.** U.S. Social Security Number *(if any)*: | **3.** USCIS Online Account Number *(if any)*: |
| **4.** Complete Last Name: NAVARRETE-TORRALVA | **5.** First Name: Jose | **6.** Middle Name: Luis |

**7.** What other names have you used *(include maiden name and aliases)*?
None

**8.** Residence in the U.S. *(where you physically reside)*

| | | | |
|---|---|---|---|
| Street Number and Name: 9520 Pledmont Street | | Apt. Number: | |
| City: Spring.Valley | State: California | Zip Code: 91977 | Telephone Number: ( 619 ) 2515056 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| | | |
|---|---|---|
| In Care Of *(if applicable)*: | | Telephone Number: ( ) |
| Street Number and Name: | | Apt. Number: |
| City: | State: | Zip Code: |

**10.** Gender: ☒ Male ☐ Female

**11.** Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

| | | | |
|---|---|---|---|
| **12.** Date of Birth *(mm/dd/yyyy)*: 03/19/1975 | **13.** City and Country of Birth: Mexico City, Mexico | | |
| **14.** Present Nationality *(Citizenship)*: Mexican | **15.** Nationality at Birth: Mexican | **16.** Race, Ethnic, or Tribal Group: Hispanic | **17.** Religion: Catholic |

**18.** *Check the box, a through c, that applies:* **a.** ☐ I have never been in Immigration Court proceedings.
**b.** ☒ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

**a.** When did you last leave your country? *(mm/dd/yyyy)* 12/09/2010 **b.** What is your current I-94 Number, if any? ______

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 12/09/2010 | San Ysidro CA | No Status | |
| 03/09/2003 | San Ysidro CA | No Status | |
| | | | |

| | | |
|---|---|---|
| **20.** What country issued your last passport or travel document? | **21.** Passport Number:<br>Travel Document Number: | **22.** Expiration Date *(mm/dd/yyyy)*: |
| **23.** What is your native language *(include dialect, if applicable)*? Spanish | **24.** Are you fluent in English? ☐ Yes ☒ No | **25.** What other languages do you speak fluently? None |

| | | |
|---|---|---|
| **For EOIR use only.** | **For USCIS use only.** | **Action:**<br>Interview Date: ______<br>Asylum Officer ID No.: ______<br>**Decision:**<br>Approval Date: ______<br>Denial Date: ______<br>Referral Date: ______ |

EOIR — 2 of 15

Exh. 3 - Adm.

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>215825451 | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)*<br>12/02/1976 | 4. U.S. Social Security Number *(if any)* |
| 5. Complete Last Name<br>BERNAL-TREJO | 6. First Name<br>Aide | 7. Middle Name | 8. Other names used *(include maiden name and aliases)*<br>None |
| 9. Date of Marriage *(mm/dd/yyyy)*<br>02/17/1996 | 10. Place of Marriage<br>Hidalgo, Mexico | 11. City and Country of Birth<br>Mexico City, Mexico | |
| 12. Nationality *(Citizenship)*<br>Mexican | 13. Race, Ethnic, or Tribal Group<br>Hispanic | 14. Gender<br>☐ Male ☒ Female | |

15. Is this person in the U.S.?
☒ Yes ***(Complete Blocks 16 to 24.)*** ☐ No *(Specify location)*: ____________

| | | | |
|---|---|---|---|
| 16. Place of last entry into the U.S.<br>San Ysidro CA | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>09/11/2004 | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)*<br>No Status |
| 20. What is your spouse's current status?<br>No Status | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings?<br>☒ Yes ☐ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to **Part A.III., Information about your background.**)*

☒ I have children. Total number of children: 3

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>204827041 | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | 4. U.S. Social Security Number *(if any)* |
| 5. Complete Last Name<br>NAVARRETE-BERNAL | 6. First Name<br>Josue | 7. Middle Name<br>Isai | 8. Date of Birth *(mm/dd/yyyy)*<br>04/17/1996 |
| 9. City and Country of Birth<br>Mexico.City,Mexico | 10. Nationality *(Citizenship)*<br>Mexican | 11. Race, Ethnic, or Tribal Group<br>Hispanic | 12. Gender<br>☒ Male ☐ Female |

13. Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: ____________

| | | | |
|---|---|---|---|
| 14. Place of last entry into the U.S.<br>San.Ysidro,California | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>09/11/2004 | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)*<br>No Status |
| 18. What is your child's current status?<br>DACA | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?<br>☐ Yes ☒ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

EOIR — 3 of 15

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 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 | | Single | 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 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| NAVARRETE-BERNAL | Jonathan | Uziel | 01/21/1998 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Mexico City, Mexico | Mexican | Hispanic | ☒ Male ☐ Female |

13. Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: ____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| San Ysidro, California | 09/11/2004 | | No Status |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| DACA | | ☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 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 | Y4809246 CA | Single | 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 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| NAVARRETE-BERNAL | Merari | Betsabe | 05/23/2000 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Mexico City, Mexico | Mexican | Hispanic | ☐ Male ☒ Female |

13. Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: ____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| San Ysidro, California | 09/11/2004 | | No Status |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| DACA | | ☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*: ____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (if any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

## Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Sauce St Manz 1 Lot 3 | Guadalupe Victor | Ecateptc,Mexico State | Mexico | 02/1975 | 03/2003 |
| | | | | | |

**2.** Provide the following information about your residences during the past 5 years. List your present address first.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 9520 Piedmont St. 91977 | Spring Valley | CA | USA | 02/2016 | 09/2022 |
| 548 Maria Ave. 91977 | Spring Valley | CA | USA | 10/2004 | 02/2016 |
| | | | | | |
| | | | | | |
| | | | | | |

**3.** Provide the following information about your education, beginning with the most recent school that you attended.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Escuela Tecnica No. 57 | Middle School | Ecatepect Mexico State | 09/1990 | 07/1992 |
| Villa de las Flores | Elementary School | Coacalco Mexico State | 09/1984 | 07/1990 |
| | | | | |
| | | | | |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Alpine Rentals Alpine CA | Service Tech, Supervisor | 02/2019 | 09/2022 |
| Casa De Pico Restaurant San Diego CA | Part Time Bartender | 02/2012 | 09/2022 |
| Bjs Rental San Diego CA | Service Tech, Supervisor | 09/2006 | 02/2019 |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE**: *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Hortencia Torralba | Oaxaca, Mexico | ☐ Deceased Estado de Mexico |
| *Father* Ramiro Navarrete | Oaxaca, Mexico | ☐ Deceased Estado de Mexico |
| *Sibling* Ricardo Navarrete | Mexico City, Mexico | ☐ Deceased San Diego CA |
| *Sibling* Carlos Navarrete | Mexico City, Mexico | ☐ Deceased Estado de Mexico |
| *Sibling* Edith Navarrete | Mexico City, Mexico | ☐ Deceased Estado de Mexico |
| *Sibling* | | ☐ Deceased |

## Part B. Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, **Part 1. Filing Instructions**, **Section II.**, **Basis of Eligibility**, **Parts A. - D.**, **Section V.**, **Completing the Form**, **Part B.**; **and Section VII. Additional Evidence That You Should Submit**, for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☐ Race ☐ Political opinion

☐ Religion ☐ Membership in a particular social group

☐ Nationality ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☒ No ☐ Yes

If "Yes," explain in detail:
**1.** What happened;
**2.** When the harm or mistreatment or threats occurred;
**3.** Who caused the harm or mistreatment or threats; and
**4.** Why you believe the harm or mistreatment or threats occurred.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No ☒ Yes

If "Yes," explain in detail:
**1.** What harm or mistreatment you fear;
**2.** Who you believe would harm or mistreat you; and
**3.** Why you believe you would or could be harmed or mistreated.

In recent times, Mexico is experiencing a wave of extreme violence. There is a war between cartels throughout the country to gain territory, clashes arise at any time of the day without skimping on the fact that civilians are killed in the middle of the confrontation, whether between cartels or cartels and soldiers. This happens both in cities and in rural areas.
The cartels in Mexico are not only dedicated to drug trafficking, but also to human trafficking, extortion of large or small businesses, and especially kidnapping.
We fear going back to Mexico or being forced to. We know that we will be easy target for extortion, kidnapping or even murder. Organized crime will realize that we were in the United States and therefore think that we brought dollars with us.
Our children were raised in the U.S. and they don't know how life is in Mexico. They have DACA.

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

We are afraid going back to Mexico or being forced to. We know that we will be easy target for extortion, kidnapping or even murder. Organized crime will realize that we were in the United States and therefore think that we brought dollars with us.
Our children were raised in the U.S. and they don't know how life is in Mexico. They all have DACA.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☐ No ☒ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response.

If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

My wife, Aide Bernal Trejo (A# 215-825-451), is also in removal proceedings.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☒ No ☐ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☒ No ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☐ No ☒ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

At the end of November 2010, I was detained at a check point close to my house and because I did not have a driver license, the sheriffs called ICE. I spent one night with ICE and then taken out to Tijuana. I spent only about a week in that city until I was able to return to the U.S.

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☐ No ☒ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see **Instructions**, **Part 1. Filing Instructions**, **Section V. Completing the Form**, **Part C.**

This is a Withholding Only Application

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.

If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

***WARNING:*** **Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge.** ***See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.***

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Jose Luis Navarrete Torralva | |

Did your spouse, parent, or child(ren) assist you in completing this application? [X] No [ ] Yes *(If "Yes," list the name and relationship.)*

*(Name)* *(Relationship)* *(Name)* *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application? [ ] No [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? [ ] No [X] Yes

Signature of Applicant *(The person in Part. A.I.)*

[ (signature) ]
Sign your name so it all appears within the brackets

10/25/2022
Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| //s//, Clementina Reyes-Rojo | Clementina Reyes-Rojo |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 619 ) 717-2233 | 3200 4th Avenue |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 203 | San Diego | CA | 92103 |

| To be completed by an attorney or accredited representative (if any). | [ ] Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

*In the Matter of:* JOSE LUIS NAVARRETE TORRALVA — A215-825-452
*In Removal Proceedings*

# RESPONDENT'S APPLICATION FOR WITHHOLDING OF REMOVAL AND PROTECTION UNDER THE CONVENTION AGAINST TORTURE AND SUPPORTING DOCUMENTS

*Exhibit List*


| Tab(s) | Exhibit | | Page(s) |
|---|---|---|---|
| **A** | **Corroborating Evidence** | | **001** |
| | *A.01.* | *Copy of biographic page of Mexican passport for Respondent Jose Luis Navarrete Torralva* | 001 |

Uploaded on: 10/25/20[illegible] at [illegible] p.m. (Pacific Daylight Time) Base City: SND

**A** **Corroborating Evidence**

*A.01. Copy of biographic page of Mexican passport for Respondent Jose Luis Navarrete Torralva*

PASAPORTE Passport/Passeport

Estados Unidos Mexicanos

12379514



Tipo/Type P  Clave del país de expedición MEX  Pasaporte No. G30653360

Apellidos/Surname NAVARRETE TORRALVA

Nombres/Given names JOSE LUIS

Nacionalidad/Nationality MEXICANA

Observaciones

Fecha de nacimiento/Date of birth 19 03 1975  CURP NATL750319HDFVRS08

Sexo/Sex M  Lugar de nacimiento/Place of birth MEXICO, D.F., MEX

Fecha de expedición/Date of issue 25 10 2018  Fecha de caducidad/Date of expiry 25 10 2024

Firma del titular/Holder's signature  Autoridad/Authority SAN DIEGO

P<MEXNAVARRETE<TORRALVA<<JOSE<LUIS<<<<<<<<<

G306533600MEX7503197M2410258<<<<<<<<<<<<<<00

G30653360

En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se recomienda que acuda a la representación diplomática o consular mexicana más cercana.

Baja California Sur

EN CASO DE EMERGENCIA NOTIFICAR A / IN CASE OF AN EMERGENCY PLEASE NOTIFY / EN CAS D'URGENCE PRIÈRE DE NOTIFIER À

Nombre: ______

Dirección: ______

Entidad Federativa: ______

C.P. ______ Teléfono: ______

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS / ADRESSE DU TITULAIRE

Dirección: ______

Entidad Federativa: ______

C.P. ______ Teléfono: ______

ESTE PASAPORTE ES VÁLIDO PARA TODOS LOS PAÍSES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSEPORT EST VALABLE POUR TOUS LES PAYS

*In the Matter of:* JOSE LUIS NAVARRETE TORRALVA A215-825-452

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I served a copy of this:

**RESPONDENT'S APPLICATION FOR WITHHOLDING OF REMOVAL AND PROTECTION UNDER THE CONVENTION AGAINST TORTURE AND SUPPORTING DOCUMENTS**

to the Department of Homeland Security, U.S. Immigration and Customs Enforcement in the following manner (as checked):

Check One:

______Personally delivered during business hours to the address set forth below:

Department of Homeland Security
Office of the Principal Legal Advisor
880 Front Street, Suite 2246
San Diego, CA 92101

______Mailed a copy by USPS MAIL postage prepaid during business hours to the address set forth below:

Department of Homeland Security
Office of the Principal Legal Advisor
880 Front Street, Suite 2246
San Diego, CA 92101

__X__Filed via ICE e-Service registry: https://eservice.ice.gov

Dated: 10/25/2022

//s//, Clementina Reyes-Rojo
Signature

CLEMENTINA REYES-ROJO
Print Name

**Narciso Delgado Cruz, Esq.**
CSBN: 278843 / EOIR No. NH217307
**Victor Hernandez**
NYBN: 5844949 / EOIR No. PP600442
**Alex Kononenko**
NYBN: 5817333 / EOIR No. PP600806
The Cruz Law Office
3200 4th Avenue, Suite 203
San Diego, CA 92103
Tel: (619) 717-2233
Fax: (888) 546-3553

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE OF IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**SAN DIEGO, CALIFORNIA**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| **JOSE LUIS TORRALVA NAVARRETE** | ) | File Number: **215-825-452** |
| **AIDE BERNAL TREJO** | ) | **215-825-451** |
| Respondent | ) | |
| | ) | |
| In Removal Proceedings | ) | |

**IMMIGRATION JUDGE**
The Honorable James DeVitto

**NEXT HEARING DATE**
Master Calendar Hearing
October 27, 2022, at 8:30 AM
880 Front Street, Suite 4240
San Diego, CA 92101

# RESPONDENTS' MOTION FOR SUBSTITUTION OF COUNSEL

Respondent, JOSE LUIS TORRALVA NAVARRETE (A#215-825-452) AND AIDE BERNAL-TREJO (A#215-825-451) ("RESPONDENTS"), by and through undersigned counsel, hereby respectfully requests that the court grant their request for substitution of counsel.

Currently, Respondents' primary attorney of record is Mojgan Khoshvaght Gigasari, Esq. who is no longer working at The Cruz Law Office, APC. Undersigned counsel from the same office will now be representing Respondent in their pending removal proceedings at the San Diego Immigration Court. Therefore, the undersigned counsel requests that the court permits this substitution of counsel and designate him as the new primary attorney for all proceedings other than custody and bond proceedings since he is a counsel from the same office, The Cruz Law Office, A.P.C.

A signed form EOIR-28 from undersigned counsel is filed contemporaneously with this motion.

A copy of this motion and form EOIR-28 has been emailed to former attorney Mojgan Khoshvaght Gigasari, Esq.

DATED: 10/11/2022

Respectfully submitted,

*/S/: Victor E. Hernandez*
VICTOR E. HERNANDEZ, ESQ.
Attorney for Respondent

En el Caso De: Jose Luis Torralva Navarrete
Aide Bernal Trejo

Numero A: 215-825-452
215-825-451

## DECLARACIÓN

Yo, JOSE LUIS NAVARRETE, doy consentimiento y muevo para sustituir a mi exabogada/o Morgan Mashuaght Gigousari, Esq. por Victor E. Hernandez, Esq. de The Cruz Law Office.

FECHADO: 9/22/22

X [signature]

En el Caso De: Jose Luis Torralva Navarrete
Aide Bernal Trejo

Numero A: 215-825-452
215-825-451

# DECLARACIÓN

Yo, Aide Bernal Trejo, doy consentimiento y muevo para sustituir a mi exabogada/o Mojgan Khoshvaght Gigasari, Esq. por Victor E. Hernandez, Esq. de The Cruz Law Office.

FECHADO: 9/22/2022

X [signature]

**ENGLISH CERTIFIED TRANSLATION OF FOREIGN LANGUAGE DOCUMENT**

In the Matter of: JOSE LUIS TORRALVA NAVARRETE A Number: 215-825-452
AIDE BERNAL TREJO 215-825-451

# Declaration

I, JOSE LUIS TORRALVA NAVARRETE, consent and move to substitute my former attorney Mojgan Khoshvaght Gigasari, Esq. with Victor E. Hernandez, Esq. of The Cruz Law Office.

DATED: 09/22/2022 X[Signature]

Translation Certification

I, **Sindell Trujillo,** attest to my competency to translate from Spanish to English, and I certify that this is a correct English translation of all information from the Spanish original in the "Declaracion" signed by Jose Luis Torralva Navarrete.

**Signature:** */S/: Sindell Trujillo* **Dated:** 10/11/2022

The Cruz Law Office, APC
3200 4th Avenue Ste. 203
San Diego, Ca 92103

**ENGLISH CERTIFIED TRANSLATION OF FOREIGN LANGUAGE DOCUMENT**

In the Matter of: JOSE LUIS TORRALVA NAVARRETE A Number: 215-825-452
AIDE BERNAL TREJO 215-825-451

# Declaration

I, AIDE BERNAL TREJO, consent and move to substitute my former attorney Mojgan Khoshvaght Gigasari, Esq. with Victor E. Hernandez, Esq. of The Cruz Law Office.

DATED: 09/22/2022 [Signature]

Translation Certification

I, **Sindell Trujillo,** attest to my competency to translate from Spanish to English, and I certify that this is a correct English translation of all information from the Spanish original in the "Declaracion" signed by Aide Bernal Trejo.

**Signature:** */S/ Sindell Trujillo* **Dated:** 10/11/2022

The Cruz Law Office, APC
3200 4th Avenue Ste. 203
San Diego, Ca 92103

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN DIEGO, CALIFORNIA

In the Matter of: Jose Luis Torralva Navarrete — A#215-825-452
Aide Bernal Trejo — 215-825-451
*In Removal Proceedings*

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of the **RESPONDENTS' MOTION FOR SUBSTITUTION OF COUNSEL**, it is HEREBY ORDERED that the motion be:

______**GRANTED** ______**DENIED** because:

______DHS does not oppose the motion.

______The respondent does not oppose the motion.

______A response to the motion has not been filed with the court.

______Good cause has been established for the motion.

______The court agrees with the reasons stated in the opposition to the motion.

______The motion is untimely per ______________________________

Other: ______________________________

______Deadlines:

______The application(s) for relief must be filed by______________

______The respondent must comply with DHS biometrics instructions by ______________________________

Dated: ____________________

______________________________
James DeVitto
Immigration Judge

Certificate of Service
This document was served by [ ] Mail [ ] Personal Service
To: [ ] Alien [ ] Alien c/o Custodial Officer [ ] Alien's Atty/Rep [ ] DHS
Date: ____________________ By: Court Staff ______________

In the Matter of: Jose Luis Torralva Navarrete A#215-825-452
Aide Bernal Trejo 215-825-451
*In Removal Proceedings*

## CERTIFICATE OF SERVICE

I hereby certify that on ___10/18/2022___, I served a copy of this:

**MOTION FOR SUBSTITUTION OF COUNSEL**

to the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement and prior counsel Mojgan Khoshvaght Gigasari, Esq. in the following manner (as checked):

______ Mailing a copy by FIRST CLASS MAIL postage prepaid during business hours to the address set forth below:

Department of Homeland Security
Office of the Chief Counsel
880 Front Street, Room 2246
San Diego, CA 92101

__x__ Electronically filed via ICE e-Service registry: https://eservice.ice.gov.

__x__ Emailing a copy to Mojgan Khoshvaght Gigasari, Esq. via email at

Mojgan.Khoshvaght@gmail.com

Dated: ___10/18/2022___ */S/: Sindell Trujillo*
Signature

Sindell Trujillo
Printed Name

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

LEAD FILE: 215-825-452
RE: 215-825-452 TORRALVA NAVARRETE, JOSE LUIS
215-825-451 BERNAL-TREJO, AIDE

DATE: Oct 27, 2022

TO: Victor Hernandez Law
Hernandez, Victor Eduardo
3200 Fourth Ave.
Ste. 203
San Diego, CA 92103

Please take notice that the above captioned case has been scheduled for a/an INDIVIDUAL hearing before the Immigration Court on Mar 16, 2023 at 08:00 A.M. at:
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: 10/27/22 BY: COURT STAFF M.Delgado
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other T3

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

LEAD FILE: 215-825-452
RE: 215-825-452 TORRALVA NAVARRETE, JOSE LUIS
215-825-451 BERNAL-TREJO, AIDE

DATE: Oct 27, 2022

TO: The Cruz Law Office, APC
Khoshvaght Gigasari, Mojgan
3200 4th Avenue
Suite 203
San Diego, CA 92103

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before the Immigration Court on 3/16/23 at 8:00 A.M at
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [P] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: 10/27/22 BY: COURT STAFF M.Delgado
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other TT

EOIR - 1 of 1

**+DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**SAN DIEGO, CA**

# PHONE MESSAGE

TO: **Judge Devitto**

Alien Number: **215-825-452/451**

M/C : **10/27/22 @ 8:30am**

Person Called: **Attorney Assitant**

Time called: **8:48 am**

Today's Date: **10/27/22**

Attorney assistant called to inform that attorney has two hearings this morning both at 8:30 am and will try to be first with IJ DeVitto on open voice for case 215-825-452/451.

Phone message taken by: **Yazmin Ramirez**

cc: Trial Attorney

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006

**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

**(Type or Print)**
**NAME AND ADDRESS OF REPRESENTED PARTY**

Jose | L | Torralva-Navarrete
(First) (Middle Initial) (Last)

9520 Piedmont St
(Number and Street) (Apt. No.)

Spring Valley | CA | 91977
(City) (State) (Zip Code)

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

215-825-452

**Entry of appearance for**
(please check one of the following):

- [ ] All proceedings
- [ ] Custody and bond proceedings only
- [x] All proceedings other than custody and bond proceedings

**Attorney or Representative (please check one of the following):**

- [x] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary), and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** New York Third Division **Bar Number (if applicable)** 5817333

- [ ] I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:
- [ ] I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
- [ ] I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
- [ ] I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from ____________ (country).
- [ ] I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

- [x] I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
- [ ] EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X //s//, ALEX KONONENKO | PP600806 | 10/25/2022 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Alex | Kononenko
(First) (Middle Initial) (Last)

Address: 3200 Fourth Avenue | Ste 203

Law Firm: The Cruz Law Office, APC.
(Number and Street)

San Diego | CA | 92103
(City) (State) (Zip Code)

Telephone: 619-717-2233 Facsimile: 888-546-3553 Email: alex@thecruzlawoffice.com

- [x] Check here if new address

DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW
OCT 24 2022
IMMIGRATION COURT
SAN DIEGO, CA

EOIR - 1 of 2

**Indicate Type of Appearance:**

☐ Primary Attorney/Representative ☑ Non-Primary Attorney/Representative

☐ On behalf of ______________________ (Attorney's Name) for the following hearing: ______________ (Date)

I am providing pro bono representation. Check one: ☐ yes ☑ no

**Proof of Service**

I (Name) Andres Tovar mailed, emailed or delivered a copy of this Form EOIR-28 on (Date) 10/25/2022 to the DHS (U.S. Immigration and Customs Enforcement – ICE) at https//:eservice.ice.gov

☐ No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X //S// Andres Tovar

Signature of Person Serving

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION** - For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**SAN DIEGO IMMIGRATION COURT**

Respondent Name:
TORRALVA NAVARRETE, JOSE LUIS

To:

Khoshvaght Gigasari, Mojgan
3200 4th Avenue
Suite 203
San Diego, CA 92103

A-Number:
215825452

Riders:
215825451 BERNAL-TREJO, AIDE

In Removal Proceedings
Initiated by the Department of Homeland Security

Date:
10/27/2022

## ORDER OF THE IMMIGRATION JUDGE

Upon due consideration, it is hereby ordered that the motion to substitute as counsel filed by Victor E. Hernandez, Esq. is:

☒ granted for the reason(s) below.

☐ denied for the reason(s) below.

Further explanation:

Immigration Judge: DeVitto, James 10/27/2022

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : TORRALVA NAVARRETE, JOSE LUIS | A-Number : 215825452

Riders:

215825451 BERNAL-TREJO, AIDE

Date: 10/27/2022 By: Delgado, Martha , Court Staff

U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006

# Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court

**(Type or Print)**
**NAME AND ADDRESS OF REPRESENTED PARTY**

Aide ___ Bernal Trejo
(First) (Middle Initial) (Last)

9520 Piedmont St
(Number and Street) (Apt. No.)

Spring Valley CA 91977
(City) (State) (Zip Code)

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

215-825-451

**Entry of appearance for**
(please check one of the following):

- ☐ All proceedings
- ☐ Custody and bond proceedings only
- ☑ All proceedings other than custody and bond proceedings

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary), and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** New York Second Division **Bar Number (if applicable)** 5844949

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:

___

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
☐ I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from ___ (country).
☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

☑ I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
☐ EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X */S/ VICTOR E. HERNANDEZ* | PP600442 | 10/11/2022 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Victor E Hernandez
(First) (Middle Initial) (Last)

Address: 3200 Fourth Avenue Ste 203

Law Firm: The Cruz Law Office, APC.

(Number and Street)

San Diego CA 92103
(City) (State) (Zip Code)

Telephone: 619-717-2233 Facsimile: 888-546-3553 Email: Victor@TheCruzLawOffice.Com

☐ Check here if new address

EOIR 1 of 2

**Indicate Type of Appearance:**

☑ Primary Attorney/Representative ☐ Non-Primary Attorney/Representative

☐ On behalf of ______________________ (Attorney's Name) for the following hearing: ____________ (Date)

I am providing pro bono representation. Check one: ☐ yes ☑ no

**Proof of Service**

I (Name) Sindell Trujillo mailed, emailed or delivered a copy of this Form EOIR-28 on (Date) 10/11/2022 to the DHS (U.S. Immigration and Customs Enforcement – ICE) at https//:eservice.ice.gov

☐ No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X */S/: SINDELL TRUJILLO*

Signature of Person Serving

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION** - For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006
**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

**(Type or Print)**
**NAME AND ADDRESS OF REPRESENTED PARTY**

| Jose | L | Torralva Navarrete |
|---|---|---|
| (First) | (Middle Initial) | (Last) |

9520 Piedmont St
(Number and Street) (Apt. No.)

| Spring Valley | CA | 91977 |
|---|---|---|
| (City) | (State) | (Zip Code) |

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

215-825-452

**Entry of appearance for**
(please check one of the following):

- ☐ All proceedings
- ☐ Custody and bond proceedings only
- ☑ All proceedings other than custody and bond proceedings

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary), and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** New York Second Division **Bar Number (if applicable)** 5844949

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:

______________________________

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
☐ I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from ____________ (country).
☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

☑ I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
☐ EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X */S/: VICTOR E. HERNANDEZ* | PP600442 | 10/11/2022 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Victor (First) E (Middle Initial) Hernandez (Last)

Address: 3200 Fourth Avenue Ste 203

Law Firm: The Cruz Law Office, APC.

(Number and Street)

San Diego (City) CA (State) 92103 (Zip Code)

Telephone: 619-717-2233 Facsimile: 888-546-3553 Email: Victor@TheCruzLawOffice.Com

☐ Check here if new address

EOIR 1 of 2

**Indicate Type of Appearance:**

☑ Primary Attorney/Representative ☐ Non-Primary Attorney/Representative

☐ On behalf of ______________________ (Attorney's Name) for the following hearing: ____________ (Date)

I am providing pro bono representation. Check one: ☐ yes ☑ no

**Proof of Service**

I (Name) Sindell Trujillo mailed, emailed or delivered a copy of this Form EOIR-28 on (Date) 10/11/2022 to the DHS (U.S. Immigration and Customs Enforcement – ICE) at https//:eservice.ice.gov

☐ No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X /S/: SINDELL TRUJILLO

Signature of Person Serving

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION** - For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

LEAD FILE: 215-825-452
RE: 215-825-452 TORRALVA NAVARRETE, JOSE LUIS
215-825-451 BERNAL-TREJO, AIDE

DATE: Jul 26, 2022

TO: The Cruz Law Office, APC
Khoshvaght Gigasari, Mojgan
3200 4th Avenue
Suite 203
San Diego, CA 92103

Please take notice that the above captioned case has been scheduled for a/an MASTER hearing before the Immigration Court on Oct 27, 2022 at 08:30 A.M. at:
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: 7/26/22 BY: COURT STAFF M.Delgado
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other T3

**U. S. DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

**RECORD OF INDIVIDUAL CALENDAR APPEARANCE AND ORDER**

Name: Jose Luis Navarrete Toralva

Date: 7/26/22

File No: 215-825-452/451

Language: Spanish

Presiding Judge: De Vitto → Aide Bernal-Trejo

Government Attorney S. Going

Respondent/Applicant's Attorney Narciso Delgado Cruz

Removability/Deportability/Excludability: **CONCEDED** **CONTESTED**

Factual Allegations: All **ADMITTED** ___**DENIED**

Relief Sought:
Asylum/WD/CAT

Country of choice for purposes: Respectfully Decline

The parties acknowledge receipt of a copy of this record and order and have no objections to the contents herein.

**ORDER**

The Court directs ________________ as the country for deportation/removal purposes.

All relief applications and documents in support thereof must be filed no later than ________________ or by such date as may be extended by the Immigration Judge. Failure to timely file the relief applications will result in the conclusion that such applications are abandoned.

A pre-hearing statement of position must be filed by the respondent GOV'T both parties no later than ________________

Opposing party's statement due by: ________________
All filings and submissions must comply with the Immigration Court Practice Manual.

Individual Calendar Trial Date: ________ at ________ am/pm

Master Calendar re-set Date: ________ at ________ am/pm

Notes Adj for July 8 ISO

So ordered ________________

**U.S. Immigration Judge**

EOIR - 1 of 1

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006

# Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court

(Type or Print)
**NAME AND ADDRESS OF REPRESENTED PARTY**

Jose L Navarrete Torralva
(First) (Middle Initial) (Last)

9520 Piedmont Street
(Number and Street) (Apt. No.)

Spring Valley CA 91977
(City) (State) (Zip Code)

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

A215-825-452

**Entry of appearance for**
(please check one of the following):

☐ All proceedings
☐ Custody and bond proceedings only
☑ All proceedings other than custody and bond proceedings

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** California **Bar Number (if applicable)** 278843

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:

______________________________

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
☐ I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from ____________ (country).
☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

☑ I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
☐ EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
| --- | --- | --- |
| X //s//, NARCISO DELGADO-CRUZ | NH217307 | 07/25/2022 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Narciso Delgado-Cruz
(First) (Middle Initial) (Last)

Address: 3200 4th Avenue Suite 203
(Number and Street)

San Diego CA 92103
(City) (State) (Zip Code)

Telephone: 619-717-2233 Facsimile: 888-546-3553 Email: Narciso.Cruz.law@gmail.com

☐ Check here if new address

**Indicate Type of Appearance:**

☐ Primary Attorney/Representative ☑ Non-Primary Attorney/Representative

☐ On behalf of ______________________ (Attorney's Name) for the following hearing: ______________ (Date)

I am providing pro bono representation. Check one: ☐ yes ☑ no

**Proof of Service**

I (Name) Narciso Delgado-Cruz mailed, emailed or delivered a copy of this Form EOIR-28 on (Date) 07/25/2022 to the DHS (U.S. Immigration and Customs Enforcement – ICE) at https://eservice.ice.gov/

☐ No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X //s//, NARCISO DELGADO-CRUZ on 07/25/2022 07:23:24 PM

Signature of Person Serving

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION -** For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**Additional Attorney Court Information**

| Full Name of Court | Bar Number (if applicable) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006

**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

(Type or Print)
**NAME AND ADDRESS OF REPRESENTED PARTY**

Jose L Navarrete Torralva
(First) (Middle Initial) (Last)

9520 Piedmont Street
(Number and Street) (Apt. No.)

Spring Valley CA 91977
(City) (State) (Zip Code)

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

A215-825-452

**Entry of appearance for**
(please check one of the following):

- ☐ All proceedings
- ☐ Custody and bond proceedings only
- ☑ All proceedings other than custody and bond proceedings

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** California **Bar Number (if applicable)** 325530

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:

____________________

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
☐ I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from __________ (country).
☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

☑ I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
☐ EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **SIGNATURE OF ATTORNEY OR REPRESENTATIVE** | **EOIR ID NUMBER** | **DATE** |
|---|---|---|
| **X** //s//, MOJGAN KHOSHVAGHT GIGASARI | II322744 | 07/19/2022 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Mojgan Khoshvaght Gigasari
(First) (Middle Initial) (Last)

Address: 3200 4th Avenue Suite 203
(Number and Street)

San Diego CA 92103
(City) (State) (Zip Code)

Telephone: 619-717-2233 Facsimile: ________ Email: mojgan@thecruzlawoffice.com

☐ Check here if new address

**Indicate Type of Appearance:**

☑ Primary Attorney/Representative ☐ Non-Primary Attorney/Representative

☐ On behalf of ______________________________ (Attorney's Name) for the following hearing: ________________ (Date)

I am providing pro bono representation. Check one: ☐ yes ☑ no

**Proof of Service**

I (Name) Mojgan Khoshvaght Gigasari mailed, emailed or delivered a copy of this Form EOIR-28 on (Date)____________ to the DHS (U.S. Immigration and Customs Enforcement – ICE) at ______________________________________________

☑ No service needed. I electronically filed this document, and the opposing party is participating in ECAS.

X //s//, MOJGAN KHOSHVAGHT GIGASARI on 07/19/2022 01:07:40 P

Signature of Person Serving

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION -** For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**Additional Attorney Court Information**

| Full Name of Court | Bar Number (if applicable) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: 7/14/22

TO:
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

PLEASE NOTE:
THE DATE OF YOUR HEARING
HAS BEEN CHANGED

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Jul 26, 2022 at 08:30 A.M. at:

880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [M] ALIEN's ATT/REP [P] DHS
DATE: 7/14/22 BY: COURT STAFF M.Delgado V3
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other

EOIR - 1 of 1

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Mar 2, 2022

TO:
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please Note: The date of your hearing has been changed

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Jul 26, 2022 at 08:30 A.M. at:

880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [M] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [E] DHS
DATE: 3/2/22 BY: COURT STAFF M.Delgado V3
Attachments: [ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Jul 28, 2021

TO:
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Mar 22, 2022 at 08:00 A.M. at:

880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [m ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ e] DHS
DATE: ____07/28/2021_____________ BY: COURT STAFF ___cardenas____________________ V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Mar 9, 2021

TO:
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Aug 3, 2021 at 08:00 A.M. at:

880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 304-625-2050. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [M ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [M ] DHS
DATE: __3/9/2021_______________ BY: COURT STAFF __CARDENAS_____________________ V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Sep 2, 2020

TO:
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Mar 16, 2021 at 08:00 A.M. at:

880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [m ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [e ] DHS
DATE: _09/02/2020_______________ BY: COURT STAFF __cardenas_____________________ V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Sep 2, 2020

TO:
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Mar 16, 2021 at 08:00 A.M. at:

880 FRONT STREET, SUITE 4240
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [m ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ e] DHS
DATE: __09/02/2020_______________ BY: COURT STAFF cardenas_______________________ V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452

DATE: 1/15/2020

TO:

TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before the Immigration Court on 9/8/2020 at 8:30 at

401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:
MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [P] ALIEN [P] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [P] DHS
DATE: 1/15/2020 BY: COURT STAFF [signature] N3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

EOIR - 1 of 1

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Jul 22, 2019

TO: PLEASE NOTE NEW HEARING DATE
TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Sep 18, 2019 at 08:00 A.M. at:

401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ✓ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [ ✓ ] DHS
DATE: 07/22/2019 BY: COURT STAFF L.CARDENAS V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

EOIR - 1 of 1

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452

**DATE: March 6, 2019**

TO:

TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Jul 24, 2019 at 08:00 A.M. at:

401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE **(P)**
TO: [✓] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP **[P]** DHS
DATE: **3-6-19** BY: COURT STAFF **GYS** V3
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

RE: TORRALVA NAVARRETE, JOSE LUIS
FILE: A215-825-452 DATE: Feb 6, 2019

TO:

TORRALVA NAVARRETE, JOSE LUIS
9520 Piedmont St.
Spring Valley, CA 91977

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Mar 6, 2019 at 08:00 A.M. at:

401 WEST A STREET, SUITE #800
SAN DIEGO, CA 92101

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN DIEGO, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 240-314-1500. For information on Immigration Court procedures, please consult the Immigration Court Practice Manual, available at www.usdoj.gov/eoir.

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [**M**] ALIEN [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [**P**] DHS
DATE: **02/06/2019** BY: COURT STAFF **M. Delgado** V3
Attachments: [**X**] EOIR-33 [ ] EOIR-28 [**X**] Legal Services List [ ] Other

ORIGINAL

U.S. Department of Homeland Security

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 363030839 FINS: 1084066808 File No: 215 825 452

DOB: 03/19/1975 Event No: SND1911000269

In the Matter of:

Respondent: JOSE LUIS TORRALVA NAVARRETE currently residing at:

9520 Piedmont St Spring Valley,CALIFORNIA, 91977 (619) 995-5419

(Number, street, city and ZIP code) (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of MEXICO and a citizen of MEXICO;

3. You arrived in the United States at or near Otay Mesa, California, on or about December 9, 2010;

4. You were not then admitted or paroled by an Immigration Officer at the time you arrived at a time or place other than as designated by the Attorney General.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

401 West A Street Suite 800 San Diego CA 92101. EOIR San Diego, CA

*(Complete Address of Immigration Court, including Room Number, if any)*

on January 31, 2019 at 8:00 AM to show why you should not be removed from the United States based on the

*(Date)* *(Time)*

charge(s) set forth above.

VINCENT SAN MARTIN SDDO

*(Signature and Title of Issuing Officer)*

Date: November 14, 2018 San Diego, California

*(City and State)*

**See reverse for important information**

Form I-862 (Rev. 08/01/07)

EOIR - 1 of 3

## Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing**: At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: ______________________________ *(Signature of Respondent)*

Date: ____________

______________________________
*(Signature and Title of Immigration Officer)*

## Certificate of Service

This Notice To Appear was served on the respondent by me on November 14, 2018, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person [ ] by certified mail, returned receipt requested [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the Spanish language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

(Signature of Respondent if Personally Served)

P 2744 AMOS DO
(Signature and Title of officer)

* Non Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2018

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

### Otay Mesa Detention Center, San Diego, California

**Casa Cornelia Law Center***

2760 Fifth Avenue, Suite 200
San Diego, CA 92103
Tel: (619) 231-7788
Fax: (619) 231-7784
LawCenter@CasaCornelia.org
www.casacornelia.org

- Asylum, victims of serious crime
- Detention facility speed dial code: 5676

**ABA Immigration Justice Project***

2727 Camino del Rio South, Suite 223
San Diego, CA 92108
Tel: (619) 255-8810
Fax: (619) 255-8792
contact@abaijp.org
http://www.americanbar.org/groups/public_services/immigration/projects_initiatives/immigration_justice_project_ijp_of_san_diego.html

- Services limited to San Diego, CA
- Office is not open to the public, please call for appointment
- Detention facility speed dial code: 9045

**Catholic Charities, Diocese of San Diego***

4575-B Mission Gorge Place
San Diego, CA 92103
Tel: (619) 287-1270
immhelp@ccdsd.org
https://www.ccdsd.org/programs/immigrant-services/

- Mon-Fri 8am-5pm
- Languages: Spanish, Arabic, Russian, Ukranian, Laotian, Tagalog

**Jewish Family Service of San Diego***

8788 Balboa Avenue
San Diego, CA 92123
Tel: (858) 637-3365
Fax: (858) 637-3011
immigration@jfssd.org
http://www.jfssd.org/site/PageServer?pagename=programs_refugee_main

- Please call for appointment
- Services include: Bond Hearings, Removal Defense, Cancellation of Removal, Asylum, Adjustment of Status
- Languages: Spanish, Arabic, Multilingual Interpretation may be available

X

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.